AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Urban Sustainability Directors Network, Oakville Bluegrass Cooperative and Agroecology Commons | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 1:25-cv-1775-BAH |
| U.S. Department of Agriculture, Brooke Rollins, U.S. Forest Serv., Tom Schultz, Nat. Res. Conservation Serv., Aubrey J.D. Bettencourt, Nat'l Inst. of Food and Agric. and Jaye L. Hamby | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Department of Agriculture
1400 Independence Ave., S.W.
Washington, DC 20250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David S. Muraskin
FarmSTAND
712 H Street NE
Suite 2534
Washington, DC 20002
202-595-8816 david@farmstand.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date:  6/5/2025                                                        /s/ Ma. Ursula Masagca
                                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Urban Sustainability Directors Network, Oakville Bluegrass Cooperative and Agroecology Commons<br><br>*Plaintiff(s)*<br><br>v.<br><br>U.S. Department of Agriculture, Brooke Rollins, U.S. Forest Serv., Tom Schultz, Nat. Res. Conservation Serv., Aubrey J.D. Bettencourt, Nat'l Inst. of Food and Agric. and Jaye L. Hamby<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-1775 -BAH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Secretary Brooke Rollins
U.S. Department of Agriculture
1400 Independence Ave., S.W.
Washington, DC 20250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David S. Muraskin
FarmSTAND
712 H Street NE
Suite 2534
Washington, DC 20002
202-595-8816 david@farmstand.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:  6/5/2025      /s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Urban Sustainability Directors Network, Oakville Bluegrass Cooperative and Agroecology Commons <br> *Plaintiff(s)* <br> v. <br> U.S. Department of Agriculture, Brooke Rollins, U.S. Forest Serv., Tom Schultz, Nat. Res. Conservation Serv., Aubrey J.D. Bettencourt, Nat'l Inst. of Food and Agric. and Jaye L. Hamby <br> *Defendant(s)* | Civil Action No. 1:25-cv-1775-BAH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Forest Service
1400 Independence Ave., S.W.
Washington, DC 20250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
David S. Muraskin
FarmSTAND
712 H Street NE
Suite 2534
Washington, DC 20002
202-595-8816 david@farmstand.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 6/5/2025

/s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Urban Sustainability Directors Network, Oakville Bluegrass Cooperative and Agroecology Commons <br> *Plaintiff(s)* <br> v. <br> U.S. Department of Agriculture, Brooke Rollins, U.S. Forest Serv., Tom Schultz, Nat. Res. Conservation Serv., Aubrey J.D. Bettencourt, Nat'l Inst. of Food and Agric. and Jaye L. Hamby <br> *Defendant(s)* | Civil Action No. 1:25-cv-1775-BAH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tom Schultz
U.S. Forest Service
1400 Independence Ave., S.W.
Washington, DC 20250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
David S. Muraskin
FarmSTAND
712 H Street NE
Suite 2534
Washington, DC 20002
202-595-8816 david@farmstand.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 6/5/2025      /s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Urban Sustainability Directors Network, Oakville Bluegrass Cooperative and Agroecology Commons | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 1:25-cv-1775-BAH |
| U.S. Department of Agriculture, Brooke Rollins, U.S. Forest Serv., Tom Schultz, Nat. Res. Conservation Serv., Aubrey J.D. Bettencourt, Nat'l Inst. of Food and Agric. and Jaye L. Hamby | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Natural Resources Conservation Service
1400 Independence Ave., S.W.
Washington, DC 20250


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David S. Muraskin
FarmSTAND
712 H Street NE
Suite 2534
Washington, DC 20002
202-595-8816 david@farmstand.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 6/5/2025

/s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Urban Sustainability Directors Network, Oakville Bluegrass Cooperative and Agroecology Commons <br><br> *Plaintiff(s)* <br><br> v. <br><br> U.S. Department of Agriculture, Brooke Rollins, U.S. Forest Serv., Tom Schultz, Nat. Res. Conservation Serv., Aubrey J.D. Bettencourt, Nat'l Inst. of Food and Agric. and Jaye L. Hamby <br><br> *Defendant(s)* | Civil Action No. 1:25-cv-1775 -BAH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Aubrey J.D. Bettencourt
Natural Resources Conservation Service
1400 Independence Ave., S.W.
Washington, DC 20250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David S. Muraskin
FarmSTAND
712 H Street NE
Suite 2534
Washington, DC 20002
202-595-8816 david@farmstand.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 6/5/2025

/s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Urban Sustainability Directors Network, Oakville Bluegrass Cooperative and Agroecology Commons <br><br> *Plaintiff(s)* <br><br> v. <br><br> U.S. Department of Agriculture, Brooke Rollins, U.S. Forest Serv., Tom Schultz, Nat. Res. Conservation Serv., Aubrey J.D. Bettencourt, Nat'l Inst. of Food and Agric. and Jaye L. Hamby <br><br> *Defendant(s)* | Civil Action No. 1:25-cv-1775-BAH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  National Institute of Food and Agriculture
1400 Independence Avenue, SW, MS 2201
Washington, DC 20250-2201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  
David S. Muraskin
FarmSTAND
712 H Street NE
Suite 2534
Washington, DC 20002
202-595-8816 david@farmstand.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 6/5/2025                                       /s/ Ma. Ursula Masagca
                                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | ) | |
|---|---|---|
| Urban Sustainability Directors Network, Oakville Bluegrass Cooperative and Agroecology Commons | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 1:25-cv-1775-BAH |
| U.S. Department of Agriculture, Brooke Rollins, U.S. Forest Serv., Tom Schultz, Nat. Res. Conservation Serv., Aubrey J.D. Bettencourt, Nat'l Inst. of Food and Agric. and Jaye L. Hamby | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jaye L. Hamby
National Institute of Food and Agriculture
1400 Independence Avenue, SW, MS 2201
Washington, DC 20250-2201

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David S. Muraskin
FarmSTAND
712 H Street NE
Suite 2534
Washington, DC 20002
202-595-8816 david@farmstand.org

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date:   6/5/2025                                                    /s/ Ma. Ursula Masagca
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Urban Sustainability Directors Network, Oakville Bluegrass Cooperative and Agroecology Commons<br><br>*Plaintiff(s)*<br>v.<br>U.S. Department of Agriculture, Brooke Rollins, U.S. Forest Serv., Tom Schultz, Nat. Res. Conservation Serv., Aubrey J.D. Bettencourt, Nat'l Inst. of Food and Agric. and Jaye L. Hamby<br>*Defendant(s)* | Civil Action No. 1:25-cv-1775-BAH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
David S. Muraskin
FarmSTAND
712 H Street NE
Suite 2534
Washington, DC 20002
202-595-8816 david@farmstand.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 6/5/2025

/s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Urban Sustainability Directors Network, Oakville Bluegrass Cooperative and Agroecology Commons | ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 1:25-cv-1775-BAH |
| U.S. Department of Agriculture, Brooke Rollins, U.S. Forest Serv., Tom Schultz, Nat. Res. Conservation Serv., Aubrey J.D. Bettencourt, Nat'l Inst. of Food and Agric. and Jaye L. Hamby | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Attorney General Pamela Bondi
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
David S. Muraskin
FarmSTAND
712 H Street NE
Suite 2534
Washington, DC 20002
202-595-8816 david@farmstand.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 6/5/2025

/s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*