AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Urban Sustainability Directors Network et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-01775-BAH |
| United States Department of Agriculture et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Urban Sustainability Directors Network, Oakville Bluegrass Cooperative, and Agroecology Commons.

Date: 06/11/2025

/s/ Carrie Apfel
*Attorney's signature*

Carrie Apfel DC Bar No. 974342
*Printed name and bar number*

Earthjustice
1001 G Street, NW
Suite 1000
Washington, DC 20001
*Address*

capfel@earthjustice.org
*E-mail address*

(202) 797-4310
*Telephone number*

(202) 667-2356
*FAX number*