**IN THE UNITED STATES COURT DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| URBAN SUSTAINABILITY DIRECTORS NETWORK, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, et al., <br><br> *Defendants*. | Case No. 1:25-cv-1775-BAH |

**INDEX OF EXHIBITS TO FIRST AMENDED COMPLAINT**

| | |
|---|---|
| Exhibit A | USDN Termination |
| Exhibit B | OBC Termination |
| Exhibit C | AC Termination |
| Exhibit D | PFC Termination |
| Exhibit E | IATP Termination |