# Exhibit A

1:25-cv-1775-BAH



| United States Department of Agriculture | Forest Service | Washington Office | 1400 Independence Avenue, SW Washington, D.C. 20250 |
|---|---|---|---|

 

**File Code:** 1580
**Date:** April 2, 2025

Jamal Brown
Director of Finance, People, & Culture
Center for Regenerative Solutions/Urban Sustainability Network
500 Westover Drive, #14973
Sanford, NC 27330

Re: Termination Notice for Agreement No. **24-CA-11132544-016 for the project titled, Accelerating Urban Forestry as Equity Centered Climate Action and Sustainable Community Development**

Dear Mr. Brown:

This letter provides notice that the United States Department of Agriculture is terminating your federal award, (**24-CA-11132544-016, Accelerating Urban Forestry as Equity Centered Climate Action and Sustainable Community Development**), in accordance with the terms and conditions of your award, which include applicable regulations relating to termination. *See* 2 C.F.R. §§ 200.340-343 and 472.

It is the policy of the Department to establish a return to American principles and realign its focus towards its original objectives of maximizing and promoting American agriculture; ensuring a safe, nutritious, and secure food supply; enhancing rural prosperity; and managing our National Forests. This policy prioritizes multiple use management; conservation of our Nation's natural resources; and a focus on serving the American people in furtherance of those policies. The Department's resources must be conserved and focused upon its original objectives, as well as its obligations under the Constitution and laws of the United States. The Department's priorities include ensuring that its grants, cooperative agreements, and other similar arrangements do not support programs that promote or take part in climate change or environmental justice initiatives. It is vital that the Department assess both whether all award payments are free from fraud, abuse, and duplication and whether they are in the best interests of the United States.

<u>Termination</u> The award specified above provides funding for programs that promote or take part in climate change or environmental justice initiatives; that conflict with the Department's policies and priorities; that are not free from fraud, abuse, or duplication; or that otherwise fail to serve the best interests of the United States. The award is therefore inconsistent with, and no longer effectuates, Department priorities. *See* 2 C.F.R. § 200.340(a)(4). Pursuant to, among other authorities, 2 C.F.R. §§ 200.339-343, which are applicable to your award, the Department hereby terminates award No. **24-CA-11132544-016** in its entirety effective April 2, 2025.

<u>Closure</u> You must submit all final reports and a final payment request no later than 120 calendar days after the date of this notice. You will be reimbursed for costs incurred up to the date of this notice that are determined to be consistent with 2 C.F.R. § 200.343, *Effects of suspension or*

   Caring for the Land and Serving People   Printed on Recycled Paper 

Center for Regenerative Solutions/Urban Sustainability Network

2

*termination*. Any open balance remaining 120 days after the date of this notice will be unavailable for payment.

If you do not submit all reports in accordance with the terms and conditions of the Federal award within one (1) year of the effective termination date, the Forest Service must proceed to close out the award with the information available. In these circumstances, in accordance with 2 C.F.R. § 200.344, the Forest Service must report your material failure to comply with the terms and conditions of the award in SAM.gov using the Contractor Performance Assessment Reporting System (CPARS). In this way, failure to submit timely and accurate final reports may affect your future funding.

Recipients are required by Federal regulation to retain all Federal award records consistent with 2 C.F.R. § 200.334.  Termination of the agreement does not affect a Federal agency's or a pass-through entity's right to disallow costs and recover funds based on a later audit or other review. In addition, termination does not affect a recipient's obligation to return any funds due as a result of later refunds, corrections, or other transactions, including final indirect cost rate adjustments (refer to 2 C.F.R. § 200.345).

<u>Appeal Process</u>. See the DISPUTES provision in the award document.

If you have questions, contact your Forest Service Program Contact, Nausheen Iqbal at Nausheen.iqbal@usda.gov.

Sincerely,

**LISA NORTHROP**
Digitally signed by LISA NORTHROP
Date: 2025.04.02 17:04:27 -04'00'

LISA NORTHROP
Associate Deputy Chief
State, Private, and Tribal Forestry

Cc:
Jaelith Hall-Rivera, Chief of Staff, Office of the Chief
John Crockett, Deputy Chief of State, Private, and Tribal Forestry
Lisa Northrop, Associate Deputy Chief of State, Private, and Tribal Forestry
Andria Weeks, Associate Deputy Chief of Business Operations
Nausheen Iqbal, Assistant Director (Acting) Urban and Community Forestry
Lynne Sholty, Supervisory Grants & Agreements Specialist