# Exhibit C

1:25-cv-1775-BAH



March 7, 2025

Leah Atwood
Partnerships and Resources
Agroecology Commons
836 Marin Rd
El Sobrante, CA 94803-1322

**Re:    Termination Notice for Agreement No. 2023-33800-40420 for the project titled, Growing Cooperative Networks for Community Food Sovereignty, Nutrition, and Agroecological Land Stewardship**

Dear Recipient:

Pursuant to 2 CFR § 200.341 this letter serves as written notification that the subject agreement between the National Institute of Food and Agriculture (NIFA) and Agroecology Commons (Recipient) is terminated as of the date of this notice, in accordance with 2 CFR § 200.340(a)(4) and the terms and conditions of the award. NIFA has determined that award 2023-33800-40420 no longer effectuates USDA priorities, which are to maximize and promote American agriculture; ensure a safe, nutritious, and secure food supply; enhance rural prosperity; and protect our National Forests.

You must submit all final reports and a final payment request no later than 120 calendar days after the date of this notice. You will be reimbursed for costs incurred up to the effective date of termination that are determined to be consistent with 2 C.F.R. § 200.343, *Effects of suspension or termination*. Any open balance remaining 120 days after the date of this notice will be unavailable for payment to the Recipient.

If you do not submit all reports in accordance with the terms and conditions of the Federal award within one (1) year of the effective termination date, NIFA must proceed to close out the award with the information available. In these circumstances, in accordance with 2 CFR § 200.344, NIFA must report the Recipient's material failure to comply with the terms and conditions of the award in SAM.gov using the Contractor Performance Assessment Reporting System (CPARS). In this way, failure to submit timely and accurate final reports may affect future funding to the Recipient.

Recipients are required by Federal regulation to retain all Federal award records consistent with 2 CFR § 200.334. Termination of the agreement does not affect a Federal agency's or a pass-through entity's right to disallow costs and recover funds based on a later audit or other review. In addition, termination does not affect the recipient's obligation to return



**USDA National Institute of Food and Agriculture**
U.S. DEPARTMENT OF AGRICULTURE

any funds due as a result of later refunds, corrections, or other transactions, including final indirect cost rate adjustments (refer to 2 CFR § 200.345).

If you have questions, contact the NIFA Program Contact, Kimberly Whittet at kimberly.whittet@usda.gov.

Sincerely,

MATTHEW FAULKNER  Digitally signed by MATTHEW FAULKNER
Date: 2025.03.07 13:40:37 -06'00'

Matthew Faulkner
Deputy Director, Office of Grants and Financial Management

CC:
Kimberly Whittet, Senior Policy Advisor, Office of Grants and Financial Management
Edward Nwaba, Division Director, Awards Management Division
Lydia Kaume, National Program Leader, Institute of Food Safety and Nutrition