# Exhibit E

1:25-cv-1775-BAH



**1400 Independence Avenue, SW**
**Room 2055-S, STOP 0201**
**Washington, D.C.  20250-0201**

April 21, 2025

Ms. Claudia Aurand
*Associate Director of Development*
*Institute for Agriculture and Trade Policy*
*1700 2nd Street NE #200*
*Minneapolis, MN 55413-1139*

Dear Claudia Aurand:

This letter provides notice that the United States Department of Agriculture is terminating your federal award, 23RFSPMN1076, MinneAg Network - Community Storytelling to Educate and Advocate: Growing Minnesota Farm and Food Democracy, in accordance with the terms and conditions of your award, which include applicable regulations relating to termination. See 2 C.F.R. §§ 200.340-343.

It is a priority of the Department of Agriculture to eliminate discrimination in all forms throughout the United States. The Secretary of Agriculture has determined, per the Department's obligations to the Constitution and laws of the United States, that priority includes ensuring that the Department's awards do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives or any other initiatives that discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic. Such DEI policies and practices can violate both the letter and purpose of Federal civil rights laws and conflict with the Department's policy of maximizing and promoting American agriculture, ensuring a safe, nutritious and secure food supply, enhancing rural prosperity, and protecting our National Forests. In addition to complying with the letter and spirit of the civil rights laws, it is vital that the Department assess whether all awards are free from fraud, abuse, and duplication, as well as to assess whether current awards are in the best interests of the United States.

<u>Termination</u>.  The award specified above provides funding for programs that promote or take part in DEI initiatives or other initiatives that unlawfully discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic; that violate either the letter or purpose of Federal civil rights laws; that conflict with the Department's policies and priorities; that are not free from fraud, abuse, or duplication; or that otherwise fail to serve the best interests of the United States. The award is therefore inconsistent with, and no longer effectuates, Department priorities. See 2 C.F.R. § 200.340(a)(4). Pursuant to, among other authorities, 2 C.F.R. §§ 200.339-343, which are applicable to your award, the Department hereby terminates award No. 23RFSPMN1076 in its entirety effective April 21, 2025.

<u>Closure</u>.  You must submit all final reports and a final payment request no later than 120 calendar days after the date of this notice. You will be reimbursed for costs incurred up to the date of this notice that are determined to be consistent with 2 C.F.R. § 200.343, Effects of suspension or termination. Any open balance remaining 120 days after the date of this notice will be unavailable for payment.

If you do not submit all reports in accordance with the terms and conditions of the Federal award within one (1) year of the effective termination date, the Agricultural Marketing Service (AMS) must proceed to close out the award with the information available. In these circumstances, in accordance with 2 C.F.R. § 200.344, AMS must report your material failure to comply with the terms and conditions of the award in SAM.gov using the Contractor Performance Assessment Reporting System (CPARS). In this way, failure to submit timely and accurate final reports may affect your future funding.

Recipients are required by Federal regulation to retain all Federal award records consistent with 2 C.F.R. § 200.334. Termination of the agreement does not affect a Federal agency's or a pass-through entity's right to disallow costs and recover funds based on a later audit or other review. In addition, termination does not affect a recipient's obligation to return any funds due as a result of later refunds, corrections, or other transactions, including final indirect cost rate adjustments (refer to 2 C.F.R. § 200.345).

<u>Appeal Process</u>. If you wish to appeal this decision, you may submit a written request explaining why the termination should be reconsidered, along with any supporting documentation or evidence of corrective action taken. The appeal must be submitted within 30 calendar days of receiving the termination notice. Appeals will be reviewed by the appropriate AMS official, and a final decision will be communicated within 15 business days of receipt.

If you have questions, contact your AMS Program Contact at IPPGrants@usda.gov.

Sincerely,

BRUCE SUMMERS  
Digitally signed by BRUCE SUMMERS  
Date: 2025.04.21 09:11:46 -04'00'

BRUCE SUMMERS  
*Administrator*

CC: Erin McKee, Community Food Systems Program Director, Institute for Agriculture and Trade Policy  
Tricia Kovacs, Deputy Administrator, AMS-Transportation and Marketing Program