**IN THE UNITED STATES COURT DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| URBAN SUSTAINABILITY DIRECTORS NETWORK, OAKVILLE BLUEGRASS COOPERATIVE, AGROECOLOGY COMMONS, PROVIDENCE FARM COLLECTIVE CORP. and INSTITUTE FOR AGRICULTURE AND TRADE POLICY, | Case No. 1:25-cv-01775-BAH |
| *Plaintiffs*, | |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, BROOKE ROLLINS, in her official capacity as Secretary of the United States Department of Agriculture, DEPARTMENT OF GOVERNMENT EFFICIENCY, AMY GLEASON, in her official capacity as Acting Administrator of the Department of Government Efficiency, UNITED STATES FOREST SERVICE, TOM SCHULTZ, in his official capacity as Forest Service Chief, NATURAL RESOURCES CONSERVATION SERVICE, AUBREY J.D. BETTENCOURT, in her official capacity as Chief of the Natural Resources Conservation Service, NATIONAL INSTITUTE OF FOOD AND AGRICULTURE, JAYE L. HAMBY, in his official capacity as Director of National Institute of Food and Agriculture, FARM SERVICE AGENCY, WILLIAM BEAM, in his official capacity as Administrator of the Farm Service Agency, AGRICULTURAL MARKETING SERVICE, and ERIN MORRIS, in her official capacity as Administrator of Agricultural Marketing Service, | |
| *Defendants*. | |

**DECLARATION OF JEFF THIEL**

I, Jeff Thiel, declare and state as follows:

1.      I am a Director of Oakville Bluegrass Cooperative ("OBC"), a farmer cooperative based in California.  I have also been the acting President of the cooperative during the start-up of our operations, which commenced in May 2024 after receiving a grant from the United States Department of Agriculture.  I have been responsible for developing the organization's mission and strategy, the operating plan and budget, and for building the team. I have provided oversight of daily operations.

2.      I joined the Board of Directors of OBC in October 2023. As a Director and acting President, I am very knowledgeable about OBC's organization, policies, practices, and programs.

3.      OBC collaborates with growers to enhance the resiliency of their operations in the face of a changing climate by making regenerative agricultural practices more practical and profitable than standard practices.  The organization was legally formed in 2022.

4.      One way OBC works to implement its mission is by incentivizing farmers to plant a new hybrid cover crop called Oakville bluegrass and to then measure the increase in soil carbon, which is a pre-requisite for growers to receive payments for the resulting soil carbon storage. Oakville bluegrass is a drought-tolerant and low-growing perennial grass that does not compete with the cash crop for nutrients or water, and it does not obstruct equipment used in vineyards and orchards. Cover cropping with Oakville bluegrass has lower operating costs than employing standard agricultural practices and has the benefit of keeping the soil covered year-round and storing carbon in the soil. It also contributes to soil health, water conservation, weed prevention, and nutrient cycling.

5.      In February 2022, the United States Department of Agriculture ("USDA") announced the launch of a new Climate-Smart Commodities program to finance partnerships to support the production and marketing of climate-smart commodities.

6.      After learning about the program, the Board of Directors applied for a Partnership for Climate-Smart Commodities ("PCSC") grant to acquire startup funding for OBC and to begin our Oakville bluegrass no-till cover cropping program. *See* Ex. A (Award), at 5–21. The first goal of the program was to apply two innovations OBC had been working on: the novel Oakville bluegrass cover crop, and a new technology for measuring changes in soil carbon levels in a field. The new technology employs remote sensing data and deep learning models to dramatically reduce measurement costs.  OBC planned to sell carbon credits for carbon removed from the atmosphere and stored in the soil to companies who have made commitments to reduce their carbon footprint. The second goal was to secure premium payments for growers for the lower carbon intensity of their products. The idea was that distributors and consumers would be willing to pay more for sustainable products resulting from climate-smart practices, which would increase cash flow for farmers.

7.      On December 12, 2022, OBC received notification that our application had been selected for conditional approval, subject to negotiation. *See* Ex. B (Tentative Selection Letter). We then began negotiations with USDA in February 2023, a process that dragged on for many months prior to my joining OBC in October 2023. After arriving at OBC, I collaborated with USDA to finalize the agreement, which ultimately was approved on March 8, 2024, for a total award of $4,938,197 for a period of five years, through March 8, 2029. *See* Ex. A, at 1. OBC also matched the PCSC grant with $4,828,807 in private funds. *Id.*

8.    During this period of negotiation, we spent hundreds of hours—equivalent to at least one full-time person working for half a year—to prepare the project and budget narratives, including a variety of quantitative and qualitative metrics. OBC also raised funds from private entities to pay one employee involved in preparing the proposal.

9.    Reimbursements under the grant began at the end of April 2024. Between then and December 18, 2024, the reimbursement process was fairly straightforward: we would submit our costs for reimbursement through a USDA portal, and within 5 business days we would be reimbursed by USDA.

10.    This all changed after January 20, 2025, when the Administration froze funding for the PCSC program. At this point, OBC had only received $541,000 of the $4,938,197 total funding amount, and the last reimbursement USDA processed was from December 18, 2024.

11.    We last submitted a reimbursement claim on January 3, 2025, for $36,824.85. On January 14, 2025, USDA told us they could not process the payment because an amendment to add $150,000 in funds to the award was pending, and also because USDA was experiencing "network connection issues" that prevented our access to the ezFedGrants system. *See* Ex. C (Email Chain), at 5. By the end of January, the system was back up, but as of February 10, 2025, USDA still had not processed the claim, and our program officer was still "awaiting further guidance on payments." *See id.* at 1, 3.

12.    By early February, given we had received no reimbursement from the award since December 18, 2024, OBC had to lay off one of the five employees we hired through the grant. By the end of February, we had to lay off three more of our employees due to a lack of funding.

13.    On February 19, 2025, our program officer arranged a meeting with the signatory to our grant, who was in Washington, D.C. at the time. She was only able to tell us that they

were waiting for guidance. In all this time, USDA never explicitly told us our funds had been frozen.

14.     On April 14, 2025, USDA announced the cancellation of PCSC, and we received notice from USDA that our grant was terminated. *See* Ex. D (Termination Letter). The only reason listed on the termination letter was that our grant failed to meet the first of three new Farmer First policy priorities, which was that a minimum of 65% of federal funds had to go to producers. OBC's termination letter was the first I had heard of these Farmer First policy priorities, as they were not part of the original PCSC program, the application solicitation, or our grant award.

15.     On April 15, 2025, I emailed Jill Reinhart, management analyst in the Partnerships Division, and Colton Buckley, Chief of Staff at USDA Natural Resources Conservation Service, about instructions for re-submitting our proposal and on receiving reimbursement for expenses since December 18, 2024. *See* Ex. E (Email Chain), at 2. In response, I was told on April 18, 2025, that a Frequently Asked Questions document would be published "in the coming days," *id.* at 4–5, but we received no further communication about the document. On April 21, 2025, we were finally paid for our reimbursement claim submitted on January 3, 2025, after months of back and forth with USDA officials.

16.     On May 16, 2025, I filed an appeal request, stating that because OBC is a producer-owned and -governed agricultural cooperative, and there are no sub-awardees on the grant, "by definition, 100% of the grant funds 'go to producers.'" *See* Ex. F (Appeal Request). I received a response from Buckley on May 18, 2025, explaining that 65% of federal funds in OBC's award had to go "directly to producers in the form of payments," which had not been stated in our termination letter from April 14, 2025. *See* Ex. E, at 8–9.

17.     Since receiving the termination notice, OBC has had to effectively cease operations as the only distributor of Oakville bluegrass in California. Even if the grant were reinstated, we would still lose an entire year of operation because we are in a seasonal business and a lot of the preparation has to happen now in the off season before the planting season begins.

18.     The grant termination has caused a significant loss of momentum and confidence on the part of growers working with OBC.

19.     OBC has had to lay off 4 of the 5 employees we hired through the grant. We are fortunate to have private funding to pay the one remaining employee on the grant. The remaining employees at OBC have had to take on additional responsibilities that were not part of their jobs. As the executive director, I have had to invest many hours and divert time from my other work. The grant termination has been extremely stressful for us because we know that we will not be able to continue our work without the grant.

20.     OBC also had to break the lease for a truck and for storage space used to store equipment and supplies, including grass seed. We spent extensive time and effort moving everything out of the storage space into lockers and to an RV park under tarps. We also had to rent a forklift and tow truck because we lost the lease to the truck.

21.     Without this grant funding, OBC cannot pay for and has had to stop soil sampling and testing. We owe money to the University of California, Davis lab that was processing soil samples from growers pursuant to our grant project. We were also unable to pay some of the interns who had conducted soil sampling for work they had already completed.

22.     OBC has had to take out an emergency loan from a private entity that we will not be able to repay in full unless the USDA continues reimbursing OBC per the terms of the award.

23.     If OBC does not receive the money that USDA promised for the PCSC grant, OBC will no longer be able to function as an organization and will not be able to continue our work. We would no longer be able to support the growers in the cooperative with production or marketing and would lose those relationships. The grant termination has caused substantial losses on the part of the private entities that provided funding for our project as well.

24.     OBC has not planned to apply for other grants and does not have any other sources of funding for the long term.

25.     If USDA is ordered to stop the unlawful termination of the PCSC grants for not complying with never-before stated requirements and we receive the remainder of our funding, we would be able to continue as an organization. We would still have lost an entire year of operation because the cover crops would have to be planted in the fall, and we would need at least 3 months to recruit a new team, restart operations, and re-engage with growers who have not heard from OBC about the cover cropping program during 2025. However, for the subsequent growing seasons, we would be able to interact with growers again and continue executing our Oakville bluegrass cover cropping program. We would hire 4 or 5 people to work on the grant to replace the employees we were forced to lay off, and we would lease proper storage space for our equipment and supplies.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Date: June 26, 2025

Jeff Thiel

# Exhibit A

NRCS-ADS-093



**U.S. Department of Agriculture**
**Natural Resources Conservation Service**

### NOTICE OF GRANT AND AGREEMENT AWARD

| 1. Award Identifying Number<br><br>NR243A750004G031 | 2. Amendment Number | 3. Award /Project Period<br><br>Date of Final Signature - 03/08/2029 | 4. Type of award instrument:<br><br>Grant Agreement |
|---|---|---|---|

| 5. Agency (Name and Address)<br><br>USDA Partnerships for Climate-Smart Commodities<br>c/o FPAC-BC Grants and Agreements Division<br>1400 Independence Ave SW, Room 3236<br>Washington, DC 20250<br>Direct all correspondence to FPAC.BC.GAD@usda.gov | 6. Recipient Organization (Name and Address)<br><br>OAKVILLE BLUEGRASS COOPERATIVE<br>1314 S GRAND BLVD<br>SPOKANE WA  99205-1174<br><br>UEI Number: XPUEST95NJ95<br>EIN: |
|---|---|

| 7. NRCS Program Contact<br><br>Name: James Denton<br>Phone: (731) 202-1373<br>Email: matthew.denton@usda.gov | 8. NRCS Administrative Contact<br><br>Name: KIMBERLY MCCABE<br>Phone: (603) 223-6056<br>Email: kimberly.mccabe@usda.gov | 9. Recipient Program Contact<br><br>Name: Michael Morgenfeld<br>Phone: (510)612-0945<br>Email: mike@obc.com | 10. Recipient Administrative Contact<br><br>Name: Michael Morgenfeld<br>Phone: (510)612-0945<br>Email: mike@obc.com |
|---|---|---|---|

| 11. CFDA<br><br>10.937 | 12. Authority<br><br>15 USC 714 et seq | 13. Type of Action<br><br>New Agreement | 14. Program Director<br><br>Name: Michael Morgenfeld<br>Phone: (510)612-0945<br>Email: mike@obc.com |
|---|---|---|---|

15. Project Title/ Description:  This project expands markets for climate-smart agricultural specialty crops and products in WA, OR, CA, and AZ and supports farmer implementation and monitoring of climate-smart practices.

