## IN THE UNITED STATES COURT DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

URBAN SUSTAINABILITY DIRECTORS
NETWORK, et al.,

     *Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF
AGRICULTURE, et al.,

     *Defendants*.

Case No. 1:25-cv-01775-BAH

### DECLARATION OF KRISTIN HELTMAN-WEISS

I, Kristin Heltman-Weiss, declare as follows:

1. My name is Kristin Heltman-Weiss, and I live in East Aurora, New York. This declaration is based on my personal knowledge and professional education and experience. I am over the age of eighteen and suffer from no legal incapacity. I submit this declaration in support of Providence Farm Collective Corp. ("PFC"), a nonprofit organization impacted by the U.S. Department of Agriculture ("USDA") termination of federal grant funding.

2. Established in 2019, PFC is a 501(c)(3) nonprofit organization located in Orchard Park, New York.

3. Currently, I serve as the Executive Director of PFC. I am also a member of the Board of Directors. Prior to these roles, I was a founding member of PFC and served as the President of the Board of Directors. Overall, I have extensive leadership experience with PFC, and I played a significant role in developing and implementing most of our organization's policies, practices, and programs. I am familiar with PFC's mission, policies, and programs.

4.  PFC's mission is to cultivate farmer-led and community-rooted agriculture and food systems to actualize the rights of under-resourced people. PFC is the sole organization in Western New York that supports under-resourced farmers. PFC serves these farmers by facilitating access to clean and rural farmland and providing farming and business education, access to land, farming equipment, seeds and supplies, technical assistance services, and market access. The impact of PFC is wide-reaching; for example, we have provided over 200 farmers with the opportunity to farm for income and donated 14,749 pounds of fresh and culturally relevant produce to our food pantry partners.

5.  Federal grant funding is core to PFC's mission because it financially supports our Incubator Farm Program, which empowers under-resourced farmers to enter or improve their successes in farming through access to land, personalized education, and market opportunities while building community, nourishing their communities, and connecting with their culture.

6.  On April 25, 2025, PFC received a letter from USDA and NIFA terminating our grant under the Beginning Farmers & Ranchers Development Program ("BFRDP"). A true and correct copy of the letter is attached hereto as Exhibit A.

7.  PFC had applied for this NIFA grant in 2023 through the BFRDP for our project, "Empowering Refugee, Immigrant, and Black Beginning Farmers through Personalized, Culturally Adapted Training and Education at PFC." PFC staff spent approximately 95 hours completing this grant application.

8.  PFC's project focuses on improving our Incubator Farm Program and related educational programming. Through a survey and other feedback, our entry-level farmers shared that they needed personalized, hands-on, and language-adaptive education in the field and in the classroom. They also wanted to learn about livestock, crop farming, farming as a business, and

2

financial management. This federal grant was intended to provide us with funding to meet these expressed learning needs. A true and correct copy of PFC's project proposal is attached hereto as Exhibit B.

9.  On September 7, 2023, PFC was approved for a $749,998 BFRDP grant. The funding for the grant was authorized from September 15, 2023, until September 14, 2026. A true and correct copy of the agreement is attached hereto as Exhibit C.

10. Per the terms of our award agreement, PFC uses the grant funds for the Incubator Farm Program, through which we (1) help farmers create individualized education and farming plans and (2) provide access to land, farm equipment and supplies, technical assistance, and marketing opportunities. We do this work in collaboration with partners at Cornell Cooperative Extension of Erie County, who supported us in increasing our staff knowledge and capacity and assisted with refining farmer curriculum and producing visual learning materials. These activities helped us work toward our long-term goal of empowering our farmers to become successful while building community, nourishing their communities, and connecting with their cultures.

11.  The BFRDP grant had an outsized impact on our organization. In 2024, our Incubator Farm Program farmers earned about $147,000 in revenue from selling vegetables. In addition, farm family household revenues were bolstered by PFC's separate Summer Vibe Youth Employee Program. Through this program, our Incubator Farm Program farmers' teens earned income and learned about their family's farm operations alongside their parents and grandparents. In 2024, our teen program participants brought home $128,000 from their work at PFC to their families.

12. As a result, PFC farm families earned more than $275,000 total. This revenue created a positive ripple effect throughout the refugee community and Western New York. Moreover,

3

PFC's programs promoted youth development in the agricultural and business sectors while combating high levels of farmland loss and food insecurity in the region.

13. To operate our programs, PFC has invested grant funding into local partnerships with a variety of entities. We have subcontracts with vendors for HR and payroll services, technical assistance, janitorial services, farmers market mentorship, banking and auditing, merchandise, farm equipment, materials and supplies from businesses across Western New York, and several other services. We also have subcontracts with local farmers, including partnerships for greenhouse space.

14. In addition, PFC employs 11 full-time year-round staff members, one part-time year-round staff member, four full-time seasonal staff members, and two seasonal interns.

15. On April 25, 2025, PFC's federal award was terminated effective immediately. The letter is the extent of the explanation for the termination provided by USDA and NIFA. *See* Ex. A.

16. PFC submitted an appeal letter electronically and via regular mail on May 15, 2025, to NIFA. Tracking at USPS indicates one appeal letter was delivered on May 28, 2025, and one was delivered on May 29, 2025. It took several attempts to confirm that NIFA received our appeal. On June 6, 2025, I finally received confirmation of receipt from a NIFA employee. We have received no further response.

17. As of the termination date, PFC has spent $492,998 of the federal award. PFC is no longer able to request the remaining funds, and we were asked to pay back any funds that were not spent prior to April 25, 2025. Unless PFC is immediately restored access to the remaining amount of our federal award, our organization will continue to experience irreparable harm.

18. USDA's termination of PFC's federal award has significantly interfered with our organization's ability to sustain current projects, plan for future projects, apply for other

4

programs and grants, fulfill contractual obligations to our vendors and partners, and cover operating expenses.

19. When PFC was awarded this grant, we relied on the three-year funding period to plan our farm operations in advance. We considered the size of the federal award when deciding how to grow, how quickly to grow, and where to invest funds. Since the grant funded the entire Incubator Farm Program and its educational programming, its abrupt termination forced us to rapidly shift our programming and staffing.

20. Loss of this funding has substantially increased the workload of myself, the Farm Director, the Finance Director, the Deputy Director, and PFC's education and outreach teams. In addition to running our existing programs, we now shoulder the burden of explaining how the grant termination threatens and harms our organization and the communities we serve.

21. We are also working tirelessly to find additional resources to support our Incubator Farm Program and other operations. As a short-term solution, we are currently using unrestricted operations dollars. However, we cannot withdraw from our general fund beyond this year to accommodate the loss of federal funding; doing so would be unsustainable for our organization. Therefore, the Incubator Farm Program will likely be terminated or dramatically reduced by limited funding in a matter of months. The loss or serious impairment of the Program represents a loss of all the benefits to both local under-resourced farmers and the regional communities they nourish and enrich with local foods and economic activity, as described above in Paragraphs 8 to 13.

22. Overall, our staff have been forced to divert time and resources away from PFC's operations and programs to focus on troubleshooting and keeping our Incubator Farm Program

temporarily afloat. PFC hired a staff member using this grant to support our Incubator Farm Program, and that position is currently in peril due to limited funding.

23. Furthermore, the termination of our federal award has severely impacted the emotional wellbeing of everyone involved at PFC, including our staff, Board of Directors Members, and over 200 farmers. We worry about threats of aggression against our organization and additional reduction in available funding to continue operating our essential programming.

24. PFC has also experienced significant reputational harm because of the termination. USDA and NIFA implied in the termination letter that our federal award was canceled because our programs are discriminatory. Moreover, USDA has used harmful language in comments to the public about BFRDP grant terminations for DEI.[1] These statements have the potential to harm the reputation of PFC as an organization that welcomes everyone.

25. Additionally, we are concerned that PFC may be "flagged" by the federal government as a discriminatory organization, which would threaten our organization's ability to secure future funding.

26. PFC's collaborative relationships with other organizations have been damaged due to USDA's termination. For example, industry-wide lobbying organizations have refused to assist us in our appeal efforts or otherwise support our work.

27. Similarly, USDA's termination has harmed PFC's longstanding relationship with our farmers. Our Incubator Farm Program participants count on us for educational programming, access to equipment, seeds, and markets for success in their development. The loss of our federal award has irreparably broken the trust built between the farmers and our organization.

---

[1] *In First 100 Days, Secretary Rollins Puts Farmers First, Reverses Woke Priorities of the Biden Administration*, U.S. Dept. of Agric. Food and Nutrition Serv. (May 1, 2025), https://www.fns.usda.gov/newsroom/usda-0094.25 [perma.cc/43Y6-PNEV].

28. The Western New York community at large has also been adversely impacted by our loss of funding. Our farmers feed the local community through the Providence Farm Collective International Farmers Market—located in a USDA food desert— by participating in a produce aggregation program that provides vegetables to food pantries. Our farmers also contribute to the Buffalo Public Schools Farm to School Program.

29. Unless PFC receives the remaining amount of our federal award, our Incubator Farm Program will become unsustainable, and our 200+ farmers and the broader Western New York community will experience further irreparable harm.

30. The injury to PFC and its interests would be redressed by an order from the Court granting the relief requested by Plaintiffs.

\*\*\*

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 25th of June, 2025, in East Aurora, New York.

KRISTIN HELTMAN-WEISS, EXECUTIVE DIRECTOR
Providence Farm Collective Corp.

# Exhibit A

 National Institute of Food and Agriculture
U.S. DEPARTMENT OF AGRICULTURE

April 25, 2025

Bari Zeiger
Director of Finance and Grants
Providence Farm Collective Corp
5701 Burton Road
Orchard Park, NY 14127-3246

**Re:     Termination Notice for Award No. 2023-49400-40904 for the project titled, Empowering Refugee, Immigrant, and Black Beginning Farmers through Personalized, Culturally Adapted Training and Education at PFC**

Dear Recipient:

This letter provides notice that the United States Department of Agriculture is terminating your federal award, (2023-49400-40904, Empowering Refugee, Immigrant, and Black Beginning Farmers through Personalized, Culturally Adapted Training and Education at PFC) in accordance with the terms and conditions of your award, which include applicable regulations relating to termination. *See* 2 C.F.R. §§ 200.340-343.

It is a priority of the Department of Agriculture to eliminate discrimination in all forms throughout the United States. The Secretary of Agriculture has determined, per the Department's obligations to the Constitution and laws of the United States, that priority includes ensuring that the Department's awards do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives or any other initiatives that discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic. Such DEI policies and practices can violate both the letter and purpose of Federal civil rights laws and conflict with the Department's policy of maximizing and promoting American agriculture, ensuring a safe, nutritious and secure food supply, enhancing rural prosperity, and protecting our National Forests. In addition to complying with the letter and spirit of the civil rights laws, it is vital that the Department assess whether all awards are free from fraud, abuse, and duplication, as well as to assess whether current awards are in the best interests of the United States.