16. Entity Type:

17. Select Funding Type

| Select funding type: | ☒ Federal | ☒ Non-Federal |
|---|---|---|
| Original funds total | $4,938,197.00 | $4,828,807.00 |
| Additional funds total | $0.00 | $0.00 |
| Grand total | $4,938,197.00 | $4,828,807.00 |

18.  Approved Budget

| | | | |
|---|---|---|---|
| Personnel | $1,325,884.00 | Fringe Benefits | $331,473.00 |
| Travel | $11,650.00 | Equipment | $0.00 |
| Supplies | $0.00 | Contractual | $1,945,390.00 |
| Construction | $0.00 | Other | $1,323,800.00 |
| Total Direct Cost | $4,787,528.00 | Total Indirect Cost | $150,669.00 |
| | | Total Non-Federal Funds | $4,828,807.00 |
| | | Total Federal Funds Awarded | $4,938,197.00 |
| | | Total Approved Budget | $9,767,004.00 |

This agreement is subject to applicable USDA NRCS statutory provisions and Financial Assistance Regulations. In accepting this award or amendment and any payments made pursuant thereto, the undersigned represents that he or she is duly authorized to act on behalf of the awardee organization, agrees that the award is subject to the applicable provisions of this agreement (and all attachments), and agrees that acceptance of any payments constitutes an agreement by the payee that the amounts, if any, found by NRCS to have been overpaid, will be refunded or credited in full to NRCS.

| | | |
|---|---|---|
| Name and Title of Authorized Government Representative<br>Katina Hanson<br>Acting Senior Director for Climate-Smart Commodities | Signature | Date |
| Name and Title of Authorized Recipient Representative<br>Dave Curry<br>Board President | Signature | Date |

## NONDISCRIMINATION STATEMENT

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or a part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, SW., Washington, DC 20250-9410 or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.

## PRIVACY ACT STATEMENT

The above statements are made in accordance with the Privacy Act of 1974 (5 U.S.C. Section 522a).

## Statement of Work

**Purpose**

The purpose of this agreement, between the U.S. Department of Agriculture, Natural Resources Conservation Service (NRCS), and Oakville Bluegrass Cooperative (Recipient) is to build markets for climate-smart commodities and invest in America's climate-smart producers to strengthen U.S. rural and agricultural communities.

**Objectives**

The objectives of this project are to support the production and marketing of climate-smart commodities by providing voluntary incentives to producers and landowners, including early adopters, to implement climate-smart agricultural production practices, activities, and systems on working lands; measure/quantify, monitor, and verify the carbon and greenhouse gas (GHG) benefits associated with those practices; and develop markets and promote the resulting climate-smart commodities.

**Budget Narrative**

The official budget summarized below and described in the attached Budget Narrative will be considered the total budget as last approved by the Federal awarding agency for this award.

Amounts included in this budget narrative are estimates. Reimbursement or advance liquidations will be based on actual expenditures, not to exceed the amount obligated.

TOTAL BUDGET $9,767,004

TOTAL FEDERAL FUNDS $4,938,197
PERSONNEL $1,205,349
FRINGE BENEFITS $301,339
TRAVEL $11,650
EQUIPMENT $0
SUPPLIES $0
CONTRACTUAL $1,945,390
CONSTRUCTION (usually n/a) N/A
OTHER $1,323,800 (includes $1,323,800 PRODUCER INCENTIVES)
TOTAL DIRECT COSTS $4,787,528
INDIRECT COSTS $150,669

TOTAL NON-FEDERAL FUNDS $4,828,807
PERSONNEL $264,133
FRINGE BENEFITS $66,033
TRAVEL $0
EQUIPMENT $0
SUPPLIES $4,465,625
CONTRACTUAL $0
CONSTRUCTION (usually n/a) $0
OTHER $0
PRODUCER INCENTIVES $0
TOTAL DIRECT COSTS $4,795,791
INDIRECT COSTS $33,016

Recipient has elected to use the de minimis indirect cost rate but has voluntarily restricted the base to salaries and fringe benefits.

**Responsibilities of the Parties:**

If inconsistencies arise between the language in this Statement of Work (SOW) and the General Terms and Conditions attached to the agreement, the language in this SOW takes precedence.

RECIPIENT RESPONSIBILITIES

Perform the work and produce the deliverables as outlined in this Statement of Work and attachments.

Ensure Paperwork Reduction Act  (PRA) clearance is obtained prior to conducting data collection from producers or other project participants, including data collection performed by subrecipients.

Comply with the applicable version of the General Terms and Conditions.

Submit reports and payment requests to the ezFedGrants system as outlined in the applicable version of the General Terms and Conditions. Reporting frequency is as follows:

Performance Reports: Quarterly

SF425 Financial Reports:  Quarterly

Detailed Progress Report: Quarterly
(The detailed progress report is in addition to the performance and financial reports referenced above and described in the general terms and conditions)

**Expected Accomplishments and Deliverables**

See attached Benchmarks Table and associated Project Narrative.

**Resources Required**

See the Responsibilities of the Parties section for required resources, if applicable.

**Milestones**

See attached Benchmarks Table and associated Project Narrative.

Project Narrative for Partnerships for Climate-smart Commodities NFO
Oakville Bluegrass Cooperative

<u>Project Summary</u>

*Overview*

      This pilot project will galvanize early adoption of a promising climate-smart conservation cover, Oakville Bluegrass, in specialty crop systems. It involves a unique, cooperative-led partnership system for managing on-farm implementation of Oakville Bluegrass. Highlights for this 5-year, $4.9M project include:

- Adoption of no-till and a climate-smart conservation cover on nearly 50,000 specialty crop production acres.
- Reduction in farms' greenhouse gas (GHG) footprint, including through soil carbon sequestration, with an expected annual impact of over 1 ton of $CO_2$-equivalent removed or avoided per acre. Assuming Oakville Bluegrass Cooperative members plant ~50,000 acres of conservation cover, Oakville Bluegrass, by the end of 2029, ~43,000 tons of GHG emissions will be removed or avoided by the conclusion of the project.
- Co-benefits to soil health, water use, and agronomic resiliency worth an estimated $1,500,000 to producers annually.
- Estimated annual soil carbon sequestration 50,000 tons upon project completion.
- Forecast of 533 producers served, with at least half being small or underserved producers.
- An MSI will perform soil lab analysis.
- Participating producers grow wine grapes, almonds, and other specialty crops.
- Soil sampling to quantify soil carbon increases, which are not represented in the COMET-Farm tool for this species or region.
- Market opportunities tailored to specialty crops grown using climate-smart practices
- Participation of underserved Punjabi American producers.

      The Oakville Bluegrass Cooperative ("the co-op") is a farmer cooperative of specialty crop producers and agriculture industry stakeholders from across the U.S. west coast. It was formed in 2022 in order to facilitate the purchase of a novel conservation cover called Oakville bluegrass. Oakville bluegrass is a perennial, cool-season grass comprised of Radix Hybrid bulbosa (hybridized *Poa bulbosa*) cultivars developed by seed breeder Radix Evergreen. Its viability as a conservation cover in commercial specialty crop production systems was recently substantiated through work by University of California, Davis and ag-tech startup Vitidore. It overcomes downsides of traditional cover crops as a low-input perennial whose warm-season dormancy cycle lines up with existing farming schedules and prevents competition with the cash crop for water or nutrients. It has been found to have no negative impact on yield and provides annual benefits worth hundreds of dollars per acre in the form of reduced labor, chemical, equipment wear and tear, and fuel inputs. Oakville bluegrass is implemented

synchronously with no-till, which enables greater soil carbon sequestration than the current standard practice.

The co-op will be a central nexus for knowledge-sharing, technical research and development around the species. Its founding members see the concept of a farmer cooperative as perfectly suited as both a market-navigating mechanism for producers to adopt the conservation cover, as well as a collaborative and equitable structure for long-term implementation of climate-smart agriculture. The central decision-making apparatus of an elected co-op board combined with the ability to nurture business and research partnerships provides collective economic power with community-based action that keeps producers as the central focus.

From the perspective of specialty crop producers, Oakville bluegrass has a value proposition that carries unique on-farm economic and agronomic benefits, while also fitting into the growing trend of sustainable farming. Early proponents see it as a way of reimagining crop inter-row alleyways as a source of revenue and agronomic value, rather than as an empty space or liability. Despite a rapid rise in interest in Oakville bluegrass among producers, cost of implementation has been a roadblock to widespread adoption. Due to its early commercial stage, Oakville bluegrass has until recently been supplied in low volume and sold at a relatively high price through a third-party vendor. The conservation cover also requires technical expertise and specialized seeding equipment not immediately available to many producers. The co-op seeks to lower these barriers to adoption by directly purchasing Oakville bluegrass seed from supplier Columbia River Seed, and by becoming the centralized entity for facilitating logistics and knowledge transfer.