Termination.  The award specified above provides funding for programs that promote or take part in DEI initiatives or other initiatives that unlawfully discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic; that violate either the letter or purpose of Federal civil rights laws; that conflict with the Department's policies and priorities; that are not free from fraud, abuse, or duplication; or that otherwise fail to serve the best interests of the United States. The award is therefore inconsistent with, and no longer effectuates, Department priorities. *See* 2 C.F.R. § 200.340(a)(4).

USDA IS AN EQUAL OPPORTUNITY PROVIDER, EMPLOYER, AND LENDER



**National Institute of Food and Agriculture**
U.S. DEPARTMENT OF AGRICULTURE

Pursuant to, among other authorities, 2 C.F.R. §§ 200.339-343, which are applicable to your award, the Department hereby terminates award No. 2024-67022-41533 in its entirety effective 04/25/2025.

<u>Closure</u>.  You must submit all final reports and a final payment request no later than 120 calendar days after the date of this notice. You will be reimbursed for costs incurred up to the date of this notice that are determined to be consistent with 2 C.F.R. § 200.343, *Effects of suspension or termination*. Any open balance remaining 120 days after the date of this notice will be unavailable for payment.

If you do not submit all reports in accordance with the terms and conditions of the Federal award within one (1) year of the effective termination date, the National Institute of Food and Agriculture (NIFA) must proceed to close out the award with the information available. In these circumstances, in accordance with 2 C.F.R. § 200.344, NIFA must report your material failure to comply with the terms and conditions of the award in SAM.gov using the Contractor Performance Assessment Reporting System (CPARS). In this way, failure to submit timely and accurate final reports may affect your future funding.

Recipients are required by Federal regulation to retain all Federal award records consistent with 2 C.F.R. § 200.334. Termination of the agreement does not affect a Federal agency's or a pass-through entity's right to disallow costs and recover funds based on a later audit or other review. In addition, termination does not affect a recipient's obligation to return any funds due as a result of later refunds, corrections, or other transactions, including final indirect cost rate adjustments (refer to 2 C.F.R. § 200.345).

<u>Appeal Process</u>. The process for appeals can be found at 7 C.F.R. § 3430.62, *Award appeal procedures*.

If you have questions, contact the NIFA Program Contact, Kimberly Whittet at kimberly.whittet@usda.gov.

Sincerely,

# MATTHEW FAULKNER
Digitally signed by MATTHEW FAULKNER
Date: 2025.04.25 11:28:22 -05'00'

Matthew Faulkner
Deputy Director, Office of Grants and Financial Management

CC:
Kimberly Whittet, Senior Policy Advisor, Office of Grants and Financial Management
Edward Nwaba, Division Director, Awards Management Division

1400 Independence Avenue, SW, MS 2201 | Washington, DC | 20250-2201

USDA IS AN EQUAL OPPORTUNITY PROVIDER, EMPLOYER, AND LENDER



National Institute of Food and Agriculture
U.S. DEPARTMENT OF AGRICULTURE

Melvin Carter, Division Director, Institute of Food Production and Sustainability
Elizabeth Leipler, Project Director, Providence Farm Collective Corp

# Exhibit B



**Providence Farm Collective Corp**
**Beginning Farmer and Rancher Development Program 2023-2025**
**Project Narrative**

**Table of Contents**

a. Introduction     Page 1 - 3

b. Objectives and Outcomes     Page 4 - 6

c. Approach     Page 6 - 14

d. Personnel and Resources     Page 14 - 17

e. Plan for Outcome Based Reporting     Page 17 - 19
    i. Table 7. Reporting Measures     Page 17 - 18

f. Management and Collaboration Plan     Page 19 - 20

g. Additional Narrative Pages     Page 21 - 24
    i. Prior BFRDP Accomplishments & COVID-19 Relief     Page 21
    ii. Logic Model in Graphic Depiction     Page 22
    iii. NIFA Data Management Plan     Page 23- 24
    iv. BFRDP FY2023 Checklist     Page 25-26

**a. Introduction.**

      Providence Farm Collective Corp (PFC) is a 501c3 non-profit organization based in Western New York (WNY) established following a three-year pilot project, the Somali Bantu Community Farm (SBCF), which was launched to address inequities in farmland and fresh food access. The Somali Bantu have deep agrarian roots and generations of experience farming. When resettled as refugees, however, they were homed to low-income, low-access neighborhoods in Buffalo where the legacy of redlining, disinvestment, and resultant lack of access to fresh food continues today imposing critical barriers in accessing resources to farm.

      To elaborate, although Buffalo is not any poorer than most cities (33% poverty rate), it is far more segregated: It is the sixth (race) and seventh (income) most segregated metropolitan region in the United States. Buffalo's East Side is emblematic of both of these segregation statistics as 85% of African Americans live east of Main Street where few supermarkets are located. To understand how racial and economic segregation impact families and children with regard to food insecurity, SNAP (Supplemental Nutrition Assistance Program) utilization in the region can provide some insight. From 2011 to 2015 SNAP recipients in Erie County rose 15,492 – primarily in Buffalo's food deserts. In addition, 20% of children in WNY are food insecure and although the average monthly SNAP benefit is $126.00, the United Way's Household Survival Budget (2014) puts monthly food costs for a single adult at $202.00 and for a family of 4 at $612.00 – not nearly enough to provide for residents who live in underserved communities, have inadequate or no transportation options, limited access to supermarkets, and little to no access to land to grow their own food. In fact, 29% of Buffalo's poor do not have access to a vehicle and therefore, they do not have access to healthy foods, as there are very few grocery stores located in these underserved neighborhoods. Grocery stores and corner stores providing for these communities do not have fresh, affordable, or cultural produce (Poverty in Buffalo: Causes, Impacts, Solutions, 2018; What to Know about Growing and Selling Produce in Buffalo, 2018).

      Compounding the issues of racial and economic segregation, especially as it relates to fresh food and farmland access, is the condition of 'sprawl without growth'; according to the U.S. Census, although the population of Erie and Niagara Counties declined by more than 16% between 1970 and 2010, urbanized areas increased by 78%, or 166 square miles, during the same time period. As the population has decreased, conversion of farmland to housing has dramatically increased. According to the Census of Agriculture, Erie County lost 38% of its farms and 36% of its farmland between 1969 and 2012. This rate of loss was greater than the rate throughout New York State, which lost 31% of its farms and 29% of its farmland during that same period. There was an additional 10% loss of farms from 2012 to 2017. The estimated value of a farm in Erie County went from just over $400,000 in 2012 to nearly $700,000 in 2017, making the cost of farmland alone prohibitive. (2017 Census of Agriculture: New York; Erie County Agricultural and Farmland Protection Plan | Office of Agriculture, n.d.).

      Based on this data, it is easy to see how, even though many of the Somali Bantu youth and adults grew up in refugee camps where they heard stories of the deeply-held traditions of farming and living off the land from elders, they are largely food insecure and do not have access to the resources to start farm businesses in WNY. Hearing parallel critical barriers experienced by other refugee, immigrant, and Black communities in accessing farmland and agriculture training to grow food to feed their communities and earn income, SBCF founders conducted extensive outreach to farm programs across North America to learn and then contextualize learnings based on the expressed needs of Buffalo's refugee, immigrant, and Black communities.

      As a result, PFC was founded in 2019 with a mission of cultivating farmer-led and

community-rooted agriculture and food systems to actualize the rights of under-resourced peoples and vision of empowering just and equitable access to food and farmland. PFC has both Incubator farmers, those actively working to start their own farm business, and Community Organization Plot farmers, those growing collaboratively to provide food to meet intra-community food security needs and who are a primary feeder and recruitment group to the Incubator Farmer Program. In 2022, PFC had eight Incubator farms managed by 20 farmers and 12 Community Organization Plots, as well as its hand-on learning Demonstration Plot, totaling 21 small farms and 275 refugee, immigrant, and Black farmers on 37 acres of prime farmland in Orchard Park, NY located 25 minutes from the City of Buffalo.

PFC's target audience for this project includes beginning farmers in WNY from nine plus refugee, immigrant, and Black ethnic communities, including Somali Bantu, Congolese, Liberian, Karenni, Karen, Burmese, Ethiopian, Black/African American, and Bangladeshi. Within this target audience of beginning farmers are women and men. All of these communities included in the target audience are Historically Underserved, Socially Disadvantaged, and Limited Resource. The vast majority of members in this target audience live in low-income, low-access neighborhoods in the City of Buffalo, speak first languages other than English, are non-literate in English, and work one to several low-wage jobs. Most farmers aspire to farm on a small or medium scale and earn income from their farm to supplement the income from their low-wage jobs, although several aspire for their main source of income to be earned through farming. As referenced, critical barriers faced by the target audience include inequities in access to fresh food, farmland, and adaptive agricultural and farm business training and education.

PFC is the only non-profit in WNY that directly empowers refugee, immigrant,  and Black communities with access to rural farmland, adaptive farming and business education plus technical assistance, markets, and the opportunity to farm for income all while passing important cultural traditions down to younger generations. Still, several PFC staff and farmers have learned and benefitted from traveling to attend the Emerging Farmers Conference in MN (listed on **www.FarmAnswers.org** as one of nine Producer Programs for the Audience "Immigrants"). Additionally, PFC partners with Cooperative Extension to adapt the education and training Extension offers, which would otherwise be inaccessible due to outreach and language barriers, to meet the needs of PFC farmers. After completing a previous BFRDP project, PFC has curricula tailored to the needs of PFC's target audience that it will draw on and further refine.

PFC prioritizes actively listening to and centering farmer voices in all it does. Farmers provide ongoing feedback to staff throughout the growing season. Additionally, staff hold end-of-year interviews with each Incubator farmer and members of every community organization annually to evaluate the season and identify opportunities for future improvements in programming. PFC also has a Farmer Advisory Board with farmer leaders representing each community at PFC which meets on a quarterly basis to recommend and advocate for program recommendations based on farmers' needs. Furthermore, a recent survey of 19 current PFC beginning farmers from five unique ethnic communities was conducted by PFC staff specifically for the purposes of conceptualizing this project and designing its activities.

In the survey, farmers were asked about the best strategies for learning, farm-based education topics of greatest interest, and how they define success of their farms. In the survey – and corroborated through the other means of providing input – the most common methods for effective learning identified by refugee, immigrant, and Black beginning farmers are personalized, hands-on, and language-adaptive demonstration in the field and teaching in the classroom (selected by 100% of farmers in the survey), plus the use of visual resources (selected

by 60% of farmers in the survey). Farmers expressed needing to learn about livestock and crop farming plus farm business and financial management (selected by 100% of farmers in the survey). Within these topic areas, farmers were eager to learn more about different sub-topics. For instance, some were wanting more training on managing weeds in their vegetable fields (20%) while others were wanting more support with understanding taxes for their farm (30%). These farmers prioritize building inter- and intra-community relationships through farming. Included in their definitions of success for their farms are being able to feed their communities and connect with their culture. Liberian community leader and farmer, Dao Kamara, shared how he defines success for his farm as, "Unity for my community. We used to not be close together as a community but because of farming we are coming together and trusting each other as a community. Second success is our kids – because of the farm we are able to bring our kids to the farm and teach them about our agricultural and cultural heritage. Another success is income because it is bringing more income into our home. The farm helps us to share food with our community." Finally, the primary goal most selected in the survey by farmers is to increase income (60%) followed by improving practices and production (40%).