*Need for USDA support*

The co-op expects that its operating model will allow producers to plant Oakville bluegrass at a lower cost as a greater volume is demanded and best practices become mainstream. However, reaching this economically-sustainable state first requires overcoming initial capital, technical, and logistical barriers to project implementation. The proposed $4.9M in USDA funding will mitigate financial risks for project participants, incentivize early adoption, accelerate the adoption of the conservation cover on a larger scale, and establish infrastructure for continuous MMRV and climate-smart marketing efforts. Key budget items include:

- The incentive will last for the first 40,000 acres planted. The projected number of participating producers is 533.
  - The projected average number of incentivized     acres per producer is 75. We expect all 533 producers to receive the desired amount of incentives because most will fall below the average.
  - An incentive for co-op members to plant Oakville bluegrass seed, with USDA paying $50/     acre to producers for planting the conservation cover, with payments capped at 300     acres per participating producer. This will put the total installation costs closer to those of traditional cover crop seeds, lowering the perceived risk of early adoption and attracting more project participants.
- Financial assistance for the Oakville Bluegrass Cooperative to lease specialized

equipment and hire personnel dedicated to the implementation of this project. This will allow it to fully and permanently incorporate subject matter expertise on the species, and facilitate the entry of new co-op members into this growing pilot project.
● Funding for collection and analysis of soil samples to quantify baseline soil carbon soil carbon levels

Climate-smart agriculture is needed at scale as soon as possible, and helping to expedite and incentivize this market-driven, innovative solution will provide meaningful returns for producers and the climate. The co-op's growing base of producers from winegrape, nut, fruit, and other specialty crop systems, is part of an alliance of private and public partners hoping to lay the groundwork for meaningful climate impact and serve as a model of success for sustainable agriculture. In addition to project partners designated in this proposal, the co-op is engaged with many parties (see letters of support) who share its enthusiasm for Oakville bluegrass and this project, including university and cooperative extension organizations, government and elected officials including U.S. Reps. Dan Newhouse (WA 4th district), Cathy McMorris Rodgers (WA 5th district), Washington State Department of Agriculture Director Derek Sandison, and businesses in the carbon market and agriculture supply chain.

*Lead project administrator*

Mike Morgenfeld
Direct Marketing Manager, Oakville Bluegrass Cooperative
510-612-0945
mike@obc.ag

*Project partners & roles*
**Oakville Bluegrass Cooperative** is the primary applicant. Formed in March 2022, the farming cooperative's founding members and Directors are Al Wagner (Senior Vice President, Foley Family Farms), Nav Athwal (President, TriNut Farms) and Dave Curry (CEO & Founder, Vitidore).

*Underserved and small producer participants*

Oakville Bluegrass Cooperative co-founder and director, Nav Athwal, is second-generation Asian American farmer and member of the Punjabi American Growers Group, which formed in 2020 in response to drought and financial concerns. Responsible for 10% of agricultural production in California, the USDA designates Asian American farmers as an underrepresented producer group. This grower group will be prioritized for further co-op recruitment and participation in this project. Additionally, all participating producers are specialty crop producers, a group considered by the USDA to be underserved that is particularly left out of emerging soil carbon programs on the market. The project will be focused on small and underserved producers and align with USDA definitions for these two groups.

According to the Almond Board of California, the state has 7,600 almond farms and 90% of those are family farms, with 70% being less than 100 acres in size.  In

2022/23, value per acre was $2,604.  So, 70% of the almond farms in California had less than $260,000 of revenue in 2022/23, which means that most of the potential almond grower members of the Oakville Bluegrass Cooperative will be small producers. There are about 6,000 wine grape growers in California farming about 600,000 acres, so the average operation is only 100 acres in size.  Wine grapes value per acre is presently higher than almonds, but still the majority of vineyards will be classified as small producers because they realize less than $250,000 of revenue per year.

Pilot Project Implementation Plan

*No-till and conservation cover with Oakville bluegrass*

Traditional perennial cover crops are sometimes seen as a threat to yield and water efficiency due to their growth into the summer months, while annuals carry regular seeding and site preparation costs, and are frequently paired with tilling practices that can reverse carbon sequestration, negating potential carbon credits. In contrast, Oakville bluegrass combines the lifespan (10 years or more) and low-input advantages of a perennial with the non-intrusive synergy of a seasonal cover crop. Early adopters and viticultural consultants consider the alignment of its dormancy period with the emergence of the cash crop (Fig. 1) to be uniquely symbiotic with permanent crop systems, such as wine grapes and almonds.



**Figure 1. One-year timeline of the growth cycle of Oakville bluegrass compared with that of an average wine grape crop in California.**

Data confirmed by preliminary data from UC Davis research trials demonstrates that no-till Oakville bluegrass plantings have lower annual cultural costs compared with traditional practices (Fig. 2). Notably, one fewer vine irrigation event was needed per year in Oakville bluegrass plots compared with barley and fallow (no cover). The study also found it to have no impact on wine grape yield or composition. It has been seen to lower weed pressure, which in combination with its own low growth (around six inches before receding into dormancy) means that mowing events can be reduced to 0 or 1 per year. Producers currently mowing for high-growth cover crops or weed pressure may be mowing up to 6 times per year, a significant source of labor costs and diesel emissions.



**Figure 2. Annual cultural cost comparison of Oakville bluegrass ("perennial grass") with barley ("annual grass") and fallow ("natural"), each under till and no-till conditions in two winegrape systems.**

Furthermore, Oakville bluegrass requires no dedicated irrigation and was successfully established and re-emerged in low-rainfall areas of California during its historic 2021 drought. Preliminary data from commercial trials has indicated lower soil temperatures and improved plant water status in cash crop systems where Oakville Bluegrass is present, and water impacts are being investigated further in an NRCS-funded UC Davis study (details below). This combination of resiliency paired with GHG-reducing impacts makes the species well-suited for both adapting to and counteracting climate pressures. The production of Oakville bluegrass seed supply is also suited for success under climate pressure, as it is a viable crop for dryland agriculture, which is less dependent and puts less strain on irrigation resources. Exact quantification of GHG benefits resulting from plantings is one of the goals of this project, but preliminary estimates expect the removal of a ton of $CO_2$-equivalent per acre annually.

Oakville bluegrass has been the subject of commercial and research trials dating back to 2019, and will be present on over 900 farm acres by the end of 2023. In addition to soil carbon quantification and agronomic consultation between producers and viticultural consultants such as Dr. Paul Skinner of Vineyard Investigations, other formal and informal studies involving the species have taken place or are ongoing:

- USDA Lockeford Plant Materials Center is conducting an evaluation of seed mixes as Conservation Cover for orchards and vineyards in California's Central Valley (Study ID: CAPMC-T-2201-CP).

- The UC Davis Viticulture and Enology Department conducted research on the impact of no-till and perennial conservation cover cropping- including Oakville bluegrass- on water availability in orchards.
- The UC Davis Land, Air, and Water Resources Department received an NRCS CIG grant for the project, "Climate-Smart Irrigation for Drought, Fertility, & Structural Resilience in Almond Systems," which aims to study the impact of perennial cover crops. Oakville Bluegrass Cooperative Director Nav Athwal is a participating producer under this CIG grant.
- UC Cooperative Extension programs are looking at cover crop herbicide tolerance, viability in walnuts, and integration in managed aquifer recharge projects in California's Central Valley funded in part by CDFA Specialty Crop Block Grant project, "Addressing Groundwater Challenges for Small-Scale Diversified Vegetable Farms in the San Joaquin Valley."
- Cornell Cooperative Extension is looking at the viability of Oakville bluegrass as under-vine ground cover in Long Island's maritime climate.
- Iowa State University's USDA-NIFA AFRI Competitive Grant project, "Regenerating America's Working Landscapes to Enhance Natural Resources and Public Goods Through Perennial Groundcover," focuses on Oakville Bluegrass as one of two subject species.

The climate-smart commodities produced in this project are specialty crops- including, but not limited to, grapes and almonds- grown on parcels of land on which Oakville bluegrass is planted. The planting of Oakville bluegrass as a conservation cover will fall under the definition of NRCS practice code CPS 327- "conservation cover," according to the manager of the Lockeford Plant Materials study.  Furthermore, it is meant to be maintained in a no-till environment, which falls under the definition of NRCS practice code CPS 329- "Residue and Tillage Management - No Till." Both practices will be tracked and their GHG benefits quantified in this project.

*Producer assistance & recruitment*

This project's seed budget will establish Oakville bluegrass on approximately 50,000 farm acres of commercial specialty croplands by 2028. As of 2023, early adopters include 20 producers on approximately 900 acres in California, Washington, Oregon, and Arizona. We project that nearly 533 producers will join the Oakville Bluegrass Cooperative by 2028. Outreach efforts will prioritize reaching the Punjabi-American community and small almond and wine grape producers.  The project will be open to as many producers as wish to take part until the incentive funds run out. Co-op membership and additional project participation is open to producers nationwide (international expansion is a goal as well, but falls outside the scope of this project). Other financial assistance for producers includes: technical consultation services, capital investment in specialized, co-op owned grass seeders, and efforts around climate-smart marketing and monetization of GHG benefits. Overall, costs incurred personally to participating producers will be limited to paying for grass seed, shipping, and typical cover crop installation and maintenance costs (e.g. fuel, machinery, and labor).

Because the co-op was only established in March of 2022, the current membership numbers only reflect a fraction of interested parties, and we anticipate significant expansion of membership as soon as the incentive payments are available. Assisting the earliest adopters and project partners with initial expenses and systematic proof of concept will contribute significantly to further recruitment and long-term success for current and future members. The project's recruitment plan includes distribution of materials to producer networks, industry and regional media, outreach to organizations such as university cooperative extensions and commodity boards, and participation in virtual and in-person industry events to promote Oakville bluegrass and the co-op. Oakville Bluegrass's origins in science-based R&D, its role in climate-smart agriculture, and its interconnection with the co-op partnership system, will distinguish it from cover crops. In particular, producers have noted that the emphasis on mutual benefit among project partners in achieving long-term implementation increases trust in the species and in the viability of the project. Value creation through marketing the climate-smart commodities produced in this project (detailed in the Market Expansion Section) should also attract further membership, as the financial and intrinsic benefits of planting Oakville Bluegrass and being a co-op member come into more public view.

*Recruitment of underserved producers*

The co-op will seek further underserved producer membership through co-op director Nav Athwal's network of over 200 Punjabi American producers. Oakville bluegrass has already gained traction among these producers through the USDA-NRCS CIG project, "Climate-Smart Irrigation for Drought, Fertility, & Structural Resilience in Almond Systems," which features Oakville Bluegrass as a subject of targeted outreach efforts in that community. This represents the next step for the early beneficiaries of Oakville Bluegrass. The project will be focused on small and underserved producers and align with USDA definitions for these two groups.

Furthermore, all producers participating in this project farm specialty crop systems, which USDA lists as underserved, and are ineligible for many of the turnkey carbon credit services to emerge in recent years. The conception of the co-op and this project are tailored specifically to permanent specialty crop production.