In conceptualizing the project and designing the activities, this input from our target audience was kept central. Based on this input from our target audience, the long-term goal of PFC's BFRDP project is to empower refugee, immigrant, and Black beginning farmers with needed resources, knowledge, skills, and opportunities to enter and continuously improve their successes in farming by refining PFC's beginning farmer training initiatives in collaboration with Cornell partners. Our primary objectives are to a) increase PFC staff knowledge and capacity so staff can better meet the expressed learning needs of refugee, immigrant, and Black farmers and b) empower such farmers to enter or improve their successes in farming through access to land, personalized education, and market opportunities while building community, nourishing their communities, and connecting with their culture.

To accomplish its long-term goal, the project will employ methods in which farmers and staff are supported in creating annual individualized education plans and partners at Cornell train PFC staff on topic basics identified in farmer and staff education plans. Individualized education plans will articulate a farmer's and staff member's goals for the year, as well as identify specific farm education topics of the greatest interest to them. Both farmers and staff members will generate tasks with deadlines that are necessary to completing the plan to ensure accountability. Through the education plans and increased staff knowledge and capacity, PFC staff will get the training they need and better provide basic personalized education and mentorship to farmers that is hands-on, language-adapted, and one-on-one or small-group. Partners will likewise reference farmers' education plans to deliver advanced instruction and technical assistance, as well as support curricula refinement and production of visual learning materials. PFC farmland and relationships with markets serving low-income, low-access communities will be leveraged throughout the program. PFC's project is relevant to the goals of the BFRDP program as it will focus on training staff and supporting farmers in the priority topic areas of basic livestock and crop farming practices, entrepreneurship and business training, natural resource management and planning, and diversification in marketing. The project is likewise relevant to NIFA's goals as it will enhance human diversity, equity and inclusion in agriculture, as well as contribute to post-pandemic economic revitalization and nutritional security in Buffalo's low-income, low-access communities. Overall, by supporting refugee, immigrant, and Black farmers in starting and improving small farm businesses that utilize ecologically responsible practices, this project will contribute to the sustainability, resilience, and equity of agriculture in WNY.

**b. Objectives and Outcomes.**

Developed in consultation with the refugee, immigrant, and Black beginning farmers at PFC, our project is focused on improving PFC's regional training, education, and technical assistance initiatives in collaboration with partners at Cornell Vegetable Program and South West New York (SWNY) Dairy, Livestock, and Field Crops Team. The long-term goals of the project are to a) increase PFC staff knowledge and capacity so staff can better meet the expressed learning needs of refugee, immigrant, and Black farmers and b) empower such farmers to enter or improve their successes in farming through access to land, personalized education, and market opportunities while building community, nourishing their communities, and connecting with their culture. Incubator farmers will be primarily recruited from PFC's Community Plot Program, as well as outreach across WNY. Farmers will be provided with a total of 16-18 acres of prime, prepared farmland throughout the program.

The **Supporting Objectives** (1.-5.) and **Activities** (a., b., c.) for our project undergirding our long-term project goals and relevant to the needs of our target audience include:

1. Through mentorship from partners, equip PFC staff with professional development opportunities to improve their knowledge of and ability to instruct farmers on basic livestock, crop farming, and farm business management. In turn, PFC staff will educate partners on the cultures of PFC farmers ("Train the Trainer"; *Priority Areas 1, 3 & 9*).
   a. 4 PFC staff members will be provided at least 50 total hours of mentorship and professional development from partners.
   b. 4 staff members will create and complete individualized educational plans based on their roles, interests, existing areas of knowledge, and needs of farmers.
   c. 3 partners will increase their cultural competency from working with PFC staff.
2. Provide beginning refugee, immigrant, and Black farmers personalized hands-on, one-on-one or small-group, and language adaptive basic education, training, and technical assistance on sustainable livestock and specialty crop farming (*Priority Areas 1 & 6*).
   a. 18 or more farmers will be supported in the creation and completion of annual individualized education plans (note: plans may also include farm entrepreneurship, business, and financial management) .
   b. 5 or more farmers will be instructed by PFC staff and partners on sustainable livestock operations and management.
   c. 40 farmers will be assisted by PFC staff and partners on techniques for growing diversified and culturally-relevant crops in the Northeast.
3. Provide beginning refugee, immigrant, and Black farmers small-group and personalized language adaptive farm entrepreneurship, business, and financial management training (*Priority Area 3*).
   a. 20 farmers will be educated by PFC staff on small farm business operations and management.
   b. 15 farmers will be supported by PFC staff and partners in the creation of an essential business document, including but not limited to an enterprise budget, business plan, loan application, or business entity filing paperwork.
4. Support beginning refugee, immigrant, and Black farmers with accessing markets, including those serving low-income, low-access communities to increase and diversify farm revenue while improving nutrition security (*Priority Areas 7 & 15*).

    a. 40 farmers will be supported in selling produce to PFC for aggregation and distribution to Buffalo food pantries or via wholesale accounts or farmers markets on Buffalo's East or West Sides.

5. Help beginning refugee, immigrant, and Black farmers incrementally improve farm yields and revenue each year of the three-year training program to increase preparedness for sustainably starting a farm business operation (*BFRDP program goal*).

    a. Through at least 250 hours of in-the-field, one-on-one technical assistance from PFC staff and partner experts annually, PFC farmers will learn to identify and enact opportunities for continuous improvement of their farm operations.

The outlined goals, objectives, and activities are innovative and original, invoking mutual peer-to-peer training of trainers while directly speaking to the most common methods for effective learning identified by refugee, immigrant, and Black beginning farmers, which are personalized, hands-on, and language-adaptive demonstration in the field and teaching in the classroom. Importantly, the annual individualized education plans will allow farmers and staff to focus on specific topic areas most relevant to and needed by them. Staff and Cornell partners will be able to pinpoint and tailor education and assistance accordingly. The project also makes space for and uplifts how refugee, immigrant, and Black beginning farmers define what success means for their farms, which includes and goes beyond earning an income. Building the knowledge and capacity of PFC staff will also ensure the sustainability of the project beyond the life of the grant as staff will be able to educate and mentor farmers on basic topics after being trained themselves. Still, Cornell has been a strong partner of PFC since its inception and Cornell Cooperative Extension Erie County will soon be intentionally building out its new main campus directly neighboring PFC on Burton Road in Orchard Park, so we are confident in our continued, sustainable collaboration in and beyond this project.

In total, 200 farmers will be served, four PFC staff member trainers will be trained, and up to three partners will increase their cultural understanding of PFC's farm communities. For our other **performance targets, outcomes, and impact**, we can reasonably anticipate that, based on data from 2019-2022 and achievements of a previous BFRDP project, this project will result in the outputs and outcomes of 100 farmers increasing their knowledge of basic livestock and crop farming, as well business and financial management practices; 50 farmers incrementally increasing the productivity of or sales from their farm operations with over 30 farmers earning at least $1,000 annually; 50 farmers increasing fresh food access in low-income, low-access communities in Buffalo via farm sales to these communities and/or markets serving these communities; and 200 farmers building community and connecting with their culture through farmland access at PFC. PFC's project outputs and outcomes directly align with the target audience's expressed needs. Farmers expressed needing to learn about livestock and crop farming plus farm business and financial management. Generally, farmers want to be able to earn supplemental income from their farms to augment their income from other low-wage jobs. Farmers also placed great importance on definitions of success including the building of community, feeding of their communities, and connecting with their culture through their farms. Based on the scope of the project, acute and justified needs of the target audience, and the project's ambitious yet achievable set of goals, objectives, activities, and outcomes, we find the budget is reasonable for the planned activities.

This program is both scalable and replicable, as well as well-suited to be adapted to other regions, communities, and/or agricultural systems. PFC has already been in communication with several individuals and organizations throughout NYS, the United States, and internationally

interested in starting a program like ours in their region. There have even been several requests for our organization to start branches in various African countries. By following our mission and vision, PFC aims to put farmers' voices and needs first to ensure that the organization and programs are developed with the farmers to best meet their needs. Through this mindful listening, PFC has developed programs that are flexible and adaptable to our diverse farmers' needs. We also realize that the barriers to traditional farm business and land ownership are too high for many new-entry farmers to face on their own; therefore, PFC is committed to innovative approaches to support beginning and aspiring farmers in owning and operating sustainable farm businesses. Please note that '**Prior BFRDP Accomplishments**' can be found on Page 21 under 'Additional Narrative Pages'.

**c. Approach.**

PFC's project will focus on Incubator farmers, beginning farmers from refugee, immigrant, and Black communities focused on learning to farm as a business. Incubator farmers will be **recruited** primarily from PFC's Community Plot Program. The Community Plot Program supports refugee, immigrant, and Black community organizations with farmland and resources to grow food for their communities facing food insecurity and connect with cultural traditions without the focus on entrepreneurship that the Incubator Farm Program has. Farmers for the Incubator Farm and Community Plot Programs are also recruited via outreach across WNY through public presentation, partner networks, social media, our website, word-of-mouth, and strategically placed flyers. PFC currently has a waiting list and interest in its programs exceeds the number of farmers able to be accepted. Still, PFC aims to widen reach to members of communities beyond those presently farming at PFC, such as to more Black Americans. The largest potential challenge for recruiting members of these communities is that PFC has fewer established relationships with leaders in these communities. We will address this challenge by expanding publicity of the opportunity to farm at PFC to these communities and continuing to foster the existing relationships we do have with Black American community leaders. Through these recruitment strategies, PFC plans to serve trainees in all BFR training categories (1-5).

Each winter, applications open for PFC's Incubator and Community Organization Programs. PFC staff assist applicants through the simple written application process and meet with prospective farmers, especially those who are not English literate, to share more about PFC and its programs and to better understand the applicant's responses to the questions. Applications can be submitted online, by mail, or by drop off at PFC. If a staff member does not speak a language of the applicant, interpretation is sought out to facilitate communication. PFC's Farm Committee, a group that includes PFC staff, farmers, and external community members knowledgeable about agriculture, determines how many farmers or community organizations PFC has the capacity to accept each year based on available farmland and staff. Applications are reviewed by the Farm Committee with a standardized rubric for evaluation. During this time, PFC staff also conduct annual end-of-season interviews with current PFC farmers and community organizations to hear feedback on program successes and challenges, ideas, and needs; collect information for evaluations; and verify if they will continue farming with PFC the subsequent year. By January, new farmers and community organizations are notified about the status of their admission into the respective programs. For the purposes of this project, this annual application and end-of-season interview process will be continued with an additional livestock application for farmers with at least one year of experience farming with PFC who wish to raise livestock at PFC as an enterprise.