Quantification & MMRV Plan

Process-based modeling (e.g. using algorithms to represent biogeochemical processes) is the USDA's standard method for quantifying changes in soil carbon stocks. The COMET-Farm process-based model platform makes assumptions about soil carbon stocks and rates of change based on generic, coarse, or outdated data sets and map units.  Furthermore, COMET-Farm has no data on Oakville bluegrass, forcing users to substitute other cover crops as a proxy to generate estimates.  Nor does it have any basis in studies of California permanent crops.

In this project, baseline soil carbon stocks will be quantified by analyzing soil samples. Samples will be collected by a combination of third party contractors and Oakville Bluegrass Cooperative staff when Oakville Bluegrass is planted. The samples

will be analyzed by a contracted minority-serving institution to be selected after this proposal is accepted by the USDA.

In parallel, Oakville Bluegrass Cooperative will collaborate with Vitidore, Inc. to validate the accuracy of Vitidore's technology for cost-effective measurement of the impact of the no-till conservation conservation cover system on the accumulation of Soil Organic Carbon (SOC). Vitidore will support the Oakville Bluegrass Cooperative's Partnerships for Climate-smart Commodities project by providing participating producers with its verification service, which includes Δ SOC (change in soil organic carbon) predictions for their Oakville bluegrass installations. These Δ SOC predictions will provide precise MMRV outputs to producers, in contrast to COMET-Farm's predictions, which are not supported by any data that calibrate the predictions for novel conservation cover species or for west-coast specialty crops. The Vitidore service uses remote sensing technology, software-guided collection of a set of "ground-truth" samples for model calibration, and innovative methods in machine learning-based software for modeling. It is the first and only technology capable of providing an MMRV measurement for Oakville bluegrass installations. This work will demonstrate the efficacy and scalability of machine learning and remote sensing-based models for MMRV in climate-smart agriculture. Vitidore will collaborate with Oakville Bluegrass Cooperative staff to ensure the availability of this supplemental innovative MMRV service to its producers via use of Vitidore's system, CquestR. Vitidore will not use any grant funds or resources funded by the grant. Vitidore has provided a signed letter of support confirming this relationship.

CquestR is Vitidore's MMRV system for quantifying soil carbon sequestration with machine-learning and a combination of manual and remote data inputs. CquestR and its associated processes encompass data collection, synthesis, and predictive modeling of offsets. CquestR's software component utilizes an end-to-end machine learning pipeline covering processes from data ingestion and preparation, to model training and evaluation, to making the model available for inference on new data. Development of CquestR follows the practices of MLOps or DevOps applied to machine learning. DevOps is the set of modern practices making software development reproducible, scalable and continuous, and has transformed the industry over the last ten years. MLOps is the still-emerging application of DevOps principles to machine learning and its continuous nature results in changes to the versioned code triggering the appropriate testing, quality control, training, evaluation, deployment, serving, monitoring, and maintenance processes. To realize its MLOps objective, CquestR relies on industry standard DevOps technologies. For example: GitHub for version control, Google Drive and AWS S3 for cloud storage, Docker for containerization, GitHub Actions and CircleCI for Continuous Integration and Delivery and emerging MLOps solutions like DVC for data version control and CML for continuous machine learning.

Beyond its data ingestion and model serving components, CquestR includes three predictive models: (i) a biomass prediction model; (ii) a baseline soil prediction model; (iii) a carbon stock prediction model. The carbon stock model uses the soil and biomass models as inputs and provides the final carbon offset prediction to be presented to third parties wishing to verify the results.

The development of the machine learning pipeline has followed principles of applied machine learning engineering rooted in statistical rigor for the validation and testing of model performance, as well as in industry standards for evaluating and monitoring robustness, fairness, and reliability through continuous quality analysis, control, testing, and integration (Fig. 3). Training data for the models must adhere to output specifications and capture variability in agricultural fields in which it is applied.



Figure 3. The process of testing and correcting CquestR's machine learning models.

CquestR's software components feature a biomass prediction model and a baseline soil prediction model, each of which feeds into a final carbon stock prediction model. While differing in their input data, each model is trained following a similar benchmarking approach: multiple algorithms are trained and evaluated together to identify which is best suited to answer the modeling problem. The performance of each algorithm is evaluated through nested, repeated spatial cross-validation to ensure a generalizable pattern is learned. Statistical testing assists in selecting the best performing and best-tuned algorithm for each of the models.

CquestR's predictive models are calibrated through a scalability-focused data collection process that includes the novel use of satellite imaging and precision soil and biomass sample collection, processing, and analysis. These models limit human-induced bias and error, generate highly accurate carbon offsets, and add a level of certainty and quality not provided by the standard process modeling approaches used elsewhere in the industry.

Table 1. Variable Inputs for CquestR's machine learning pipeline

| Category | Variable | Example | Source |
|---|---|---|---|
| **conservation cover** cultivar | Cultivar or cultivar blend | Pb-55 | Vitidore |
| | Density (seeds per acre) | 100,000,000 | Vitidore |
| | Fertilizer rate added in year 1 (lbs N/acre) | 10 | Vitidore, Producer |
| | Crop system | Wine grapes | Vitidore |

| Permanent environment | Historic management | Past disking | Producer |
|---|---|---|---|
| | Soil type | Clay-loam | Public Soil Data |
| | Baseline soil carbon (% total organic carbon) | 1.4 | Vitidore, Rad-Lab, Public Soil Data |
| | Bulk density (g/cm3) | 1.2 | Vitidore, Public Soil Data |
| Annual characteristics | Age of seed (years since harvest) | 2 | Vitidore |
| | Age of planting (years since installation) | 1 | Vitidore |
| | Hours of sunlight | 10 | Public Data |
| | Biomass (g/m2) | 100 | Vitidore, Rad-Lab |
| | Multispectral (vegetation) index | NDVI | Vitidore Flights |
| | Time-aggregated multispectral (vegetation) index | Average NDVI during growth period | Satellite |
| Annual environment | Rainfall from Oct-Mar (in) | 20 | Public Climate Data |
| | Growing-degree days | 150 | Public Climate Data |
| | Winter weed management | Shark applied: 1/20/21 | Producer |
| | Summer weed management | Roundup: 5/20/21 | Producer |

Expanding Markets for "Climate-Smart" Commodities

Growers will not adopt "climate-smart" agricultural practices and produce "climate-smart" commodities at meaningful scale unless they can save money on operating costs.  This proposal will address that barrier. Oakville Bluegrass enables a no-till, full-cover floor management system that reduces greenhouse gas emissions and increases soil carbon - *while also reducing growers operating expenses*. For decades wine grape growers have implemented annual cover cropping in row middles only, which involves many passes through the vineyard in order to prepare the seedbed by tilling, planting, mowing, and terminating by tilling again as well as spraying herbicide.  This floor management practice uses a lot of diesel fuel, and increases oxidation which counteracts carbon gains from working cover crop biomass into the soil.  Switching to Oakville bluegrass cuts the number of passes from 7 to 1 or none, which cuts costs, reduces emissions from burning diesel and extends the life of equipment.  Eliminating tillage enables soil organic carbon to accumulate.  In nut orchards, the standard floor management practice involves mowing and chemical burning to leave only clean bare soil at harvest time.  Switching to Oakville bluegrass reduces passes for mowing, and keeps the soil covered with living roots year round.  Soil health and water utilization improve over time.  Wine grape and nut farms who adopt no-till, full-cover floor management using Oakville bluegrass produce crops that are more "climate-smart", *and less costly to grow*.

To develop realistic plans for expanding markets for climate-smart crops within the limits of the funding provided by this grant, we must consider the fact that the wine grape and nut industries in California have very different sizes, structures, and stresses. California wines represent ~10% of global wine production, where the California almond industry represents ~80% of global almond production.  The wine industry is highly fragmented and mostly vertically integrated.  Thousands of wine brands control the crop land, grape production, wine production, and marketing to retailers and even directly to consumers.  In contrast, the California almond industry has ~7,600 farms, 70% of which are <100 acres, selling their output to about 100 processors who in turn sell to domestic and international distributors who ship almonds around the world.  Most promotion is done by the Almond Board of California, which has a budget approaching $100M per year devoted to expanding demand for almonds around the world, and developing new uses for all parts of the almond crop.  Other nuts (walnuts, pistachios) also have associations who perform similar functions.  Wine prices have been stable but consumption is slowing among younger generations.  Almond prices have fallen by 50% in the last 3 years and will be slow to recover.  In these challenging financial times for growers it is difficult to get them to invest in new initiatives.

The co-op Board of Directors has consulted with both wine and nut producers and marketing experts to develop a plan to expand markets for "climate-smart" commodities that reflects the realities of their businesses, as well as the resources and role of the co-op.  We have concluded that the most targeted and leveraged approach to expanding markets within the limits of the grant budget is to focus on these three key strategies:

1. Establishing a *branded mark* for climate-smart management of orchard and vineyard floors and organizing meetings with buyers of California wine grapes and nuts to negotiate favorable terms for growers who license the mark.
2. Increasing the rigor of existing *sustainability certification schemes* to enable certification agencies to identify and reward growers of climate-smart wine grapes and nuts.
3. *Engaging leading nut processors and nut grower associations* to adopt standards for climate-smart nut production and reward producers who adhere to those standards with better terms for their commodities.

Cost-effective and accurate measurement of emissions impact is a key part of the co-op's strategy for expanding markets for members who implement climate-smart agriculture practices. The co-op will collaborate to create this capability with ag-tech startup Vitidore, who is applying new tools and techniques to dramatically cut the costs of MMRV services. As stated above, Vitidore will receive no grant funds for their work to develop the supplemental innovative MMRV service used for this project via use of CquestR.

The information the supplemental innovative MMRV service provides will enable wine grape growers to transparently and credibly document the emissions impacts of their vineyard management practices. Wine producers need to appeal to younger audiences to maintain their market. Younger audiences are much more concerned about sustainability than older audiences who today consume more wine per capita, and more premium wines. Co-op members who produce wine and market directly to consumers will use the information to position their product as "climate-smart" and "sustainable" with the evidence necessary to support the claim without being suspected of "greenwashing". Consumers who value these attributes will be more loyal to products even if they are priced at a premium.

The co-op will define a branded mark that distinguishes the climate-smart commodities produced by growers who implement best practices for reducing emissions and sequestering carbon in the soil. The members of the co-op who participate in the climate-smart commodities program funded by this grant will qualify to use the mark in their sales and marketing efforts by pledging to quantity and verify the use of the best practices. The co-op will raise awareness for the mark in all of its outreach activities and marketing communications.