Following the application processes is the point that core project activities engaging the target audience begin. All activities for the project will be conducted at PFC in Orchard Park with the exception of workshops and meetings occurring in winter which will take place in the City of Buffalo for safer transportation during the typically snowy months as most farmers and staff live in Buffalo. Throughout the program, farmers will be provided with a total of 16-18 acres of prime, prepared farmland at PFC to support hands-on and experiential learning, including for the application of concepts learned in the classroom. Through its focus on the target audience's needs, PFC's BFRDP project increases equitable participation in USDA programs.

Our project's **first supporting objective** is: Through mentorship from partners, equip PFC staff with professional development opportunities to improve their knowledge of and ability to instruct farmers on basic livestock, crop farming, and farm business management. In turn, PFC staff will educate partners on the cultures of PFC farmers ("Train the Trainer"; *Priority Areas 1, 3 & 9*). This objective is important for the likelihood of success and sustainability of the project as PFC staff will be better prepared to teach introductory workshops for farmers and provide farmers with one-on-one and small-group mentorship and technical assistance in the field. As staff are at the farm seven days per week and are the primary touch-point and most trusted source for farmers, it is essential that their knowledge and didactic skills are honed. Further, many PFC staff members are from the communities that farm at PFC and speak numerous languages. With the needed information in hand, they will be able to effectively communicate with farmers in a culturally-relevant manner. This said, supplemental interpretation services will be provided if needed. Plus, seasoned staff can then train newer staff in years to come on basic topic areas, which is vital for succession planning. Concurrently, as agricultural service provider partners gain familiarity with PFC farmers and communities, they will be better suited to educate and assist a larger diversity of farmer populations plus teach their peers engagement and education of diverse populations. The exchange between PFC staff members, farmers, and service providers is an innovative, original approach enhancing accessibility in and beyond the project.

In terms of **specific activities for our first supporting objective**, four PFC staff members will be provided at least 50 total hours of mentorship and professional development from partners over the course of the project (1a.). In accordance with how the target audience expressed they learn best, staff will be trained in delivering basic topic area workshops and personalized one-on-one and small-group education and technical assistance. Partners will also work with staff on revising curricula from our previous BFRDP and Northeast SARE (pastured meat birds) projects or assembling new curricula. If more support is needed by PFC staff for specific topics, partners may have a planning meeting before a workshop with staff educators or be present for additional support during a workshop. Education will center organic practices.

Additionally, partners will work with staff in the generation of visual resources, including short videos and printed handouts with plain English. After the completion of the project, PFC will publicly post the short educational videos created. In order to make the most optimal use of these mentorship and professional development hours, four PFC staff members will create annual individualized education plans in the fourth quarter of each year based on their roles, interests, existing areas of knowledge, and topic area needs of farmers (1b.). The individualized education plans will include a set of goals, associated tasks, and deadlines that is feasible and reflective of the annual individualized education plans likewise developed by the farmers. Staff member plans will be reviewed by Cornell partners and considered when tailoring training to ensure appropriateness of focus in training. During time spent with Cornell partners between fall and late winter, PFC staff will provide three partners, one at Cornell Vegetable Program (CVP) and

two at Southwest New York Dairy, Livestock and Field Crops Program (SWNYDLFC), with education on cultures of PFC's farm communities to increase the cultural competency of partners (1c.). PFC staff and Cornell partners will have quarterly meetings to reflect on progress.

Our **second supporting objective** is: Provide beginning refugee, immigrant, and Black farmers personalized hands-on, one-on-one or small-group, and language adaptive basic education, training, and technical assistance on sustainable livestock and specialty crop farming (*Priority Areas 1 & 6*). Specific activities for Objective 2 logically correspond to those in Objective 1. For this objective's activities, farmers will be supported in the creation of their own annual individualized education plans in the fourth quarter through first quarter or adjacent years (ie: November 2023-February 2024) which will articulate their unique goals, interests, and needs as they relate to livestock and crop farming, farm entrepreneurship, business, and financial management (2a.). Staff will work with farmers to design correlating tasks and deadlines. For tasks that involve staff and partners at Cornell, staff will review and develop a comprehensive mentorship timeline for staff and partners to implement and reference. This process will help to support farmers and staff members holding each other accountable for the plans. The process will also facilitate and optimize the time Cornell partners spend with farmers in the field as they can focus on the personalized needs of each farmer. Additionally, farmers' plans will be analyzed for overlaps with the plans of other farmers to identify opportunities for small group learning to build community relationships and encourage peer-to-peer learning.

During the winter and leading up to the growing season, PFC staff who have been trained by Cornell partners will lead an introductory workshop series with eight basic crop workshops and six basic business workshops required for Year 1 farmers but open to all PFC farmers interested in attending. During the growing season, CVP will provide farmers technical assistance in the area of crop production, especially techniques for growing diversified and culturally-relevant crops in the Northeast (2c.). SWNYDLFC will provide technical assistance in areas of sustainable poultry, goat, sheep, and rabbit livestock operations and management, as well as business, to PFC staff and farmers through regularly scheduled PFC farm visits (2b.). Farm visits will include one-on-ones, small-group instruction, and open "office hours."

Another essential training component for beginning farmers is safe and proper use and maintenance of farm equipment to support livestock and crop farming. As a highly skilled and experienced farm equipment operator and repairman, PFC staff member Ike will lead multiple small-group trainings for farmers on small-engine and general equipment maintenance and repair. Farmers have also expressed interest in learning about bees and aquaculture; therefore, a discretionary fund will be utilized to compensate mentors and educators to fill gaps in these topic areas not covered by SWNYDLFC. This fund will also be used to compensate seasoned farmers for hosting PFC farmers for farm tours of their operations or farmer-to-farmer mentorship.

These activities bring us to our **third supporting objective**: Provide beginning refugee, immigrant, and Black farmers small-group and personalized language adaptive farm entrepreneurship, business, and financial management training (*Priority Area 3*). For this objective's activities, a similar methodology as utilized in Objective 2 will be employed. As aforementioned, farmers may include entrepreneurship, business, and financial management goals in their annual individualized education plans. They will attend introductory business workshops during the off-season and receive technical assistance from partners during the growing season on small farm business operations and management (3a.). Farmers whose goals or tasks in their plans involved creating an essential business document, including but not limited to an enterprise budget, business plan, loan application, or business entity filing paperwork, will

be supported by staff or SWNYDLFC partners in doing so during any point in the year as documents may have variable levels of urgency or different submission deadlines for those that require filing (3b.). PFC and SWNYDLFC will also collaborate to adapt Cornell Extension small business curriculum to develop new, simple resources that are visual and in plain English.

 Relatedly, PFC will host an annual roundtable event with farmers, service providers and agricultural lenders, including Cooperative Extension, Soil and Water, NRCS, FSA, Farm Credit East, and Farm Net. PFC's local service providers have discussed the struggles in meeting the needs of diverse farming communities, including those at PFC. Staff training and annual roundtables are meant to help bridge this gap.The first year of the project, the roundtable will focus on training PFC staff on the various programs and services each agency or organization provides. In the subsequent two years, the roundtable with interpretation will concentrate on relationship building and networking between farmers and roundtable invitees, educating farmers on those agencies and organizations and their respective programs and services, and fielding farmer questions. During the roundtables, staff and farmers will learn more about conservation practices and farming principles and practices that increase biodiversity, enrich soils, land, improve watersheds, and enhance ecosystem services (1a.,2b.,2c.). The roundtables will promote further equitable participation in USDA's programs and services.

 By accessing farmland and farming at PFC, farmers will be able to connect with their cultures which are largely rooted in agrarian and food-related traditions. Through working one-on-one with partners, attending workshops, and participating in small-group instruction, farmers will build community. By learning in the classroom and field, 100 farmers will increase their knowledge of basic livestock and crop farming, as well business and financial management practices. This result naturally brings us to our **fourth supportive objective**: Support beginning refugee, immigrant, and Black farmers with accessing markets, including those serving low-income, low-access communities to increase and diversify farm revenue while improving nutrition security (*Priority Areas 7 & 15*). For activities tied to this objective, PFC will leverage its relationships with markets serving low-income, low-access communities, including five food pantry partners, a local mobile market, and the Delavan-Grider Farmers Market on Buffalo's East Side (4a.). Since PFC will be actively leading a Farmers Market Promotion Program (FMPP) grant for the PFC Farmers Market on Buffalo's West Side through 09/29/2024, activities related to supporting PFC farmers at that market will NOT be included in our BFRDP project. This will not, however, preclude farmers who participate in this BFRDP project from participating in the FMPP project, and vice versa. PFC farmers will be supported both in the purchase and aggregation of their products by PFC for distribution into these markets and the direct sale of their products to these wholesale accounts or mobile/farmers markets.

 Specifically, PFC staff members will facilitate networking and communications, which is essential assistance for beginning farmers who speak first languages other than English and are not literate in English. Additionally, many farmers will predictably already have ideas about how they might sell their products to their communities. Staff members will serve as a sounding board for these ideas and make suggestions for improvement or help identify areas of further opportunity. Importantly, this objective and its activities speak to farmers' expressed definition of success for their farms, which is feeding their communities. It also directly relevant to NIFA's goals as farmer income earned through sales of fresh food to their communities and the reinvestment of that income in farmers' farms, families, communities, and the local economy will simultaneously contribute to post-pandemic economic revitalization and nutritional security in Buffalo's low-income, low-access communities. This objective and its activities are also

innovative and original; by empowering refugee, immigrant, and Black farmers with the knowledge, skills, and resources to start or improve their own small farm businesses and facilitating market opportunities that serve low-income, low-access communities facing food insecurity, this project is grassroots and promotes food sovereignty.

Finally, our **fifth objective** is: Help beginning refugee, immigrant, and Black farmers incrementally improve farm yields and revenue each year of the three-year training program to increase preparedness for sustainably starting a farm business operation (*BFRDP program goal*). Through at least 250 hours of in-the-field, one-on-one technical assistance from PFC staff and partner experts annually throughout the duration of the project, PFC farmers will learn to identify and enact opportunities for continuous improvement of their farm operations (5a.). Resultantly, 50 farmers will incrementally increase the productivity of or sales from their farm operations with over 30 farmers earning at least $1,000 annually by the end of the project. Continuous improvement of one's farm operation is imperative to viability and sustainability, especially when farmland access for expansion and scaling-up is limited.