The co-op will also support growers of climate-smart commodities by working with organizations who manage certifications (such as CCSW, SCS Global, and SAI) to get them to identify and reward producers who are reducing emissions. Today certification agencies lack the data needed to verify and quantify the carbon footprint of the floor management practices of growers. They do not distinguish between cover-cropping practices which do not sequester carbon (the current standard practice of annual cover cropping with tillage) versus practices that do sequester carbon (conservation cover applications, which are like perennial cover-cropping, with Oakville bluegrass) and by

how much.  For example, some growers who claim to be sustainable are burning cover crops with propane torches to prepare for harvest operations.  Such practices would not be allowed to be promoted as "sustainable" if the emissions impacts were accurately measured and reported.

To secure premium prices for California nut growers who adopt climate-smart practices, the co-op will demonstrate how the innovative MMRV service developed in this project can enable organizations like the Almond Board of California (ABC) or other nut grower associations to set standards for climate-smart nuts.  For example, the best practice for climate-smart almond orchard floor management is to cover all of the floor with Oakville bluegrass and to cover the perimeter with bee forage.  The MMRV service being pioneered by the co-op in partnership with Vitidore will for the first time enable the ABC to quantify and verify the carbon footprint of this practice in a cost-effective manner.

The work of executing these strategies will be carried out by two full-time employees fully allocated to the challenges of expanding markets for "climate-smart" commodities over the entire project period.  The responsibilities of the Direct Marketing Manager will be to identify and secure participation of strategic growers and partners in the co-op and the USDA project, to assist growers with co-op and USDA programs, and to lead engagement with growers in meetings and events.  The responsibilities of the Marketing Communications Manager will be to develop systems to support effective communications with the existing and potential member base, to create and curate content for mass mailings, web pages, surveys and social media channels, to plan and purchase advertising to drive traffic to co-op content, and to organize co-op participation in events.  Their work will be supported by a contractual budget that funds creation of the "climate-smart" commodity branding mark, a website optimized to educate growers about the USDA program and the "climate-smart" mark, digital advertising to drive traffic to the USDA program and "climate-smart" mark, and professionally authored blog posts promoted on websites and social media channels.

The people staffing these positions will work together closely to pursue the following tactics to execute the marketing strategy described above:

1. Conduct a cost-benefit analysis of no-till, full-cover floor management in vineyards and orchards, and publicize the data about the financial return to implementation.  If they see improved cash flow, growers will commit sooner in larger numbers to this practice and invest more in marketing their "climate-smart" production.  This tactic will be executed by the Direct Marketing Manager.
   a. The quarterly milestones for this project are detailed in the "Outreach, training and other technical assistance" line of the Milestones document.
2. Publish an online calculator to enable producers to estimate the financial impact of climate-smart practices on their business.  This tactic will be executed by the Direct Marketing Manager.
   a. The quarterly milestones for this project are detailed in the "Outreach, training and other technical assistance" line of the Milestones document.

3.  Host field visits in collaboration with organizations such as the Punjabi Growers Group.  These events will be organized by the Marketing Communications Manager.
    a.  The quarterly milestones for this project are detailed in the "Outreach, training and other technical assistance" line of the Milestones document.
4.  Develop a "climate-smart commodities" mark with branded marketing assets and a guide to using them in packaging, marketing collateral and communications media such as web sites, online stores, and social media platforms.  This work is a critical enabling tool for expanding markets for climate-smart commodities. This tactic will be managed by the Marketing Communications Manager.  The quarterly milestones for this project are detailed in the "Other measurements of work related to marketing of commodities" line of the Milestones document.
    a.  The quarterly milestones for this tactic are detailed in the "Other measurements of work related to marketing of commodities" line of the Milestones document.
    b.  When the co-op begins licensing this mark to growers in Q1 2025 that is recorded in the Milestones document as a new marketing channel for producers of "climate-smart" commodities.
    c.  In subsequent years we record the fact that the number of licensees has increased as expansion of a marketing channel.Licensing the mark to growers who agree to implement climate-smart practices and verify and quantify the emissions impact.  The Marketing Communications Manager will set up a system to manage this program.
5.  Create web site pages that define climate-smart agricultural practices and identify and promote the growers who have adopted them.  The Marketing Communications Manager will oversee this work.
    a.  The quarterly milestones for this tactic are detailed in the "Other measurements of work related to marketing of commodities" line of the Milestones document.
6.  Participate in conferences attended by California wine grape and nut growers such as the Sustainable Ag Expo and the Almond Conference.  The Marketing  Manager will organize the co-op participation at least 2 such events each year.  These events will be used to raise awareness of "climate-smart commodities" among the organizations that purchase wine grapes and nuts and connect the buyers with producers who are using the mark described above.
    a.  These events are listed in the "Outreach, training and other technical assistance" line of the Milestones document.
7.  Send bi-annual newsletters to growers and supply chain participants with information about "climate-smart agricultural practices" and about how to increase sales by effectively using the "climate-smart commodities" mark.  The Marketing Communications Manager will set up systems to conduct email marketing, create the newsletters, and send them.
    a.  The quarterly milestones for this tactic are detailed in the "Other measurements of work related to marketing of commodities" line of the Milestones document.
8.  Conduct meetings with certification organizations to educate them about the emissions and soil carbon sequestration impact of climate-smart practices, and how the MMRV service can verify and quantify the impact.  The co-op will meet with at least four certification organizations covering wine grapes and nuts, and with the directors of the CASP Supply Chain program run by the ABC. The Direct Marketing

Manager will orchestrate these meetings and involve "climate-smart" wine grape and nut growers in them. Making "climate-smart" a criteria for the highest level of certification will create a new marketing channel for wine grape growers who have adopted climate-smart practices by enabling them to distinguish their product with consumers.

   a. The quarterly milestones for this tactic are detailed in the "Other measurements of work related to marketing of commodities" line of the Milestones document. When the coop engages with a certification agency the resulting new or expanded marketing channel is recorded in the Milestones document.

   b. The co-op expects the first engagement with a certification agency to occur in Q4 2024, which is recorded in the Milestones document as the establishment of a new marketing channel.

   c. When the co-op engages with additional certification agencies we record that in the Milestones document as expansion of a marketing channel.

9. Conduct meetings with processors and associations who control the processing and marketing of nuts in California to educate them about how they can set standards for climate-smart nut production and quantify and verify grower use of the standards. The co-op will set up meetings with large processors who today grade nuts on visible attributes and pay premiums for higher quality, and have buyer relationships, such as The Almond Company, Pearl Crop, and Select Harvest. The Direct Marketing Manager and Marketing Communications Manager will organize nut growers to lead these meetings with the goal of securing preferred terms for their production.

   a. The quarterly milestones for this tactic are detailed in the "Other measurements of work related to marketing of commodities" line of the Milestones document.

   b. When the coop engages with a processor the resulting new or expanded marketing channel is recorded in the Milestones document. We expect the first processor engagement to occur in Q1 2026 because it will take time to recruit a group of growers large enough to have leverage with a processor.

   c. When subsequent processor engagements occur those are listed in the Milestones document as expanded marketing channels.

10. Conduct surveys of growers who are using the climate-smart mark to learn about how they are using it, and whether they believe the mark is helping them retain customers and support premium pricing.

   a. The quarterly milestones for this tactic are detailed in the "Other measurements of work related to marketing of commodities" line of the Milestones document.

It is important to understand that **all** of the customer-facing activities of the co-op are an integral part of our plan to expand markets for climate-smart commodities. The co-op mission is to enable growers to help growers operate more sustainably and profitably. Increasing prices for the output of co-op members who are practicing climate-smart agriculture is fundamental to that mission. To achieve higher prices for commodities grown with "climate-smart" agricultural practices, we must have a critical mass of growers adopting climate-smart practices, so that they can build negotiating leverage with the incumbent processors and certification agencies who control purchasing and labeling. The co-op presently has 11 wine grape growers and 2 nut growers who have

installed the Oakville bluegrass no-till conservation cover floor management system. The co-op must increase membership to at least 25 wine grape growers and 50 nut growers before processors and certification agencies will consider co-op requests for better terms and more rigorous certification labels that will distinguish co-op member "climate-smart" commodities from conventional commodities.

The co-op expects that execution of the market expansion strategies and tactics described above will result in the creation of three new marketing channels: wine producers or nut growers marketing their "climate-smart" commodities directly to consumers, wine producers using enhanced certifications to signify to consumers that their wine is produced using "climate-smart" practices, and nut growers selling their "climate-smart" commodities to producers who are marketing them as such to institutional buyers.  The co-op also expects that at least 6 expansions of these marketing channels will occur over the course of the grant period.  As additional certification agencies or processors engage we are documenting that as an expanded marketing channel in the Milestones document.  Over time the number of growers licensing the "climate-smart" mark could exceed 100, but we are counting that as just one expanded channel for the purposes of the Milestones document.

<u>New Revenue Streams for Producers through Monetizing Ecosystem Services</u>

The co-op will also provide all members who adopt climate-smart practices with access to a new, significant revenue stream that today they cannot realize on their own, by creating a voluntary carbon removal credit sales program.  The co-op will quantify the emission reduction and soil organic carbon impacts of enrolled producers, aggregate their impacts, and create portfolios of carbon removal tailored to the long-term needs of individual corporate carbon credit buyers.  The co-op (not Federal funds under this grant) will cover administrative expenses with transaction fees and distribute profits to co-op members who participate in the carbon credit program. The Grant Program Administrator will ensure that carbon credits generated in this project are not double counted and are tracked in the grant reporting system.  Of course, producers own the carbon credits and can choose not to sell them if that is their preference.  By acting on behalf of the entire grower membership, the co-op can address carbon credit buyers' desires for carbon removals that are high-quality, durable and scalable.  The co-op's MMRV service partnership can ensure accurate measurement of impact.  Orchards and vineyards are long-lived and so is Oakville bluegrass.  If land is removed from agricultural production at the end of life of the orchard or vineyard, the co-op can add new acreage to the buyer's portfolio to generate a constant stream of removals.  California's soils are low in soil organic carbon to start, so the potential increase in soil organic carbon is large.

Better water utilization is an expected benefit of switching to no-till, full-cover floor management, but today there is not enough evidence to quantify the potential impact.  The co-op will gather that evidence through research studies, and use the evidence to develop new revenue or enhanced revenue streams for the broader set of ecosystem services realized through adoption of no-till, full-cover floor management.