**Potential pitfalls** of PFC's BFRDP project include:
- Seeing through and completion of farmers' individualized education plans: Incubator farmers have multiple jobs and large families. As such, meeting with farmers on their schedules can pose a challenge, especially in terms of meeting with Cornell partners. This challenge is addressed by our approach. Our project's methods are proactively designed to minimize farmers not accessing the educational and technical assistance support they need due to their schedules by training PFC staff. PFC staff have far more flexibility and nimbleness in their schedules to meet with farmers in accordance with their schedules and are at the farm seven days a week compared to Cornell partners who have a much shorter, specific window of time for meeting with farmers at the farm.
- Varied seriousness of starting a farm business among farmer participants: In our experience operating the Incubator Farmer program, each cohort of farmers includes some farmers who have a greater desire and drive to create and scale a profitable farm business while other farmers have less of an entrepreneurial spirit and focus. PFC will address this challenge by having monthly check-ins during the growing season with Incubator farmers and PFC staff. These check-ins will provide an opportunity for PFC staff to observe and take note of what farmers need, including for business education, and to remind farmers of the purpose and goals of the Incubator Farmer program. Reasonably, there may be farmers who graduate from the three-year Incubator Program who realize that owning and operating a small farm business is not for them. These farmers will be directed to PFC's Community Organization program or other Buffalo gardening programs.
- The general difficulty of farming as a business and accessing farmland, especially for farmers of color: Farming is hard and tends to have small profit margins. PFC farmers face incredible barriers to accessing and succeeding at farming (see Introduction), which is why PFC provides land access to participants. Through other programs, such as American Farmland Trust Regional and Great Lakes Navigator programs, PFC staff are working on innovative models for land access to next steps for PFC farmers to access land once they complete the program.

## Proposed Project Timeline

| When, Partners | Objective/Activity 1.-5./a.,b.,c. | Description | Output(s)/Outcome(s) |
| --- | --- | --- | --- |
| 4th Quarter 2023 - | 1.b. 2.a. | Farmers will be supported in the creation and completion of annual individualized education plans. PFC staff will review | Preparation for four PFC staff member trainers to be trained to serve 200 farmers. Preparation |

| | | | |
|---|---|---|---|
| 1st Quarter 2024 | | farmers' plans and create their own individualized education plans, as well as a comprehensive mentorship timeline, accordingly. | for farmers to increase their knowledge of basic livestock and crop farming, as well business and financial management practices. |
| Sept - Feb 2023, 2024<br><br>CVP<br>Elizabeth Buck | 1.a.<br>1.c. | Training by CVP for PFC staff to teach introductory crop production workshops. Revise existing curriculum as needed. Up to 6 staff training / mentorship sessions & 13 hours of resource revision or creation. PFC staff to educate CVP on the cultures of farmers at PFC during sessions. | Four PFC staff member trainers will be trained. One partner will increase their cultural understanding of PFC's farm communities. |
| Sept - Feb 2023, 2024<br><br>SWNYDLFC<br>Amy Barkley<br>Katelyn Walley-Stoll | 1.a.<br>1.c. | Training by SWNYDLFC for PFC staff to teach introductory business workshops. Revision of existing educational resources and creation of new educational resources. Up to 6 staff training sessions & 15 hours of visual resource development. PFC staff to educate SWNYDLFC on the cultures of farmers at PFC during sessions. | Four PFC staff member trainers will be trained. Two partners will increase their cultural understanding of PFC's farm communities. |
| Jan - July 2024<br>CVP - Elizabeth Buck;<br>SWNYDLFC<br>Amy Barkley<br>Katelyn Walley-Stoll | 1.a.<br>2.b.<br>2.c.<br>3.a. | CVP and SWNYDLFC provide assistance to PFC staff as needed as staff implement introductory crop production and business workshops. Goal of 8 introductory organic crop production workshops and 6 introductory business workshops. Annual Roundtable with NRCS, other service providers, and agricultural lenders. | Four PFC staff member trainers will be trained. Farmers will increase their knowledge of basic livestock and crop farming, as well business and financial management practices. Through group workshops, farmers will build community. |
| May - Oct 2024<br>CVP - Elizabeth Buck | 1.a.<br>2.c.<br>5.a. | CVP will provide crop technical assistance to PFC staff and farmers through regular PFC farm visits. 10-12 CVP site visits for 1:1 or small group technical assistance. | Four PFC staff member trainers will be trained. Farmers will increase their knowledge of basic crop farming. Some farmers earn $1,000+ annually. |
| May - Oct 2024<br><br>SWNYDLFC<br>Amy Barkley<br>Katelyn Walley-Stoll | 1.a.<br>2.b.<br>5.a. | SWNYDLFC will provide technical assistance in areas of business and sustainable livestock to PFC staff and farmers through regular, scheduled PFC farm visits. Up to 30 hours of 1:1 or small group technical assistance from SWNYDLFC on livestock and 11 site visits for business management. | Four PFC staff member trainers will be trained. Farmers will increase their knowledge of basic livestock farming, as well business and financial management practices. Some farmers earn $1,000+ annually. |

| June - Oct 2024 | 4.a. | PFC farmers will be supported by staff in selling produce to PFC for aggregation and distribution to Buffalo food pantries or via wholesale accounts or farmers markets on Buffalo's East or West Sides to increase and diversify farm revenue while improving nutrition security. | Some farmers earn $1,000+ annually. 50 farmers increase fresh food access in low-income low-access communities in Buffalo via farm sales to these communities and/or markets serving these communities. |
|---|---|---|---|
| 4th Quarter 2024 - 1st Quarter 2025 | 1.b. 2.a. | New farmer applications open. End of year farmer interviews and evaluation. Farmers and staff will review the previous year's individualized education plans. Farmers will be supported in the creation of annual individualized education plans. PFC staff will review farmers' plans and create their own individualized education plans plus overall mentorship timeline accordingly. | Preparation for four PFC staff member trainers to be trained to serve 200 farmers. Preparation for farmers to increase their knowledge of basic livestock and crop farming, as well business and financial management practices. |
| Nov - April 2024, 2025  CVP - Elizabeth Buck | 1.a. 1.c. | Training by CVP for PFC staff on organic crop production practices. Revise existing curriculum as needed. Up to 6 staff training / mentorship sessions & 13 hours of resource revision or creation. PFC staff to educate CVP on the cultures of farmers at PFC during sessions. | Four PFC staff member trainers will be trained. One partner will increase their cultural understanding of PFC's farm communities. |
| Nov - Feb 2024, 2025  SWNYDLFC Amy Barkley Katelyn Walley-Stoll | 1.a. 1.c. | SWNYDLFC will utilize farmer feedback in revision of existing business and sustainable livestock educational resources and creation of new visual educational resources. Provide up to 6 hours of training & 15 hours of visual resource development. PFC staff to educate SWNYDLFC on the cultures of farmers at PFC during sessions. | Four PFC staff member trainers will be trained. One partner will increase their cultural understanding of PFC's farm communities. |
| Feb - July 2025  SWNYDLFC Amy Barkley Katelyn Walley-Stoll | 2.b. 3.a. 3.b. | Based on farmer feedback, SWNYDLFC will develop and teach targeted business and sustainable livestock workshops with visual aids. Farmers are supported in the creation of essential business documents. Annual Roundtable. | Farmers will increase their knowledge of basic livestock farming, as well business and financial management practices. |
| May - Oct 2025 | 1.a. 2.b. 5.a. | SWNYDLFC will provide technical assistance in areas of business and sustainable livestock to PFC staff and farmers through regular, scheduled PFC | Farmers will increase their knowledge of basic livestock farming, as well business and financial management practices. |

| | | | |
|---|---|---|---|
| SWNYDLFC Amy Barkley Katelyn Walley-Stoll | | farm visits. Up to 30 hours of 1:1 or small group technical assistance from SWNYDLFC on livestock and 11 site visits for business management. | Farmers will incrementally increase productivity of or sales from their farm operations. Some farmers $1,000+ annually. |
| May - Oct 2025<br><br>CVP - Elizabeth Buck | 1.a.<br>2.c.<br>5.a. | CVP will provide crop technical assistance to PFC staff and farmers through regular PFC farm visits. 10-12 CVP site visits for 1:1 or small group technical assistance. Monthly check in with incubator farmers and PFC staff. | Farmers will increase their knowledge of basic crop farming. Farmers will incrementally increase productivity of or sales from their farm operations. Some farmers earn $1,000+ annually. |
| June - Oct 2025 | 4.a. | PFC farmers will be supported by staff in selling produce to PFC for aggregation and distribution to Buffalo food pantries or via wholesale accounts or farmers markets on Buffalo's East or West Sides to increase and diversify farm revenue while improving nutrition security. | Some farmers earn $1,000+ annually. 50 farmers increase fresh food access in low-income, low-access communities in Buffalo via farm sales to these communities and/or markets serving these communities. |
| 4th Quarter 2025 - 1st Quarter 2026 | 1.b.<br>2.a. | New farmer applications open. End of year farmer interviews and evaluation. Farmers and staff will review the previous year's individualized education plans. Farmers will be supported in the creation of annual individualized education plans. PFC staff will review farmers' plans and create their own individualized education plans plus overall mentorship timeline accordingly. | Preparation for four PFC staff member trainers to be trained to serve 200 farmers. Preparation for farmers to increase their knowledge of basic livestock and crop farming, as well business and financial management practices. |
| Nov - April 2025, 2026<br><br>CVP - Elizabeth Buck | 1.a.<br>1.c. | Training by CVP for PFC staff to teach organic crop production practices. Revise existing curriculum as needed. Up to 6 staff training / mentorship sessions & 13 hours of resource revision or creation. PFC staff to educate CVP on the cultures of farmers at PFC during sessions. | Four PFC staff member trainers will be trained. One partner will increase their cultural understanding of PFC's farm communities. |
| Feb - July 2026<br>SWNYDLFC Amy Barkley Katelyn Walley-Stoll | 2.b.<br>3.a.<br>3.b. | Based on farmer feedback, SWNYDLFC will develop and teach targeted business and sustainable livestock workshops. Farmers will be supported in the creation of an essential business document. | Farmers will increase their knowledge of basic livestock farming, as well business and financial management practices. |

| May - Sept 2026<br><br>SWNYDLFC<br>Amy Barkley<br>Katelyn Walley-Stoll | 1.a.<br>2.b.<br>5.a. | SWNYDLFC will provide technical assistance in areas of business and sustainable livestock to PFC staff and farmers through regular, scheduled PFC farm visits. Up to 30 hours of 1:1 or small group technical assistance from SWNYDLFC on livestock and 11 site visits for business management. | Farmers will increase their knowledge of basic livestock farming, as well business and financial management practices. Farmers will incrementally increase productivity of or sales from their farm operations. 30 farmers earn $1,000+ annually. |
| --- | --- | --- | --- |
| May - Sept 2026<br><br>CVP - Elizabeth Buck | 1.a.<br>2.c.<br>5.a. | CVP will provide crop technical assistance to PFC staff and farmers through regular PFC farm visits. 10-12 CVP site visits for 1:1 or small group technical assistance. Monthly check in with incubator farmers and PFCstaff. Annual Roundtable. | Farmers will increase their knowledge of basic crop farming. Farmers will incrementally increase productivity of or sales from their farm operations. 30 farmers earn $1,000+ annually. |
| June - Sept 2026 | 4.a. | PFC farmers will be supported by staff in selling produce to PFC for aggregation and distribution to Buffalo food pantries or via wholesale accounts or farmers markets on Buffalo's East or West Sides to increase and diversify farm revenue while improving nutrition security. | 30 farmers earn at least $1,000 annually. 50 farmers increase fresh food access in low-income, low-access communities in Buffalo via farm sales to these communities and/or markets serving these communities. |

Please note that a '**Logic Model in Graphic Depiction**' can be found on Page 22 under 'Additional Narrative Pages'.