*Economic benefits*

Implementation of climate-smart practices that are confidently measured and verified present economic opportunities for producers include preference and/or repayment for scope 3 emissions reductions for downstream supply chain partners, scope 1 reductions or insetting for own operations, and better price premiums and/or selling opportunities for climate-smart commodities produced. Quantification of the $ value per commodity unit produced, and per acre or lb of Oakville bluegrass planted, is an objective of this project. Furthermore, on-farm economic co-benefits from Oakville bluegrass plantings broken down in a previous section can be extrapolated to a return of $1,500,000 per year after project acreage reaches its height. Given that we consider this pilot project a stepping stone to national expansion, total project acreage and associated economic impact has the potential to scale to millions of acres across the United States.

*Transparency, reporting, and environmental co-benefits*

Project reporting will provide an up-to-date and publicly-available accounting of on-farm GHG metrics, with the belief that lifting the curtain on these particulars will attract more public trust and collaboration.

Oakville Bluegrass's non-GHG co-benefits, such as reduced irrigation and associated groundwater pumping, are also of interest to climate and environmental advocates, particularly in drought-vulnerable regions. On the production end, Columbia River Seed estimates that production of Oakville bluegrass seed itself requires less irrigation than that of average cover crop seeds, and may have favorable attributes such as resistance to common types of fungus that lower production inputs and improve overall system resiliency. Though the measurement and verification of non-carbon benefits could require other forms of certification, the co-op's network is actively engaged in addressing them, both through formal research and exploratory on-farm trials. The inclusion of these co-benefits further strengthens the marketing narrative for Oakville bluegrass commodities, as they can impact sustainability efforts at a level comparable to carbon removal and attract stakeholders with a particular interest in them.

**Exhibit B**



**United States Department of Agriculture**

*December 12, 2022*

Oakville Bluegrass Cooperative
1314 S Grand Blvd.
Spokane, WA  99202

SUBJECT: Funding Opportunity No. USDA-NRCS-COMM-22-NOFO0001139,
Partnerships for Climate-Smart Commodities

Dear  Mr. Perkins,

The Natural Resources Conservation Service (NRCS) has selected your application
(grant application ID number 13654368) for the above referenced funding opportunity
for tentative award, subject to negotiation of funding levels and payment benchmarks.
The agency has established an estimated funding ceiling for this project of
$4,938,777.25. NRCS will schedule a negotiation session with your organization
starting in January 2023 which will include the time and video conferencing
instructions.

**This letter is not an authorization to begin performance or to incur costs prior to
an award being fully executed.**

Once negotiations are successfully completed, you will receive an award package to
review, sign, and return. NRCS will subsequently provide you a fully executed
agreement once the agency approving official countersigns it. Receipt of the fully
executed agreement will authorize you to begin performance.

NRCS does not intend to approve any pre-award costs. Any costs incurred prior to
agreement execution will not be reimbursed.

A National Program Officer and Grant Management Specialist will be assigned to
your project.  You will be introduced to those individuals during the initial negotiation
video conference.  If you have any questions in the meantime, please email me at
Sharif.Branham@usda.gov.

I look forward to working with your organization on this project.

Sincerely,

Sharif Branham
Acting Director, Climate-Smart Commodities Small Grants Division

# Exhibit C

 Gmail

**Jeff Thiel <jeff@vitidore.ag>**

## RE: [External Email]Fwd: NRCS Agreement NR243A750004G031 Claim Pending Review and Decision

7 messages

---

**Denton, Matthew - FPAC-NRCS, TN** <matthew.denton@usda.gov>          Fri, Feb 14, 2025 at 8:27 AM
To: "Jeff Thiel (OBC)" <jeff@obc.ag>
Cc: Dave Curry <dave@nxwt.co>

Jeff,

As discussed this morning, please use the following link FPAC.BC.GAD@usda.gov for submission of payment claims if ezFedGrants is not available. Also, refer to the attached summary document for additional information with claims, reporting, etc.

---

**From:** Jeff Thiel (OBC) <jeff@obc.ag>
**Sent:** Monday, February 10, 2025 11:10 AM
**To:** Denton, Matthew - FPAC-NRCS, TN <matthew.denton@usda.gov>
**Cc:** Gina <accounting@vitidore.ag>; McCabe, Kimberly - FPAC-FBC, NH <kimberly.mccabe@usda.gov>
**Subject:** Re: [External Email]Fwd: NRCS Agreement NR243A750004G031 Claim Pending Review and Decision

I will have to lay off 3 more people by the end of February unless payments on the grant resume.

On Mon, Feb 10, 2025 at 6:16 AM Denton, Matthew - FPAC-NRCS, TN <matthew.denton@usda.gov> wrote:

> Gina,
>
> Good morning. We are awaiting further guidance on payments. As soon as we can, we will evaluate the claim.
>
> ---
>
> **From:** Gina <accounting@vitidore.ag>
> **Sent:** Friday, February 7, 2025 10:33 AM
> **To:** McCabe, Kimberly - FPAC-FBC, NH <kimberly.mccabe@usda.gov>; Denton, Matthew - FPAC-NRCS, TN <matthew.denton@usda.gov>
> **Cc:** Jeff Thiel (OBC) <jeff@obc.ag>
> **Subject:** Re: [External Email]Fwd: NRCS Agreement NR243A750004G031 Claim Pending Review and Decision
>
> Thanks Kim
>
> Wil you be able to approve our submitted CLM-131423 that has been pending since 1/3/25 to process for payment?
>
> Thanks
>
> Gina Allen
> Bookkeeper | Vitidore | Oakville Bluegrass Cooperative
> P: 206-799-4241
> E: accounting@vitidore.ag
>
> On Friday, Feb 07, 2025 at 7:44 AM, McCabe Kimberly - FPAC-FBC NH <kimberly.mccabe@usda.gov> wrote:

Yes, report has been received. Thank you. Kim

---

**From:** Gina <accounting@vitidore.ag>
**Sent:** Friday, February 7, 2025 10:44 AM
**To:** McCabe, Kimberly - FPAC-FBC, NH <kimberly.mccabe@usda.gov>; Denton, Matthew - FPAC-NRCS, TN <matthew.denton@usda.gov>
**Cc:** Jeff Thiel (OBC) <jeff@obc.ag>
**Subject:** Re: [External Email]Fwd: NRCS Agreement NR243A750004G031 Claim Pending Review and Decision

Hi Kim

Just following up on this quarterly report to ensure you have everything you need.

Thanks

Gina Allen | Vitidore | Oakville Bluegrass Cooperative
P: 206-799-4241
E: accounting@vitidore.ag

> On Thursday, Feb 06, 2025 at 1:23 PM, Gina <accounting@vitidore.ag> wrote:
>
> Thanks for the note Kimberly, I was not certain if that number chnaged each quarter, now I know it doesn't. I have made the change, resigned the report and submitted.
>
> Can you let me know if there are any other questions.
>
> Thanks
>
> Gina Allen
> Bookkeeper | Vitidore | Oakville Bluegrass Cooperative
> P: 206-799-4241
> E: accounting@vitidore.ag

>> On Thursday, Feb 06, 2025 at 12:21 PM, Denton Matthew - FPAC-NRCS TN <matthew.denton@usda.gov> wrote:
>>
>> Gina,
>>
>> Good afternoon. I reached out via phone earlier to discuss this, but your GMS, Kim reminded me that you will need to submit your corrected SF-425 in ezFedGrants. It was returned to you for corrections. The submission showed a reduction in the non-federal portion on the SF425 that has not yet been amended. This will need to be corrected before your reimbursement claim can be evaluated.
>>
>> J. Matthew Denton
>> Senior Program Management Officer (Small Grants) & Team Leader
>> Commerce & Commodities Division | Center for Sustainable Commodity Markets
>> Office of the Associate Chief
>>  **U.S. DEPARTMENT OF AGRICULTURE**
>> Natural Resource Conservation Service
>> c: (731) 202-1373

**From:** Gina <accounting@vitidore.ag>
**Sent:** Friday, January 31, 2025 12:47 PM
**To:** McCabe, Kimberly - FPAC-FBC, NH <kimberly.mccabe@usda.gov>; Denton, Matthew - FPAC-NRCS, TN <matthew.denton@usda.gov>
**Cc:** Jeff Thiel (OBC) <jeff@obc.ag>; Mike Morgenfeld <mike@obc.ag>
**Subject:** Re: [External Email]Fwd: NRCS Agreement NR243A750004G031 Claim Pending Review and Decision


Hi Matthew


Reaching out to see what is the status of this amendment now that the system is back up, we are still waiting for this Claim to be processed as well as to process more claims.  Is this something that can get resolved today?


Thank you


Gina Allen
Bookkeeper | Vitidore | Oakville Bluegrass Cooperative
P:  206-799-4241
E:  accounting@vitidore.ag


> On Wednesday, Jan 22, 2025 at 7:26 AM, Denton Matthew - FPAC-NRCS TN <matthew.denton@usda.gov> wrote:
>
> Good morning Gina,
>
> I confirmed with Kim that FMMI is still not working properly which is delaying amendment finalization.  Since we are adding funds in the amendment, until it is finalized she can't move forward with the payment.  Your amendment is in the final stage of review with GAD.
>
>
> I have been unable to get a firm date on rectification of the FMMI problem as is it widespread.  We will communicate with your ASAP on any updates.
>
>
> J. Matthew Denton
>
> *Senior National Program Officer & Team Leader (Small Grants)*
>
>
> Office of the Associate Chief | Center for Sustainable Commodity Markets



**Natural Resources Conservation Service**
U.S. DEPARTMENT OF AGRICULTURE

> Remote Duty Station
>
> c: (731) 202-1373
>
> e: matthew.denton@usda.gov
>
>
> *USDA is an equal opportunity provider, employer, and lender.*

6/24/25, 1:44 PM
Case 1:25-cv-01775-BAH Document 14-3 Filed 06/26/25 Page 36 of 52
Oakville ag dean - External Email[Fwd: NRCS Agreement NR243A750004G031 Claim Pending Review and Decision

**From:** Gina <accounting@vitidore.ag>
**Sent:** Monday, January 20, 2025 3:05 PM
**To:** McCabe, Kimberly - FPAC-FBC, NH <kimberly.mccabe@usda.gov>; Denton, Matthew - FPAC-NRCS, TN <matthew.denton@usda.gov>
**Cc:** Mike Morgenfeld <mike@obc.ag>; Jeff Thiel (OBC) <jeff@obc.ag>
**Subject:** Re: [External Email]Fwd: NRCS Agreement NR243A750004G031 Claim Pending Review and Decision

Hi Kim

Just reaching out for a status on this, are we able to move forward to get the agreement updated in order to process our submitted claim?