**d. Personnel and Resources.**

*Elizabeth Leiper* is the Farm Director at PFC and PD of this project. Elizabeth has successfully led and organized PFC's existing BFRDP project, Growing Tomorrow's Farmers, which will be completed in September of 2023. Additionally, over the last twelve years, Elizabeth has served as an Agriculture Peace Corps Volunteer, worked on and managed multiple organic farms, managed a refugee agricultural training program, started her own profitable vegetable farm, and launched PFC's programs as Farm Director. Since its founding in fall 2019, PFC has established a strong track record of successfully executing and evaluating outcomes of multi-year projects involving education outreach, mentoring, and technical assistance for under-resourced beginning farmers. Specifically, PFC has completed a Northeast SARE Partnership Program grant, a multi-year USDA-NIFA Beginning Farmer and Rancher Development Program grant, and over 30 other grants from foundations and corporations in service of its mission, vision, and farmers under the direction of Elizabeth. Elizabeth has helped PFC form dozens of partnerships with allied nonprofits, community-based organizations, Cooperative Extension, other educational institutions and markets serving low-income, low-access communities. She has cultivated and deepened trustful relationships with the eight unique community organizations and 20 incubator farmers who participate in PFC programs and led PFC's farm staff in delivering over 1,000 hours of culturally-responsive training, assistance,

and education to farmers since spring 2020 at PFC. Please see more about Elizabeth's relevant experience, competencies, abilities, and qualifications in her attached Biographical Sketch.

*Cornell Cooperative Extension (CCE)* is a non-profit organization administered by New York's land grant university, Cornell University. For over 100 years CCE has provided education, research, and extension services for the benefit of New York's agricultural industry. CCE administers Cornell's Vegetable Program (CVP), a team of 6 vegetable specialists serving WNY's agricultural industry through research, education, and technical assistance. In 2019 CVP conducted 2,673 farm visits/crop consultations and 104 educational presentations resulting in 3,936 people increasing their knowledge on various agricultural topics. CCE, including CVP, has specifically served refugee populations since 2013 through its Refugee Onsite Occupational Training Program (no longer in operation) and through its educational role in the Buffalo's Green Shoots for New Americans Program plus PFC's previous BFRDP program.

*Elizabeth Buck* is a fresh market vegetable specialist with the Cornell Cooperative Extension Cornell Vegetable Program (CVP), serving in the westernmost counties in New York. Elizabeth's extension programming is designed to meet a wide range of grower educational interests and research needs. Her goal is to provide relevant, engaging programming that will equip growers with the knowledge and skills they seek as they continue to strengthen their farms, communities, and local food systems. Programmatic focuses and specializations include:
- Weed management, with an emphasis on biologically-informed weed control approaches
- Crops ranging from asparagus to zucchini, with a concentration in warm-season vegetables
- Soil health and on-farm resiliency to climate variability
- Serving historically underserved grower audiences, including beginning farmers, minority communities, urban growers & women

Elizabeth completed a B.S. in Plant Sciences and Agricultural Sciences at Cornell University and earned an M.S. at the University of Guelph studying integrated weed management systems in vegetable production. She is an active member of the Northeastern Weed Science Society and the Great Lakes Vegetable Working Group.

*Amy Barkley* is the livestock and beginning farm specialist with the Southwest New York Dairy, Livestock and Field Crops Program (SWNYDLFC). In her role, she works with on-campus faculty and Cornell Cooperative Extension (CCE) agricultural educators in the counties of Allegany, Cattaraugus, Chautauqua, Erie, and Steuben to bring timely research-based programming and consultations to the farmers across the region. Her responsibilities include:
- Providing consultations to farmers through phone, email, text, paper mail, videoconferencing, and on-farm meetings
- Connecting new farmers to resources to aid in their success
- Organizing on-farm trainings and demonstrations including research-oriented field meetings, pasture walks, FAMACHA trainings, and Beef Quality Assurance trainings
- Researching livestock and grazing management
- Co-leading statewide poultry research and educational programming
- Participating in the Livestock Program Work Team, whose goal is to develop and implement state-wide educational materials and programming for livestock producers

Amy grew up on a small family farm in Northeastern Pennsylvania and earned her bachelor's degree in animal science with a minor in poultry and avian science from Penn State University. After graduation, she attained her master's degree in animal science from Penn State, where her

research focused on renewable, alternative bedding materials for broiler production and their impacts on broiler performance, welfare, and the environment. Following graduation, Amy worked in quality assurance for a national egg company, partnering with farms of all sizes across the nation to ensure compliance in food safety, nutrition, product quality, and animal welfare. Amy and her husband Zach reside in East Concord, NY, where they own and operate Snowy Brook Farm, a small, diversified operation focusing on heritage poultry, fruits, and honeybees.

*Katelyn Walley-Stoll* is the Farm Business Management Specialist and the Team Leader for Cornell Cooperative Extension's Southwest New York Dairy, Livestock, and Field Crops Program (SWNYDLFC). She provides programming and support to agribusinesses in their 5-county region on topics related to:
- Financial management for farm profitability and sustainability
- Business summaries to analyze performance over time and benchmarking
- Production economics to provide sound data for farm decision making
- Business planning across multiple generations and enterprises
- Market analysis providing an overview of industry trends and issues

Katelyn operates Stoll Family Farm along with her husband and four young children in Cattaraugus, NY where they raise diversified livestock and field crops.

*Mahamud Mberwa* is the Farm Mentor Liaison at PFC. Mahamud is a Somali Bantu refugee and has been living in Buffalo for 15 years. Farming is an important part of his family's roots. Mahamud is an active member of the Board of the Somali Bantu Community Organization of Western New York. In 2017, he helped to start the Somali Bantu Community Farm to address organic, cultural food access for his community in the City of Buffalo. In 2019, Mahamud helped found PFC. At PFC, Mahamud wears several hats as the Farm Mentor Liaison, Incubator Farmer, and Manager of the Somali Bantu Community Farm. He works with PFC full-time helping eight community organizations that farm at PFC. Mahamud speaks five different languages and is instrumental in facilitating communication between community leaders, farmers, and PFC. Mahamud is passionate about ensuring his community and other refugee and immigrant communities can get fresh, cultural food which is very expensive or cannot be found in Buffalo. Mahamud grows African corn, okra, collards and onions. Mahamud helps PFC farmers learn about US farm business structures plus the local climate, soils and farming methods which are very different from those in farmers' home countries. In the future, Mahamud aspires to have his own land to raise chickens and vegetables.

*Isaac Frisina* is the Farm Equipment and Facilities Manager at PFC. Isaac graduated from Ohio University in 2014 with B.A. Spanish, B.A Latin American Studies, and Certification in Environmental Studies. Isaac has been working in sustainable agriculture and food systems in Nicaragua and the US, as well as in contracting and natural building, since 2013. Before joining PFC in 2021, Isaac acted as the Farm Manager of Tioga Valley Farm in West Falls, NY where he managed the farm crew to grow vegetables for CSA and restaurant sales. He also performed maintenance, repair, and new construction of farm infrastructure and machinery. His skill set includes carpentry, framing, plumbing, electrical installation, tile, mig welding, and organic vegetable production. At PFC, Isaac trains farmers on the safe and proper use of farm equipment and machinery. He also maintains PFC equipment and facilities, oversees infrastructure projects, manages PFC's on-farm composting system, and provides additional in-field crop farming technical assistance and education to farmers.

Another unique quality of PFC is that there are eight refugee- and Black-led community organizations that farm under the Collective's umbrella, including the Somali Bantu Community

Organization of WNY, the Liberian Association of Buffalo, Congolese Babondo Buffalo, the Karenni community of Our Lady of Hope, the Burundi community of Our Lady of Hope, Buffalo Myanmar Indigenous Christian Fellowship, Buffalo Go Green/Urban Fruits & Veggies, and Be Emnet Ethiopian Farmer Group. Collaborations and partnerships across these diverse organizations have grown from their collective work farming at PFC and contributed to the growth and trajectory of PFC and its programs. PFC has the necessary personnel, as well as facilities and equipment at its farm in Orchard Park, NY, to carry out the project. Please note, recently completed significant activities related to the proposed project and their impacts will be described under 'Additional Narrative Pages' in 'Prior BFRDP Accomplishments' on Page 21.

**e. Plan for Outcome Based Reporting.**

Table 7.

| Outcome | Target Number | How Measured |
|---|---|---|
| Number of new farm start-ups | 30 | Annual Interviews:<br>- # of new incubator farmers<br>- # of new farmers earning over $1,000 of income from vegetables grown or livestock raised |
| Number of new farmers who will be served | 200 | Mentorship Log:<br>- # of Incubator and Community Organization farmers provided with access to workshops, small-group education, or one-on-one education or technical assistance by PFC staff or Cornell partners |
| Number of staff member trainers trained (Mahamud, Hamadi, Dao, Abdi) | 4 | Quarterly PFC Staff & Partner Meetings:<br>- # of PFC staff members who express increased knowledge and improved ability to educate and provide technical assistance to farmers as a result of receiving training from Cornell partners |
| Number of partners increasing cultural competence | 3 | Quarterly PFC Staff & Partner Meetings:<br>- # of partner who express increased understanding of PFC's farm communities and their unique cultures |
| Number of new farmers increasing their knowledge of basic livestock and organic crop farming | 100 | Workshop Surveys, Monthly Check Ins & Annual Interviews:<br>- # of farmers who attend livestock or crop workshops<br>- # of farmers who receive technical assistance and mentorship<br>- # of farmers who express increased knowledge in basic livestock and organic crop farming<br>- Qualitative input on efficacy of training and knowledge gained through participatory evaluation techniques |
| Number of new farmers increasing their knowledge of business and financial management practices | 100 | Workshop Surveys, Monthly Check Ins & Annual Interviews:<br>- # of farmers who attend business workshops<br>- # of farmers who receive technical assistance and mentorship<br>- # of farmers who express increased knowledge in business and financial management practices<br>- # of farmers who create an essential business document<br>- Qualitative input on efficacy of training and knowledge gained through participatory evaluation techniques |

| Number of farmers incrementally increasing the productivity of or sales from their farm operations | 50 | Annual Interviews & Required Farmer Records:<br>- # of pounds grown by farmers<br>- % increase in farmers' production from the previous year<br>- Qualitative input on production from participatory evaluation techniques |
|---|---|---|
| Number of new farmers earning at least $1,000 annually | 30 | Annual Interviews & Required Farmer Records:<br>- Amount earned by each farmer through farm sales<br>- Qualitative sales input from participatory evaluation techniques |
| Number of new farmers increasing fresh food access in low-income, low-access communities in Buffalo | 50 | Annual Interviews & Required Farmer Records:<br>- # of pounds of produce sold to low-income, low-access communities and/or markets serving these communities in Buffalo<br>- dollar sales of produce sold to low-income, low-access communities and/or markets serving these communities in Buffalo<br>- % increase in farmers' produce sales to low-income, low-access communities and/or markets serving these communities in Buffalo |
| Number of new farmers building community and connecting with their culture | 200 | Monthly Check Ins & Annual Interviews:<br>- # of farmers who express increased community building, especially through farmland access at PFC<br>- # of farmers who express increased cultural connection, especially through farmland access at PFC |

In order to evaluate the efficacy and outcomes of this project multiple techniques will be utilized, including, but not limited to: participant data collection, workshop surveys, monthly incubator farmer check-ins, annual incubator farmer interviews, annual community organization interviews, required recordkeeping for all farmers, and quarterly partner and farmer advisory board meetings. Participant data will be recorded by all program partners to accurately represent participation in various program activities. Measures are in place to ensure that participants are not double counted for the same outcome.