Thanks

Gina Allen
Bookkeeper | Vitidore | Oakville Bluegrass Cooperative
P: 206-799-4241
E: accounting@vitidore.ag

> On Tuesday, Jan 14, 2025 at 12:33 PM, McCabe Kimberly - FPAC-FBC NH <kimberly.mccabe@usda.gov> wrote:
>
> Gina,
>
> We have the amendment for NR243A750004G031 in process and while it's in process I can't make payments.
>
> But yes, our system is also down so we can't work on it.
>
> Kim

---

**From:** Gina <accounting@vitidore.ag>
**Sent:** Tuesday, January 14, 2025 3:01 PM
**To:** McCabe, Kimberly - FPAC-FBC, NH <kimberly.mccabe@usda.gov>; Denton, Matthew - FPAC-NRCS, TN <matthew.denton@usda.gov>
**Subject:** Re: [External Email]Fwd: NRCS Agreement NR243A750004G031 Claim Pending Review and Decision

Thanks Kim.

Does this relate to the Sustainable Agriculture Research and Education grant? Just trying to get a status on when we will be able to get our current reimbursement approved. Is there still an approval on our side that needs to be completed, or is it just due to the system being down that it is pending approval.

Gina Allen
Bookkeeper | Vitidore | Oakville Bluegrass Cooperative
P: 206-799-4241
E: accounting@vitidore.ag

> On Tuesday, Jan 14, 2025 at 11:36 AM, McCabe
> Kimberly - FPAC-FBC NH
> <kimberly.mccabe@usda.gov> wrote:
>
> Good afternoon, Gina,
>
> Thank you for submitting your request for payment.
>
> Currently, we have the Amendment to add funds to this
> agreement as draft finalized and pending approvals.
>
> While the amendment is pending, I will be unable to
> process payments, as it impacts the accounting on the
> agreement.
>
> We are also currently experiencing intermittent network
> connection issues that are impacting access to the eFG
> system agency wide since yesterday. IT is actively
> working to resolve the issues. Unfortunately, we are not
> able to process your payment or amendment until
> access is restored.
>
> We apologize for the inconvenience and appreciate your
> patience.
>
> Thank you,
>
> Kim
>
>
> **Kim McCabe**
>
> ***Grants Management Specialist***
>
> Policy and Audit Branch | Grants & Agreements Division
>
> Office (603)223-6056
>
> M-F: 8:00a – 4:30p EST
>
> kimberly.mccabe@usda.gov
>
> ---
>
> **From:** Gina <accounting@vitidore.ag>
> **Sent:** Tuesday, January 14, 2025 1:59 PM
> **To:** Denton, Matthew - FPAC-NRCS, TN
> <matthew.denton@usda.gov>; McCabe, Kimberly -
> FPAC-FBC, NH <kimberly.mccabe@usda.gov>
> **Subject:** [External Email]Fwd: NRCS Agreement
> NR243A750004G031 Claim Pending Review and
> Decision
>
> [External Email]
> If this message comes from an **unexpected sender** or references a
> **vague/unexpected topic;**
> Use caution before clicking links or opening attachments.

Please send any concerns or suspicious messages to:
Spam.Abuse@usda.gov

Happy New Year!

Was just reaching out to see if there is anything else needed to process this claim submitted on 1/3.

Thanks so much

Gina Allen
Bookkeeper | Vitidore | Oakville Bluegrass Cooperative
P: 206-799-4241
E: accounting@vitidore.ag

Begin forwarded message:

**From:** USDA External Portal Workflow System <WF-Batch@fms.usda.gov>
**Date:** Friday, Jan 03, 2025 at 6:34 PM
**To:** <accounting@obc.ag>
**Subject:** NRCS Agreement NR243A750004G031 Claim Pending Review and Decision

A Claim is ready for your review and decision in the USDA External Portal.

Below are some details pertinent to the Claim:
-**Claim ID**: CLM-131423
-**Agreement Title**: Climate-Smart Cover &Markets in the West
-**FAIN**: NR243A750004G031
-**Agency Programmatic Contact**: James Denton

-**Invoice Amount**: $36,824.85

ezFedGrants

Thank you.

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

---

**Final Partnerships for Climate-Smart Commodities Summary of Grant Reporting September 2023.pdf**
246K

---

**Jeff Thiel (OBC)** <jeff@obc.ag>      Fri, Feb 14, 2025 at 8:49 AM
To: "Denton, Matthew - FPAC-NRCS, TN" <matthew.denton@usda.gov>
Cc: Dave Curry <dave@nxwt.co>



# Exhibit D



**Natural Resources Conservation Service**
U.S. DEPARTMENT OF AGRICULTURE

April 14, 2025

Oakville Bluegrass Cooperative
1314 S Grand Blvd
Spokane WA 99205-1174

Dear Recipient:

USDA has undertaken a review of Partnerships for Climate Smart Commodities (PCSC) grants.  As a result of that review, we have reformed and overhauled PCSC as the Advancing Markets for Producers (AMP) initiative and identified changes to better align the initiative with USDA priorities. USDA is reviewing existing grant agreements based on three Farmer First policy priorities:

- A minimum of 65% of federal funds must go to producers
- Grant recipients must have enrolled at least one producer as of 12/31/2024
- Grant recipients must have made a payment to at least one producer as of 12/31/2024

Our review of your grant NR243A750004G031 shows that you have failed to meet the first priority, and therefore, your grant will be terminated pursuant to 2 CFR 200.340(a)(4). You will be afforded the opportunity to resubmit a proposal that will be evaluated using the Farmer First policy priorities of AMP. You have until June 20, 2025, to submit your new proposal.

If you have questions, please contact Colton Buckley, Chief of Staff of the Natural Resources Conservation Service at colton.buckley@usda.gov.

Sincerely,

AUBREY BETTENCOURT
*Chief*

# Exhibit E



**Jeff Thiel <jeff@vitidore.ag>**

## NR243A750004G031 Oakville Bluegrass Cooperative
24 messages

**Reinhart, Jill - FPAC-NRCS, IN** <jill.reinhart@usda.gov>                    Mon, Apr 14, 2025 at 2:26 PM
To: "jeff@vitidore.ag" <jeff@vitidore.ag>
Cc: "Buckley, Colton - FPAC-NRCS, DC" <Colton.Buckley@usda.gov>

Greetings,


Please see the attached review of your Partnerships for Climate Smart Commodities agreement. Please direct any
questions to NRCS' Chief of Staff Colton Buckley at colton.buckley@usda.gov. If you would like to submit revisions please
send them to Jill Reinhart, Partnerships Division, at jill.reinhart@usda.gov.


Thanks,


Jill Reinhart
Management Analyst
Partnerships Division

 U.S. DEPARTMENT OF AGRICULTURE

Natural Resources Conservation service
p: (317) 370-7387




This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized
interception of this message or the use or disclosure of the information it contains may violate the law and subject the
violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and
delete the email immediately.

 **NR243A750004G031 Oakville Bluegrass Cooperative.pdf**
174K

1



---

**Jeff Thiel** <jeff@vitidore.ag>                                    Tue, Apr 15, 2025 at 10:32 AM
To: "Reinhart, Jill - FPAC-NRCS, IN" <jill.reinhart@usda.gov>
Cc: "Buckley, Colton - FPAC-NRCS, DC" <Colton.Buckley@usda.gov>

Thank you Jill and Colton for the information.

Oakville Bluegrass Cooperative is a legally incorporated agricultural cooperative that is
governed by member growers.  The mission of the cooperative is to make members
more profitable in the long run, by reducing their operating costs, increasing their
revenues, and building up the natural capital of the land they steward.
The NR243A750004G031 grant has no sub awardees, so all grant funds are directly or
indirectly supporting growers and the suppliers we contract with on their behalf to get
the best terms.

We welcome the opportunity to demonstrate how the work of the cooperative aligns with
the Farmers First priorities of the new federal administration.  We also appreciate the
USDA commitment to honor all eligible expenses incurred prior to April 13, 2025.

I have two questions for you at this time:
1.  Can you please direct me to the instructions for re-submitting our proposal?
2.  Can you direct me to instructions for receiving reimbursement for the expenses
we've incurred since the USDA stopped reimbursing us on 12/18/2024?

Thank you,

Jeff Thiel
Director, Oakville Bluegrass Cooperative
[Quoted text hidden]

---

**Jeff Thiel** <jeff@vitidore.ag>                                    Tue, Apr 15, 2025 at 10:34 AM
To: "Denton, Matthew - FPAC-NRCS, TN" <matthew.denton@usda.gov>, Amy Riley <amy@obc.ag>

Good morning Matthew - Can we schedule a meeting to get some guidance on how to
resubmit our proposal and receive reimbursement for the expenses that are
outstanding?

Thank you,

Jeff

---------- Forwarded message ---------
From: **Jeff Thiel** <jeff@vitidore.ag>
Date: Tue, Apr 15, 2025 at 10:32 AM

Subject: Re: NR243A750004G031 Oakville Bluegrass Cooperative
To: Reinhart, Jill - FPAC-NRCS, IN <jill.reinhart@usda.gov>
Cc: Buckley, Colton - FPAC-NRCS, DC <Colton.Buckley@usda.gov>

Thank you Jill and Colton for the information.

Oakville Bluegrass Cooperative is a legally incorporated agricultural cooperative that is governed by member growers.  The mission of the cooperative is to make members more profitable in the long run, by reducing their operating costs, increasing their revenues, and building up the natural capital of the land they steward.
The NR243A750004G031 grant has no sub awardees, so all grant funds are directly or indirectly supporting growers and the suppliers we contract with on their behalf to get the best terms.

We welcome the opportunity to demonstrate how the work of the cooperative aligns with the Farmers First priorities of the new federal administration.  We also appreciate the USDA commitment to honor all eligible expenses incurred prior to April 13, 2025.

I have two questions for you at this time:
1.  Can you please direct me to the instructions for re-submitting our proposal?
2.  Can you direct me to instructions for receiving reimbursement for the expenses we've incurred since the USDA stopped reimbursing us on 12/18/2024?