*Workshop surveys* with language and literacy support will be administered to each incubator farmer at the conclusion of each workshop series. Surveys will measure increases in knowledge of various production and business practices.

*Monthly incubator farmer check-ins* will provide an opportunity for qualitative evaluation, including the efficacy of workshops and support services; knowledge learned/shared between farmers; new practices implemented as a result of the project.

*Quarterly PFC staff & partner meetings plus advisory committee meetings* will provide an opportunity for qualitative evaluation, including the efficacy of workshops and support services; knowledge learned/shared among farmers; new practices implemented as a result of the project. The last advisory committee meeting of the year will focus on qualitative feedback through conversation and storytelling about the successes and participant impact over the year.

*Annual Interviews* will be conducted with each incubator farmer and each community organization with the appropriate language support. Additional intake interviews for incubator farmers will include a goals exercise to evaluate individual farmer growth. Topics covered in annual interviews will include: implementation of learned agricultural and business practices;

community organizations' qualitative analysis of implemented education; increased production; increased financial gain; changes in building and feeding community. Community organization interviews will be more qualitative than quantitative, due to the large number of participants and difficulty interviewing each community farmer individually.

*Required farmer records* will include sales and production data. Incubator farmers and organizations farming community plots will be provided recordkeeping templates to track harvests and sales data. As farmers have varying literacy levels and spoken languages, data tracking templates will be created for each individual farmer to best meet each farmer's needs. PFC staff will check in with farmers bi-weekly to ensure maintenance of recordkeeping requirements and provide assistance as needed. As community organizations represent many farmers, tracking sales and harvests may prove difficult. Additional records will include all sales farmers make PFC for resale. PFC will analyze the increase in farmers' production and sales from year to year. Finally, data will be collected and compiled throughout the year. A data analysis will be completed annually to assess progress and determine the outcomes of the project. Unexpected outcomes may be revealed through participatory evaluation; any such outcomes will be included in the overall analysis and evaluation of the project. Evaluations will be used by the project team on an annual basis to inform any relevant programming decisions, and to ultimately better serve the target population.

**f. Management and Collaboration Plan.**

PFC, a nonprofit organization experienced in serving refugee, immigrant, and Black American populations in the areas of agricultural education, small business education, and marketing fresh produce, will partner and subcontract with Elizabeth Buck at Cornell Vegetable Program (CVP), as well as Amy Barkley and Katelyn Walley-Stoll of Cornell's South West New York (SWNY) Dairy, Livestock, and Field Crops Team (SWNYDLFC). By leveraging the expertise of partners at Cornell, PFC aims to create a robust training program for diverse low-resource beginning farmers by training both staff and farmers. For this project, Elizabeth Buck will focus on the topic of organic crop farming; Amy Barkley will focus on the topic of sustainable livestock farming; and Katelyn Walley-Stoll will focus on the topic of farm business and financial management. PFC will be the lead organization for this project, responsible for coordinating with all partners to ensure success. PFC's Farm Director, Elizabeth Leipler, will serve as Project Director with implementation support from Farm Mentor Liaison, Mahamud Mberwa, and Farm Equipment and Facilities Manager, Isaac Frisina.

Each partner will take the lead in developing and implementing activities in its respective area of expertise and will work closely with PFC and other members of the project team. PFC will assist each partner with the development, implementation, and evaluation phases of its contracted activities. The project team will communicate via emails, phone calls, and in-person meetings. Frequency of communication will vary based on tasks at hand, from daily communication as workshops and programming are being developed to monthly communication during times of the year when programs are less active. All partners will commit to communicate with PFC at a minimum of once per month throughout the duration of the grant. To foster effective and coordinated collaboration among all project team members, partners will meet quarterly to ensure that the project is progressing as planned and check in on staff's individualized education plans while evaluating areas for improvement and potential change.

A variety of technologies will be utilized to assist with communication and data sharing among the project team members. Zoom may be utilized for periodic meetings between PFC staff and partners. Online group editing software such as Google Docs and Google Sheets will be

used for developing, sharing, and receiving feedback on program curriculum. Additionally, these programs will be employed to create templates for partners to record metrics and share outcomes. Moreover, within two weeks of completion of a workshop or activity, each participating partner will be responsible for recording metrics specific to their activities on these shared documents. Annually, all qualitative and quantitative data will be compiled by PFC and analyzed collectively to evaluate the progress and success of the project.

Cornell will partner with PFC to develop and implement an agricultural training program appropriate for the target audiences' diverse cultural backgrounds and skills levels. Cornell partners will utilize PFC's existing curriculum, CCE's curriculum, accessible curriculum from other incubator farms serving similar populations, and PFC's farmer feedback to create a specialized workshop series and design personalized education tactics adapted for PFC's farmers. CVP and SWNYDLFC each will collaborate with PFC to complete the following tasks:

-Work with PFC's Farm Director and PFC staff mentors to further develop PFC's sustainable livestock and organic crop production plus business management curriculum and resources
- Advance PFC's existing curriculum to increase effectiveness of training
- Focus on crop production, livestock, small business and financial management
- Maintain cultural relevance for PFC's diverse audience throughout curriculum

-Provide mentorship and technical assistance to PFC farmers
- Schedule regular visits to PFC's farm, enabling farmers to get in-field technical assistance from vegetable, livestock, and business specialists
- Provide 1:1 or small group mentorship for farmers

-Provide training and technical assistance to PFC staff
- Train PFC staff mentors on teaching existing introductory workshop series
- Support PFC staff in improving farmer education through annual training sessions
- Offer technical assistance to PFC's staff as needed via phone or email communication

-Facilitate connections between farmers, staff, and agriculture service providers
- Organize an annual round-table event involving local agriculture service providers, including at NRCS, to increase farmers' awareness of these services

Partners at Cornell have expressed great excitement for contributing their expertise and strengths to this project opportunity. Each partner is uniquely qualified for its role and is suited to use its existing resources and capacity to effectively reach the project's goals. Each partner's responsibilities reflect its expertise and fully align with its organization's greater mission and goals. The working relationships built over six years of collaboration will not readily disintegrate. Rather, these relationships will be upheld by furthering collaboration on the continuation of this or other projects. Cornell has been a strong partner of PFC since its inception and Cornell Cooperative Extension Erie County will soon be building out its new main campus directly neighboring PFC on Burton Road in Orchard Park, so we are confident in our continued, sustainable collaboration in and beyond this project. Additional funding opportunities will be sought to continue collaboration specifically for PFC's beginning farmer training program. Furthermore, building the knowledge and capacity of PFC staff will also ensure the sustainability of the project beyond the life of the grant as staff will be able to educate and mentor farmers on basic topics after being trained themselves. Further details regarding the commitments of partners and schedule of activities involving partners can be found in the attached and signed letters of commitment, as well as in the detailed Proposed Project Timeline on Pages 10-14. Altogether, Cornell partners will contribute 250 hours per year and a minimum of 750 total hours for the duration of the three-year project towards activities, including as defined in the timeline.

**g. Additional Narrative Pages.**
**i. Prior BFRDP Accomplishments & COVID-19 Relief**

At the time of application, PFC is currently in Year 3 of BFRDP project *Growing Tomorrow's Farmers: Beginning Farmer Training and Farmland Access for Socially Disadvantaged Populations* which will conclude September 14th, 2023. The project is a collaborative effort led by PFC to support socially disadvantaged and low-resource farmers in 1) increasing access to farmland; 2) increasing knowledge of production and business practices; 3) growing farmer success through increased profitability and productivity. The project has been incredibly successful with PFC already meeting or exceeding the majority of objectives and outcomes outlined in the proposal within the first two growing seasons of the project.

Activities in this project focused on land access and education for beginning vegetable farmers. Activities included development and implementation of crop production and business workshop series, provision of land for farmers, development of a demonstration farm plot, and technical assistance for farmers. Through this project PFC staff worked with partners in creating an introductory crop production series of 8 workshops, introductory small business series of 6 workshops, and additional advanced workshops in both crop production and small business development. These workshops were created specifically for PFC's farmers and will continue to be utilized and refined. Other educational support provided includes over 400 hours of technical assistance by partners and PFC staff. Farmers have been very pleased with their participation in PFC's programs and 120 farmers have reported an increase in crop or business knowledge. Since the start, PFC has seen a 100% retention rate of community farms and 85% of incubator farms.

The *Growing Tomorrow's Farmers* project has already met or exceeded the majority of objectives and outcomes it sought to achieve. By 2022, PFC increased the land access provided to farmers from a 6 acre goal to 15.5 acres. Through the support of this project PFC's farmers also saw a significant increase in farm sales from $6,190 in 2020, to $29,306 in 2021, and $70,845 in 2022. Additionally, the majority of farmers recorded significant annual increases in yield. During the first two years of the project PFC supported over 200 beginning farmers and assisted 35 farmers in starting a farm operation that earned more than $300 a year, exceeding the project goal of 20 new farm start ups.