Thank you,

Jeff Thiel
Director, Oakville Bluegrass Cooperative

On Mon, Apr 14, 2025 at 2:26 PM Reinhart, Jill - FPAC-NRCS, IN <jill.reinhart@usda.gov> wrote:

> Greetings,
>
> Please see the attached review of your Partnerships for Climate Smart Commodities agreement. Please direct any questions to NRCS' Chief of Staff Colton Buckley at colton.buckley@usda.gov. If you would like to submit revisions please send them to Jill Reinhart, Partnerships Division, at jill.reinhart@usda.gov.
>
> Thanks,
>
> Jill Reinhart
> Management Analyst
> Partnerships Division
>
>  U.S. DEPARTMENT OF AGRICULTURE
> Natural Resources Conservation service
> p: (317) 370-7387

**3**

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

---

**Denton, Matthew - FPAC-NRCS, TN** <matthew.denton@usda.gov>       Wed, Apr 16, 2025 at 6:00 AM
To: Jeff Thiel <jeff@vitidore.ag>, Amy Riley <amy@obc.ag>

Good morning Jeff,

Interesting times for sure.  I have been directed to forward all questions not related to claims to Colton Buckley whom it appears you have contacted.  At this time, I do not have details on the on the resubmittal.  I do hope to get your claims processed soon once GAD moves on their backlog.  I am up to date on all the claims that are needing my approval in eFG.  When I know more, I will reach out.

---

**From:** Jeff Thiel <jeff@vitidore.ag>
**Sent:** Tuesday, April 15, 2025 12:34 PM
**To:** Denton, Matthew - FPAC-NRCS, TN <matthew.denton@usda.gov>; Amy Riley <amy@obc.ag>
**Subject:** [External Email]Fwd: NR243A750004G031 Oakville Bluegrass Cooperative

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

[Quoted text hidden]

---

**Jeff Thiel** <jeff@vitidore.ag>       Wed, Apr 16, 2025 at 8:29 AM
To: "Denton, Matthew - FPAC-NRCS, TN" <matthew.denton@usda.gov>
Cc: Amy Riley <amy@obc.ag>

Thank you Matthew.  I appreciate your partnership to date.  I hope we can find a way to move forward.

Jeff

[Quoted text hidden]

---

**Buckley, Colton - FPAC-NRCS, DC** <Colton.Buckley@usda.gov>       Fri, Apr 18, 2025 at 12:37 AM
To: Jeff Thiel <jeff@vitidore.ag>
Cc: "Reinhart, Jill - FPAC-NRCS, IN" <jill.reinhart@usda.gov>

Jeff,

Thank you for your inquiry regarding next steps to participate in the Advancing Markets for Producers (AMP) initiative. The AMP Team is finalizing a Frequently Asked Questions (FAQ) document that will be published in the coming days which will answer your questions. We will be announcing logistics for stakeholder sessions next week.


Thank you for your patience and cooperation.


**Colton L. Buckley**
*Chief of Staff*
USDA-NRCS

 U.S. DEPARTMENT OF AGRICULTURE

**Natural Resources Conservation Service**
1400 Independence Avenue SW, Washington, DC 20250
c: (202) 669-9785 | email: **Colton.Buckley@usda.gov**

---

**From:** Jeff Thiel <jeff@vitidore.ag>
**Sent:** Tuesday, April 15, 2025 1:33 PM
**To:** Reinhart, Jill - FPAC-NRCS, IN <jill.reinhart@usda.gov>
**Cc:** Buckley, Colton - FPAC-NRCS, DC <Colton.Buckley@usda.gov>
**Subject:** Re: NR243A750004G031 Oakville Bluegrass Cooperative


Thank you Jill and Colton for the information.


Oakville Bluegrass Cooperative is a legally incorporated agricultural cooperative that is governed by member growers. The mission of the cooperative is to make members more profitable in the long run, by reducing their operating costs, increasing their revenues, and building up the natural capital of the land they steward. The NR243A750004G031 grant has no sub awardees, so all grant funds are directly or indirectly supporting growers and the suppliers we contract with on their behalf to get the best terms.


We welcome the opportunity to demonstrate how the work of the cooperative aligns with the Farmers First priorities of the new federal administration. We also appreciate the USDA

commitment to honor all eligible expenses incurred prior to April 13, 2025.


I have two questions for you at this time:

1.  Can you please direct me to the instructions for re-submitting our proposal?

2.  Can you direct me to instructions for receiving reimbursement for the expenses we've incurred since the USDA stopped reimbursing us on 12/18/2024?


Thank you,


Jeff Thiel

Director, Oakville Bluegrass Cooperative


[Quoted text hidden]

---

**Jeff Thiel** <jeff@vitidore.ag>                                     Fri, Apr 18, 2025 at 8:27 AM
To: "Buckley, Colton - FPAC-NRCS, DC" <Colton.Buckley@usda.gov>
Cc: "Reinhart, Jill - FPAC-NRCS, IN" <jill.reinhart@usda.gov>

Thank you Colton for your response.

Our project already meets the 3 "Farmer First" policy requirements.  We are a growers cooperative governed by growers.  We have no "sub awardees" in our grant.  Therefore, 100% of the grant funds are used for the purposes decided on by the growers.

I expect that your analysis team was not aware of that fact.

Can you please re-evaluate our project in light of our cooperative structure?

Thank you,

Jeff

[Quoted text hidden]

---

**Jeff Thiel** <jeff@vitidore.ag>                                          Thu, May 1, 2025 at 10:40 AM
To: Jill Reinhart <jill.reinhart@usda.gov>

Hi Jill - Can you please respond to my question about the error in the USDA
assessment of our project?

Because of our cooperative status, 100% of the funds from our grant are controlled by
growers, not <65%.

I look forward to hearing from you,

Jeff

---------- Forwarded message ---------
From: **Jeff Thiel** <jeff@vitidore.ag>
Date: Fri, Apr 18, 2025 at 8:27 AM
Subject: Re: NR243A750004G031 Oakville Bluegrass Cooperative
To: Buckley, Colton - FPAC-NRCS, DC <Colton.Buckley@usda.gov>
Cc: Reinhart, Jill - FPAC-NRCS, IN <jill.reinhart@usda.gov>

Thank you Colton for your response.

Our project already meets the 3 "Farmer First" policy requirements.  We are a growers
cooperative governed by growers.  We have no "sub awardees" in our grant.  Therefore,
100% of the grant funds are used for the purposes decided on by the growers.

I expect that your analysis team was not aware of that fact.

Can you please re-evaluate our project in light of our cooperative structure?

Thank you,

Jeff

[Quoted text hidden]
  [Quoted text hidden]

On Mon, Apr 14, 2025 at 2:26 PM Reinhart, Jill - FPAC-NRCS, IN <jill.reinhart@usda.gov> wrote:

  Greetings,

  Please see the attached review of your Partnerships for Climate Smart Commodities agreement. Please direct any
  questions to NRCS' Chief of Staff Colton Buckley at colton.buckley@usda.gov. If you would like to submit revisions
  please send them to Jill Reinhart, Partnerships Division, at jill.reinhart@usda.gov.

  Thanks,

Jill Reinhart

Management Analyst

Partnerships Division

 **U.S. DEPARTMENT OF AGRICULTURE**

Natural Resources Conservation service

p: (317) 370-7387

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

---

**Jeff Thiel** <jeff@vitidore.ag>                                    Tue, May 13, 2025 at 1:57 PM
To: "Buckley, Colton - FPAC-NRCS, DC" <Colton.Buckley@usda.gov>
Cc: "Reinhart, Jill - FPAC-NRCS, IN" <jill.reinhart@usda.gov>

Colton - I am writing again to request that the USDA correct the administrative error made in terminating the grant made to the Oakville Bluegrass Cooperative (OBC).

OBC is a producer owned and governed agricultural cooperative.  The grant has no subawardees.   Therefore, 100% of the funds go to producers, and the OBC meets the 3  criteria listed for continuation of the grant.

On 4/18 you stated that we would receive a FAQ and schedule of stakeholder sessions.  We have received no further communication.

What steps do I need to take to get the error corrected?

Regards,

Jeff Thiel

[Quoted text hidden]

---

**Buckley, Colton - FPAC-NRCS, DC** <Colton.Buckley@usda.gov>      Sun, May 18, 2025 at 6:45 PM
To: Jeff Thiel <jeff@vitidore.ag>
Cc: "Reinhart, Jill - FPAC-NRCS, IN" <jill.reinhart@usda.gov>

Hi Jeff,

Our records do not indicate that 65% of federal funds in OBC's award went directly to producers in the form of payments. If this is incorrect, please provide documentation and advise if there was an error on our end.

Thank you,

**Colton L. Buckley**
*Chief of Staff*
USDA-NRCS

 **U.S. DEPARTMENT OF AGRICULTURE**

**Natural Resources Conservation Service**
1400 Independence Avenue SW, Washington, DC 20250
c: (202) 669-9785 | email: **Colton.Buckley@usda.gov**

---

**From:** Jeff Thiel <jeff@vitidore.ag>
**Sent:** Tuesday, May 13, 2025 4:58 PM
**To:** Buckley, Colton - FPAC-NRCS, DC <Colton.Buckley@usda.gov>
**Cc:** Reinhart, Jill - FPAC-NRCS, IN <jill.reinhart@usda.gov>
**Subject:** Re: NR243A750004G031 Oakville Bluegrass Cooperative

Colton - I am writing again to request that the USDA correct the administrative error made in terminating the grant made to the Oakville Bluegrass Cooperative (OBC).

OBC is a producer owned and governed agricultural cooperative. The grant has no subawardees.   Therefore, 100% of the funds go to producers, and the OBC meets the 3  criteria listed for continuation of the grant.

On 4/18 you stated that we would receive a FAQ and schedule of stakeholder sessions.  We have received no further communication.

What steps do I need to take to get the error corrected?

**Exhibit F**

# eFile Request

| | |
|---|---|
| Action Type | Appeal Request |
| Upload Complaint/Petition | No Attachment |
| Request Date | 05/16/2025 |
| EAJA Petition for Review Application | No Attachment |
| EAJA Application | No Attachment |
| Agency Appealability Determination | No Attachment |
| Date You Received the Agency Determination | |
| Request for Appealability Determination | No Attachment |
| Why I disagree with the Appealability Determination | |
| Agency Adverse Decision | TRMLTR_NR243A750004G031.pdf |
| Is the adverse decision available to you? | Yes |
| Why the adverse decision is not available | |
| Received Agency Adverse Decision | 05/15/2025 |
| Request for Appeal | No Attachment |
| Disagree Adverse Decision | The Agency made an error in terminating our grant.  Agency claims we did not meet the requirement that "65% of funds must go to producers".  The Oakville Bluegrass Cooperative is a producer owned and governed agricultural cooperative.  There are no subawardees on the grant.  Therefore, by definition, 100% of the grant funds "go to producers".  OBC requests that the Agency correct the error and rescind the termination. |
| Signed Request Review | No Attachment |
| Reason HDO Wrong | |
| Request Reconsider DRD | No Attachment |
| Act | |
| Agency | |
| By entering your password below, you are acknowledging that you are personally signing this request as, or for, the appellant in this case | |