From the Growing Tomorrow's Farmers project we learned many valuable lessons about how to best serve our farming audience. Through end of year farmer interviews, informal farmer feedback, farmer surveys, and staff feedback it became clear that we needed to develop an improved model of educational programming to better meet the needs of PFC's unique farming populations. Specifically, we found that workshops were not the best way to meet farmers' educational needs and instead farmers desired more one-on-one education and mentorship in their own language and on a flexible schedule. PFC staff are available 7 days a week during the growing season on the farm and many of our staff are multilingual and farm their own community or incubator plots at PFC. These staff are a great way for farmers to get personalized education, in their own field, on their time. As part of this project PFC staff will receive additional training to improve their mentorship efficacy. In order to best meet the needs of farmers, PFC will also be developing individualized education plans with farmers in their second or third year of the incubator farm program. These plans seek to create a path for mentorship and continued education with accountability measures to ensure that both farmers and PFC staff complete. We are excited to be able to incorporate these lessons and improvements into the current application to make farmer education more effective and successful, ultimately improving PFC's ability to assist farmers in growing more viable farms.

g. Additional Narrative Pages.
   ii. Logic Model in Graphic Depiction

## Providence Farm Collective (PFC) – 2023 BFRDP Logic Model

| Situation | Inputs | Outputs | | Outcomes |
|---|---|---|---|---|
| | | **Activities -** What we will do | **Participation -** Who we will reach | **Participation –** Short- & Mid-Term Results |
| Large local population of refugees, immigrants, and Black Americans with agrarian backgrounds and/or heritages and desire to farm but significant barriers to farmland access.<br><br>Decrease in farmland and farms in WNY.<br><br>Issues of food access and food security pervasive in local low-income, low-access communities<br><br>Need for appropriate agricultural and business education for beginning, socially disadvantaged farmers. | Providence Farm Collective (PFC) Elizabeth Leiper, Project Director<br><br>Cornell Vegetable Program (CVP) Elizabeth Buck<br><br>South West New York (SWNY) Dairy, Livestock, and Field Crops Team (SWNYDLFC) Amy Barkley Katelyn Walley-Stoll<br><br>Eight Refugee- and Black-led Community Organizations<br><br>Advisory Board (representative of participating farmers) | **Land Access**<br>-Prepare farmland<br>-Provide infrastructure<br><br>**Training**<br>-Staff development<br>-Demonstration Plot<br>-Livestock and Crop Workshops<br>-Farm Business Workshops<br><br>**Support Services**<br>-1-on-1 Technical Assistance<br>-Mentorship & Small-Group Education<br>-Market Opportunities<br><br>**Feedback and Evaluation**<br>-Surveys<br>-Annual Interviews<br>- Advisory Committee<br>-Partner Meetings | Socially disadvantaged and low-resource populations<br><br>Aspiring and beginning farmers<br><br>Predominately refugee and immigrant populations with experience farming in their home countries<br><br>Staff members, including those from the communities that farm at PFC | 1.  30 new farm start-ups created.<br><br>2.  100 farmers increase their knowledge of production and business practices.<br><br>3.  50 farmers increase productivity of or sales from their farm operation.<br><br>4.  50 farmers increasing fresh food access in low-income, low-access communities.<br><br>5.  200 farmers build community and connect with their culture. |

**Assumptions**
Providing socially disadvantaged beginning and aspiring farmers with land access, as well as culturally adapted agricultural resources and educational opportunities, will increase the knowledge, success, and number of beginning farmers in WNY.

g. Additional Narrative Pages.
   iii. NIFA Data Management Plan

PFC expects to collect written, paper data and digital data. Data will primarily be written and collected on paper first then typed into a digital format by PFC staff or partners. Examples of data that will initially be collected in a written, paper format then transcribed to a digital format

# Exhibit C

**United States Department of Agriculture**
**National Institute of Food and Agriculture**
**AWARD FACE SHEET**

| 1. Award No.<br>2023-49400-40904 | 2. Amendment No. | 3. Proposal Number<br>2023-04852 | 4. Period of Performance<br>09/15/2023  through 09/14/2026 | 5. Type of Instrument<br>Grant |
|---|---|---|---|---|
| 6. Type of Action<br>New | 7. CFDA Number<br>10.311 | 8. FAIN<br>20234940040904 | 9. Method of Payment<br>ASAP ▬▬▬▬▬ | 10. CRIS Number<br>1031267 |

| 11. Authority: |
|---|
| 7 U.S.C. 3319, Section 7405 of  P.L. 107-171, as amended., Beginning Farmers and Ranchers Development Program |

| 12. Agency (Name and Address)<br>Awards Management Division<br>National Institute of Food and Agriculture/USDA<br>805 Pennsylvania Ave Kansas City, MO 64105 | 13. Awardee Organization<br>PROVIDENCE FARM COLLECTIVE CORP.<br>EAST AURORA, NY 14052-2149 |
|---|---|

| 14. Program Point of Contact:<br><br>Denis Ebodaghe<br>Telephone: 816-926-1591<br>denis.ebodaghe@usda.gov | Administrative Point of Contact:<br><br>Steven Evans<br>Telephone: 816-550-4336<br>steven.evans@usda.gov | 15. Project Director/Performing Organization<br><br>Elizabeth  Leipler<br>Providence Farm Collective Corp<br>Orchard Park, NY 14127-3246 |
|---|---|---|

| 16. Funding: | **Federal** | **Non-Federal** | 17. Funds Chargeable | | | | |
|---|---|---|---|---|---|---|---|
| Previous Total | $0.00 | $0.00 | **FY-TAS- FDC** | **Amount** | | **FY-TAS-FDC** | **Amount** |
| + or - | $749,998.00 | $0.00 | 23-123/40502-49400 | $749,998.00 | | | |
| Total | $749,998.00 | $0.00 | | | | | |
| Grand Total | $749,998.00 | | | | | | |

| 18. Title of Proposal |
|---|
| Empowering Refugee, Immigrant, and Black Beginning Farmers through Personalized, Culturally Adapted Training and Education at PFC |

**PROVISIONS**

**This Award incorporates the following:**

1. The referenced proposal and any revision thereto - incorporated by reference

2. Research Terms and Conditions and USDA/NIFA Agency-Specific Terms and Conditions (May 2022) at http://nifa.usda.gov/terms-and-conditions.

3. General Provisions found in Title 2: 2 CFR Part 400; 2 CFR Part 415; 2 CFR Part 416; 2 CFR Part 418; 2 CFR Part 422; and, Title 7: 7 CFR Part 3430 - all incorporated by reference and found at https://www.nsf.gov/bfa/dias/policy/fedrtc/rtcoverlay_nov20.pdf.

4. The Approved Award Budget

5. NIFA Project Initiation Documents - incorporated by reference

6. Failure to submit complete, accurate, and timely reports may result in possible award delays or enforcement actions. Federal Financial SF-425 forms are to be sent to awards@usda.gov. Project progress reports are to be completed in the REEport portal located at https://portal.nifa.usda.gov. Questions regarding access to REEport should be directed to electronic@usda.gov. Additional information regarding grant management and closeout can be found at:  https://nifa.usda.gov/manage-grant and https://nifa.usda.gov/close-grant.

7. The obligation of funds may be terminated without further cause unless the recipient commences the timely drawdown of funds; initial drawdown of funds signifies acceptance of award terms and conditions and should commence in a timely manner within the award period. Inquiries regarding ASAP Payment Accounts should be directed to the Financial Management Division at asapcustomerservice@usda.gov.

8. Prohibition against using funds under Grants and Cooperative Agreements with entities that require certain internal confidentiality agreements are referenced at https://nifa.usda.gov/prohibition-confidentiality-agreements

9. The Project Director is required to attend the annual Project Director's workshop/conference as stipulated in the RFA.

10. Pursuant to 2 CFR 200.332, pass-through entities must appropriately monitor subrecipient activities and must convey the requirements of the Federal grant as well as any additional requirements imposed by the pass-through entity. NIFA reserves the right to request and review subaward budget information during or after the Period of Performance of this award. Form AD-1048 or other NIFA approved format must be completed by the approved subawardee(s) and returned to the recipient for retention in the official award file. It is not necessary to send a copy to NIFA. (https://www.ocio.usda.gov/document/ad-1048)

11. Section 12301 of the Agriculture Improvement Act of 2018 limits program indirect costs for the overall award to 10 percent of Total Federal Funds Awarded (TFFA) (cap). If the prime recipient?s Federally negotiated rate or approved de minimis rate results in less

| FOR THE UNITED STATES DEPARTMENT OF AGRICULTURE |
|---|
| This award, subject to the provisions above, shall constitute an obligation of funds on behalf of the Government. Such obligation may be terminated without further cause unless the recipient commences the timely drawdown of funds; such drawdowns may not exceed one year from issuance date of the award. |

| Typed Name<br>Mark Heap<br>Authorized Departmental Officer | Signature<br>MARK.HEAP | Date<br>09/07/2023 |
|---|---|---|

# United States Department of Agriculture
## National Institute of Food and Agriculture
### AWARD FACE SHEET

| 1. Award No.<br>2023-49400-40904 | 2.Amendment No. | 3. Proposal Number<br>2023-04852 | 4. Period of Performance<br>09/15/2023 through 09/14/2026 | 5. Type of Instrument<br>Grant |
|---|---|---|---|---|

| 6. Type of Action<br>New | 7. CFDA Number<br>10.311 | 8.FAIN<br>20234940040904 | 9. Method of Payment<br>ASAP | 10. CRIS Number<br>1031267 |
|---|---|---|---|---|

**11.Authority**:
7 U.S.C. 3319, Section 7405 of P.L. 107-171, as amended., Beginning Farmers and Ranchers Development Program

| 12. Agency (Name and Address)<br>Awards Management Division<br>National Institute of Food and Agriculture/USDA<br>805 Pennsylvania Ave Kansas City, MO 64105 | 13. Awardee Organization<br>PROVIDENCE FARM COLLECTIVE CORP.<br>EAST AURORA, NY 14052-2149 |
|---|---|

| 14. Program Point of Contact:<br><br>Denis Ebodaghe<br>Telephone: 816-926-1591<br>denis.ebodaghe@usda.gov | Administrative Point of Contact:<br><br>Steven Evans<br>Telephone: 816-550-4336<br>steven.evans@usda.gov | 15. Project Director/Performing Organization<br><br>Elizabeth Leipler<br>Providence Farm Collective Corp<br>Orchard Park, NY 14127-3246 |
|---|---|---|

| 16. Funding: | **Federal** | **Non-Federal** | 17. Funds Chargeable | | | |
|---|---|---|---|---|---|---|
| Previous Total | $0.00 | $0.00 | **FY-TAS- FDC** | **Amount** | **FY-TAS-FDC** | **Amount** |
| + or - | $749,998.00 | $0.00 | 23-123/40502-49400 | $749,998.00 | | |
| Total | $749,998.00 | $0.00 | | | | |
| Grand Total | $749,998.00 | | | | | |

**18. Title of Proposal**
Empowering Refugee, Immigrant, and Black Beginning Farmers through Personalized, Culturally Adapted Training and Education at PFC

### PROVISIONS

than 10 percent TFFA, then the lower rate applies. The TFFA cap applies to the aggregate of the prime and all sub-awardee recipient indirect cost rates. The prime recipient is responsible for ensuring the maximum indirect cost allowed for the award is not exceeded when combining indirect costs for the Federal portion (i.e., prime and sub-awardee(s) and any applicable cost-sharing (see, 7 CFR 3430.52(b)). Amounts exceeding the maximum allowable indirect costs is considered unallowable. See 2 CFR 200 sections 408 and 410.

12. Contributing information to the BFRDP clearinghouse at FarmAnswers.org, including project results and entries in the Library is a condition of this award.

13. The Project Director is required to attend the BFRD face to face meeting in Denver Colorado on October 25 and 26 2023.

### FOR THE UNITED STATES DEPARTMENT OF AGRICULTURE
This award, subject to the provisions above, shall constitute an obligation of funds on behalf of the Government. Such obligation may be terminated without further cause unless the recipient commences the timely drawdown of funds; such drawdowns may not exceed one year from issuance date of the award.