# IN THE UNITED STATES COURT DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| URBAN SUSTAINABILITY DIRECTORS NETWORK, OAKVILLE BLUEGRASS COOPERATIVE, AGROECOLOGY COMMONS, PROVIDENCE FARM COLLECTIVE CORP. and INSTITUTE FOR AGRICULTURE AND TRADE POLICY, | Case No. 1:25-cv-01775-BAH |
| *Plaintiffs*, | |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, BROOKE ROLLINS, in her official capacity as Secretary of the United States Department of Agriculture, DEPARTMENT OF GOVERNMENT EFFICIENCY, AMY GLEASON, in her official capacity as Acting Administrator of the Department of Government Efficiency, UNITED STATES FOREST SERVICE, TOM SCHULTZ, in his official capacity as Forest Service Chief, NATURAL RESOURCES CONSERVATION SERVICE, AUBREY J.D. BETTENCOURT, in her official capacity as Chief of the Natural Resources Conservation Service, NATIONAL INSTITUTE OF FOOD AND AGRICULTURE, JAYE L. HAMBY, in his official capacity as Director of National Institute of Food and Agriculture, FARM SERVICE AGENCY, WILLIAM BEAM, in his official capacity as Administrator of the Farm Service Agency, AGRICULTURAL MARKETING SERVICE, and ERIN MORRIS, in her official capacity as Administrator of Agricultural Marketing Service, | |
| *Defendants*. | |

**DECLARATION OF ERIN MCKEE VANSLOOTEN**

I, Erin McKee VanSlooten, declare and state as follows:

1.   I am the Community Food Systems Program Director at the Institute for Agriculture & Trade Policy ("IATP"). I lead the strategic development and implementation of IATP's Community Food Systems Program, overseeing planning and implementation of evaluation and on-the-ground work, and identifying and analyzing public policies at multiple levels of government for the purpose of achieving IATP objectives. I am responsible for ensuring strategic coherence among program priorities; and between IATP research, advocacy, and technical service provision at the local, state, federal, and international levels. I am also responsible for overseeing staff and interns on the Community Food Systems team, as well as supporting fundraising efforts to meet the organization's goals, and contributing across the whole organization to program and operational strategy.

2.   I have been working at IATP for 15 years, and I am familiar with IATP's organization, policies, practices, and programs.

3.   Established in 1987 and based in Minneapolis, MN, IATP works locally and globally at the intersection of policy and practice to ensure fair and sustainable food, farm, and trade systems. IATP uses a systems approach, which works from an understanding of existing systems, and advocates around barriers to success for farmers or community institutions.

4.   One way IATP works to implement its mission is by running Community Food Systems programs in Minnesota that support access to fresh and healthy local food and connect small- to mid-scale farmers to new markets. For example, we work to promote partnerships between local farms and schools for food procurement. We also create educational materials for children to learn about food and farming.

5.   The Community Food Systems program is committed to building vibrant community-based food systems that protect access for all to sufficient, safe, culturally appropriate and nutritious

food while also developing local food supply chains that allow small to mid-scale farmers to access a variety of remunerative markets. Our vision is of decentralized, local food systems that are accountable to, and largely controlled by, the community members who depend on them, where food is produced and distributed in a manner that builds equity, justice, and resiliency in policy and practice.

6.    In February 2023, the United States Department of Agriculture's ("USDA") Agricultural Marketing Service ("AMS") published a Request for Applications ("RFA") for its Regional Food Systems Partnership ("RFSP") program. *See* USDA AMS, Regional Food System Partnerships Fiscal Year 2023 Request for Applications (2023),

https://www.ams.usda.gov/sites/default/files/media/2023_RFSP_RFA.pdf. The intent of the "Planning and Design" category of RFSP grants stated in the RFA was to "support partnerships in the early stages of convening, envisioning, goalsetting and identifying strategies for developing local or regional food systems." *See id.* at 8. The RFA emphasized that "AMS encourages applications from partnerships that engage with smaller farms and ranches, new and beginning farmers and ranchers, underserved producers, veteran producers, and/or underserved communities." *Id* at 2.

7.    In response to the RFA, on May 2, 2023, we submitted a proposal for a grant to support the MinneAg Network, a network of Minnesota farm and food systems organizations that prioritize practices that nourish people and planet. IATP co-founded this Network and co-leads it now with three other non-profit partners—the Land Stewardship Project, MN 350, and the Minnesota Farmers Union. We created the Network to explain how food systems decisions are made in Minnesota and how member organizations can get involved in these processes, building understanding and capacity for civic engagement. I am the main coordinator of the Network.

8.   For the RFSP grant, we proposed to develop educational resources on Minnesota agricultural policy, which we would translate into three commonly spoken languages and publish publicly on our website. We also proposed creating a visual identity for the Network by hiring a graphic designer and web designer to develop a logo, website, and design templates to make the resources easy to access for everyone.

9.   Federal grants are the most complicated type of funding to apply for because of the very detailed information and specific metrics required. The process of applying for the RFSP grant was labor- and time-intensive. The application took us several weeks to put together and ended up being over 40 pages in length. IATP proposed a bottom-up budget, beginning with the work we were proposing to do and then working backwards with our finance directors to calculate how much time and money we would need, including how much money would come from IATP in the form of matching funds. Because it was a partnership grant, we also had many conversations with our partner organizations, which included contingency planning as the grant was not guaranteed.

10. On October 30, 2023, our application for the RFSP grant was approved for $111,694 for two years, from September 30, 2023, to September 20, 2025. *See* Ex. A (Award), at 1. As part of the grant obligations, IATP also had to secure matching funds from non-federal sources, equal to or greater than 25% of the overall project budget—in our case $40,000, which came from other parts of IATP's budget. *Id.* In addition to supporting our staff time, we planned to use the funding to hire a graphic designer, a web designer, and translators, and we had contracts with our three co-coordinator partners to pay them $10,000 each, in four installments of $2,500, for a total of $30,000. *See*. Ex. B (Project Narrative), at 28.

11. At the time of the award, the grant period had already begun as USDA backdated the period of performance. We started off already feeling behind and so jumped into our performance of the project immediately.

12. Federal grants have laborious tracking and reporting requirements to ensure money is being used properly once awarded.  As we began to perform on the grant, we decided to seek reimbursement at a cadence of every six months. To do so, we had to submit a spreadsheet of everything we were asking reimbursement for and then officially make a request in the portal. We received reimbursements for the periods of October to March 2024 and April to September 2024, for a total of $27,602 in grant funds. As part of our regular 6 month schedule of submitting requests for reimbursement, the last reimbursement request we submitted was on May 5, 2025, covering work completed from October 2024 through March 2025, for $29,560. We have not yet received payment for those costs, and in fact received a rejection notice for that request. The last work we were paid for was completed by September 30, 2024.

13. Sometime after January 2025, USDA added requirements to provide additional narrative details for the reimbursements in the portal that awardees needed to complete for payment of their reimbursement requests. When IATP asked our USDA AMS contact about these additional justifications she explained the changes, but  following  the  resubmission of our request for payment for work done October 2024 through March 2025, our reimbursement request was still rejected. The stated reason for the rejection was that the reimbursement request was submitted on May 5, 2025 after we had received a termination notice, and we were instructed to submit a final settlement invoice.

14. On April 21, 2025, we received notice from USDA AMS that our RFSP grant was terminated. *See* Ex. C (Termination Letter). The letter contained a list of distinct reasons but did not

specify which one led to our termination. It claimed that our funded programs "promote or take part in [diversity, equity, and inclusion] initiatives or other initiatives that unlawfully discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristics; [] violate either the letter or purpose of Federal civil rights laws; [] conflict with the Department's policies and priorities; [] are not free from fraud, abuse, or duplication; *or* [] otherwise fail to serve the best interests of the United States." *See id*. at 1 (emphasis added). It then stated that our award is "inconsistent with, and no longer effectuates, Department priorities," citing a legal provision, 2 C.F.R. § 200.340(a)(2). *Id.*

15. The termination letter was not at all specific to our work with the MinneAg Network, which seeks to make food systems decision-making spaces accessible to *all* stakeholders. The Network includes emerging farmers, which refers to a broad category of farmers who have faced barriers to success and is not specifically for or limited to any one group. And the RFA explicitly encouraged applications that "engaged with . . . underserved producers . . . and/or underserved communities." *See* RFA at 2. In fact, in the evaluation criteria, AMS looked at whether, "[i]n particular, the partnership includes historically underserved entities such as underserved, beginning, and/or limited resource entities." *Id.* at 24. So we were very surprised to see the list of possible reasons why our grant was terminated.

16. After receiving the termination letter, we tried to get in contact with USDA to get more information, but we were not able to get anywhere by calling. The letter was signed by an administrator we had not interacted or worked with before. On May 5, 2025, my colleague was finally able to exchange emails with Angela Davis, an RFSP grants management specialist, who eventually communicated that she could not talk to us or take any meetings.

17. On May 21, 2025, our legal counsel submitted an appeal of the notice of termination to USDA, Ex. D (Appeal Letter), following the instructions in the termination letter, which stated we could "submit a written request explaining why the termination should be reconsidered" within 30 calendar days of the notice. *See* Ex. C, at 2. The letter further noted that a final decision would be "communicated within 15 business days of receipt." *Id.* As of June 26, 2025, we have not received communication from USDA in response to our appeal.

18. As a result of the grant termination, IATP has $29,560 in grant funding reimbursements that have not been processed for the period of October 2024 to March 2025. We spent a lot of our matching funds early ($31,115 out of $40,000) and were planning to use the grant funds for the remainder of the project. To date, we have spent about $57,000 of the $111,694 in total grant federal funds, but we have only received reimbursement for just under half of that. We still have $7,500 in outstanding promised payments to our partner organizations, and so we need to find other sources of funding to fulfill this contractual obligation.

19. The grant termination has significantly damaged our work and efforts for the MinneAg Network. With the grant award, we were able to build a lot of momentum on the work we were doing for the Network, but now we have been in a state of uncertainty for the past several months, which in turn has slowed and reduced the services the Network was providing to farmers. We were also getting ready to publish the culmination of our work, a set of resources to act as a primer on the fundamentals of Minnesota agricultural policy and decision-making processes, but as a result of the termination, we are now behind on our publishing timeline and have lost our funding for translation services. Overall, there is a lot of uncertainty around the future viability of the MinneAg Network, as it will not be able to continue without alternative sources of funding, which IATP does not currently have.

20. IATP has spent significant staff time trying to figure out how to respond to the grant termination. We have spent hours speaking with legal counsel and looking for alternative sources of funding - time that could have been spent working on the grant project. If IATP continues our work on the grant program, it will have to be at our own expense. As it is, IATP already has been forced to use money from our general operations fund, which has an opportunity cost.

21. Because we were awarded the two-year RFSP grant for the MinneAg Network, we had forgone applying for other grants. Now that the grant is terminated and we no longer have access to the promised funding, we will have to spend many hours preparing new proposals, and securing funding is not guaranteed. IATP is also reluctant to apply for other federal grants in the future given this experience.

22. If IATP does not receive the money that USDA promised for the RFSP grant, I am concerned that we will have to continue to delay our work, ultimately hurting the members of the MinneAg Network we are trying to help. We may also have to shave off parts of the project we planned to complete.

23. If the grant program is restarted and we are guaranteed the remainder of our funding, we will be able to meet or even exceed the deliverables in the grant for the benefit of the MinneAg Network and its members. We will be able to fulfill our payment obligations to our three partner organizations. We would also publicize and translate the set of fundamental Minnesota agricultural policy resources we have been working on since the beginning of the project.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Date: June 26, 2025

Erin McKee VanSlooten

# Exhibit A

**USDA** United States Department of Agriculture

Agricultural Marketing Service

**Notice of Award**

Award# 23RFSPMN1076-00
FAIN# 23RFSPMN1076
Federal Award Date: 10/30/2023

## Recipient Information

**1. Recipient Name**
INSTITUTE FOR AGRICULTURE & TRADE POLICY
1700 2nd St NE # 200
Minneapolis, MN 55413-1139

**2. Congressional District of Recipient**
05

**3. Payment System Identifier (ID)**
█████████

**4. Employer Identification Number (EIN)**
█████████

**5. Data Universal Numbering System (DUNS)**
859389124

**6. Recipient's Unique Entity Identifier (UEI)**
WLF4QJH4ECA8

**7. Project Director or Principal Investigator**
Ms. Erin  McKee
Program Director
emckee@iatp.org
612-743-2561

**8. Authorized Official**
Claudia  Aurand
caurand@iatp.org
612-280-5945

### Federal Agency Information

Agricultural Marketing Service (USDA-AMS)

**9. Awarding Agency Contact Information**
Angela L. Davis
Grants Management Specialist
angela.davis@usda.gov
404-670-2900

**10. Program Official Contact Information**
Angela L. Davis
Grants Management Specialist
angela.davis@usda.gov
404-670-2900

## Federal Award Information

**11. Award Number**
23RFSPMN1076-00

**12. Unique Federal Award Identification Number (FAIN)**
23RFSPMN1076

**13. Statutory Authority**
RFSP-Sec. 210A of the Agricultural Marketing Act of 1946 as added by sec. 10102 of the Agriculture Improvement Act of 2018 (Pub. L. No. 115-334) (7 U.S.C. § 1627c)

**14. Federal Award Project Title**
MinneAg Network - Community Storytelling to Educate and Advocate: Growing Minnesota Farm and Food Democracy

**15. Assistance Listing Number**
10.177

**16. Assistance Listing Program Title**
Regional Food System Partnerships

**17. Award Action Type**
New

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 09/30/2023 **- End Date** 09/29/2025 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $111,694.00 |
| 20a. Direct Cost Amount | | $101,903.65 |
| 20b. Indirect Cost Amount | | $9,790.35 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $0.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | | $40,000.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | | $151,694.00 |
| **26.** Period of Performance Start Date 09/30/2023 **- End Date** 09/29/2025 | | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | | $151,694.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Patrick A. Kelley
Lead Grants Management Specialist

## 30. Remarks

**USDA** United States Department of Agriculture

Agricultural Marketing Service

Notice of Award

Award# 23RFSPMN1076-00
FAIN# 23RFSPMN1076
Federal Award Date: 10/30/2023

## Recipient Information

**Recipient Name**

INSTITUTE FOR AGRICULTURE & TRADE
POLICY
1700 2nd St NE # 200
Minneapolis, MN 55413-1139

**Congressional District of Recipient**
05

**Payment Account Number and Type**
██████

**Employer Identification Number (EIN)**
██████

**Data Universal Numbering System (DUNS)**
859389124

**Recipient's Unique Entity Identifier (UEI)**
WLF4QJH4ECA8

---

**31. Assistance Type**
Project Grant

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | | |
|---|---|---:|
| a. | **Salaries and Wages** | $36,934.00 |
| b. | **Fringe Benefits** | $9,233.65 |
| c. | **Total Personnel Costs** | $46,167.65 |
| d. | Equipment | $0.00 |
| e. | Supplies | $800.00 |
| f. | Travel | $3,600.00 |
| g. | Construction | $0.00 |
| h. | Other | $5,336.00 |
| i. | Contractual | $46,000.00 |
| j. | **TOTAL DIRECT COSTS** | $101,903.65 |
| k. | **INDIRECT COSTS** | $9,790.35 |
| l. | **TOTAL APPROVED BUDGET** | $111,694.00 |
| m. | **Federal Share** | $111,694.00 |
| n. | **Non-Federal Share** | $40,000.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|
| AM002500NB23XXAMTMDC1100AM0343B000000000AMGRTM05MN411012X2500AM00 | 23RFSPMN1076 | TM | 4110 | $111,694.00 | 12X2500 |

**USDA** **United States Department of Agriculture**

Agricultural Marketing Service

Notice of Award

Award#  23RFSPMN1076-00
FAIN#  23RFSPMN1076
Federal Award Date:  10/30/2023

| 35. Terms And Conditions |
|---|

Performance Progress Report Cycle

| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
|---|---|---|---|
| 09/30/2023 | 09/30/2023 | Annual | 12/29/2023 |
| 10/01/2023 | 09/30/2024 | Annual | 12/29/2024 |
| 10/01/2024 | 09/29/2025 | Final | 01/27/2026 |

# AWARD ATTACHMENTS

INSTITUTE FOR AGRICULTURE & TRADE POLICY                    23RFSPMN1076-00

1. Terms and Conditions

NOA Terms and Condition - RFSP

**Copy and paste this information into the Terms and Conditions text box of the NOA in GMM**

**AWARD CONDITIONS**

The Agricultural Marketing Service (AMS) hereby awards a grant in support of the above referenced program.

This Award is pursuant to CFDA # 10.177, Regional Food System Partnerships Program and is subject to:

1. Your organization's application package, including the SF-424, Application/Project Narrative, Budget Summary/Narrative, other supporting letters and documents.

2. Agricultural Marketing Service Grants Division General Award Terms and Conditions available at https://www.ams.usda.gov/services/grants/rfsp/administer.

Acceptance of this award requires an authorized [Grant recipient awarded] representative to sign and date the Notice of Award (NOA) and submit to AMS via the grants management electronic system. You may also submit a signed copy of the NOA via email to IPPGrants@usda.gov.  If you have any questions about this NOA, please contact the Federal Agency Project Manager listed on the attached Grant Agreement.

**Statement of Work:**

This agreement shall be carried out by the organizational units or officials of the Federal Agency and the Recipient in the manner and subject to the conditions provided in the Agricultural Marketing Service Grants Division General Award Terms and Conditions attached hereto and made a part of this agreement.

**PROVISIONS:**

This Agreement incorporates the following: 1. Approved application and budget including any mutually agreed upon budget revisions and other changes and amendments thereto. 2. Agricultural Marketing Service Grants Division General Award Terms and Conditions available at https://www.ams.usda.gov/services/grants/rfsp/administer. 3. 2 CFR Part 200 and 2 CFR Part 400. 4. 2 CFR §200.216 and 2 CFR §200.340.

**Paperwork Burden Statement:**

According to the Paperwork Reduction Act, as amended, no persons are required to respond to a collection of information unless it displays a valid OMB Control Number. The valid OMB control number for this information collection is 0581-0240. Public reporting burden for this collection of information is estimated to average 2 hours per response, including time for reviewing instructions, searching existing data sources, gathering, and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Management and Budget, Paperwork Reduction Project 0581-0240, Washington, DC 20503.

**Civil Rights:**

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident. Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at http://www.ascr.usda.gov/complaint_filing_cust.html  and at any USDA office or write a letter addressed to USDA and provide in the letter all the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by 1) mail: U.S. Department of Agriculture Office of the Assistant Secretary for Civil Rights 1400 Independence Avenue, SW Washington, D.C. 20250-9410. 2) fax: (202) 690-7442; or 3) email: program.intake@usda.gov. USDA is an equal opportunity provider, employer, and lender.

NOA Terms and Condition - RFSP

**Public Announcement Embargo**

AMS Grants Division requests that awardees refrain from doing any form of publicity on their award recommendation until the Secretary's office has had a chance do a press release first or until your office receives official notification of this award from our awards management system. Failure to adhere to this request may put your award recommendation at risk and may make it subject to withdrawal.

# Exhibit B

OMB No. 0581-0240

 **United States Department of Agriculture**

# PROJECT NARRATIVE FORM AND INSTRUCTIONS

## REGIONAL FOOD SYSTEM PARTNERSHIPS PROGRAM

*Thoroughly review the Regional Food System Partnerships Request for Applications (RFA) before completing this form. Upon completion, save this form as a PDF and attach it to the application package within Grants.gov using the "Project Narrative Attachment Form" on the application package.*

1. **Applicant Organization -** *Must match box 8 of the SF-424.*

Name: Institute for Agriculture and Trade Policy
Email: info@iatp.org
Phone: 612-870-0453
Fax:
Mailing Address:  1700 Second Street NE, #200;  Minneapolis, MN 55413

2. **Authorized Organization Representative (AOR) -** *Must match box 21 of the SF-424.*

Name:  Claudia Aurand
Email:  caurand@iatp.org
Phone:  612-280-5945
Fax:
Mailing Address: ☒ Check if same as #1

3. **Project Coordinator or Director -** *This person should be a different individual than the AOR.*

Name:  Erin McKee; Program Director, Community Food Systems
Email: emckee@iatp.org
Phone: 612-743-2561
Fax:
Mailing Address: ☒ Check if same as #1

**Partnership Entity Types -** *If your organization is a State Agency Regional Farmers Market Authority, you must provide the regulatory statute(s) that identify your agency as that entity type.*

*Eligible Entity(ies)*

☐ Agricultural Business or Cooperative
☐ Community Supported Agriculture (CSA) Network or Association
☐ Economic Development Corporation
☐ Food Council
☐ Local Government

☐ Majority-Controlled  Producer-Based Business Venture

☒ Nonprofit Corporation
☐ Producer Network or Association
☐ Public Benefit Corporation
☐ Regional Farmers Market Authority
☐ State Agency Regional Farmers Market Authority (Indicate Regulation Below):

_____

☐ Tribal Government

1

OMB No. 0581-0240

*Eligible Partner(s)*

☐ Commercial, Federal or Farm Credit System Lending Institution
☐ Institution of Higher Education
☐ State Agency or Regional Authority

☐ Philanthropic Corporation
☐ Private Corporation
☐ Other (Specify Below):

_____

4.  **Project Activities-** *Identify all the activity categories that fit your project.*

☐ Aggregation
☐ Agritourism
☐ Farm to Institution
☒ Partner Recruitment and Retention
☐ Food Safety
☐ Grant Writing
☐ Infrastructure Improvement
☒ Marketing and Promotion
☐ On-Farm Food Waste

☐ Processing
☐ Production Diversification /Expansion
☒ Resource Development
☒ Strategic Planning
☐ Season Extension
☒ Training and Education
☐ Transportation and Distribution
☒ Value Chain Coordination
☐ Other (specify below):

_____

5.  **Project Title -** *Must match box 15 of the SF-424.*
    **Community Storytelling to Educate and Inform: Growing Minnesota Farm and Food Democracy**

6.  **Grant Project Type -** *Described in Section 1.3 of the RFA*

    ☒ Planning and Design      ☐ Implementation and Expansion      ☐ Farm to Institution

7.  **Requested RFSP Funds -** *Insert the total amount of Federal funds requested. This must match the amount requested on Line 18a of the SF-424.*

8.  ~~$115,693.85~~ **$111,693.85** Matching Funds – *Enter the cash, in-kind, and total match contribution included with the application. Partnership must provide a minimum 25% cash match of the Federal portion of the grant. The total amount must match the amount on Line 18b of the SF-424. See Section 4.1 of the RFA for more information*

    Cash $40,000.00
    In-Kind $0
    Total Match $40,000.00

9.  **Does the proposal address any of the Priority Considerations as described in Section 1.3.6 of the RFA?** *If Yes, please select the applicable priorities and provide a reasonable justification within this narrative to verify your response. For example, if you are applying to work in communities with significant opportunities for high impact investment, please briefly explain the community needs, including socioeconomic factors, limited resources, etc.*

    Yes ☒      No ☐

2

OMB No. 0581-0240

☒ Leverage significant non-Federal financial and technical resources and coordinate with other local, State, Tribal, or national efforts

☒ Covers an area that includes communities with areas of concentrated poverty that provide significant opportunities for high impact investment

☒ Have a diverse set of relevant project partners

## EXECUTIVE SUMMARY

*In 250 words or less, briefly describe the operational model of the partnership, and the project's intended goal(s) with a description of how the goal(s) will be completed during the project period. This summary will be made available to the public.*

The Institute for Agriculture and Trade Policy (IATP) seeks support to convene diverse farm and food systems stakeholders from across Minnesota in the MinneAg Network. The goal of MinneAg is to build relationships, coordinate a community input process to define the strategic priorities, collaborate with partners to develop needed civic engagement resources, and support communications capacity building to boost community storytelling.  MinneAg Network aims to lift up community members and highlight their solutions to nurture vibrant food systems that provide access to sufficient, safe, culturally appropriate and nutritious food while developing local supply chains that allow small to mid-scale farmers access to markets.

State policy and decision-making spaces for food and agriculture create structural barriers to engagement, resulting in a systemic lack of equity, empowerment and inclusion in decisions that affect everyone. Policy advocacy to redress this inequity is a luxury for small organizations, whose work is focused on urgent and practical needs, such as land & market access and food security & nutrition. This project will strengthen relationships across organizations and deepen stakeholders' understanding of civic engagement. Easy to understand, multilingual, actionable resources can support a wider group of individuals in civic engagement and offer representation for emerging and small and mid-size farmers in Minnesota's decision-making spaces.

This funding would build on MinneAg's initial success, providing key communications support to highlight successes, provide educational resources and engagement opportunities, and work toward a food system that is more equitable and better reflects the needs of all of Minnesota's communities.

## ALIGNMENT AND INTENT

*Describe the specific issues that the project will address in relation to the statutory language of the program (7 U.S.C. 1627c). Include data and/or estimates that describe the extent of the issue and justify the project's objectives and approach. Address the following points in this section:*

According to the 2017 USDA Census of Agriculture, Minnesota has 111,760 farmers on 68,000 farms. Of these, only 1,587 farmers identify as BIPOC (Black, Indigenous, or people of color); 11,520 are young farmers; 11,254 are veteran farmers; and just over 40,000 are women. The average age of a farmer in Minnesota continues to rise, and not enough young people are ready to take their place. There is concern across the state that up to 50% of farmland could change hands in the next 10 years, and there is not a clear strategy to address this issue. Current markets lack appropriate infrastructure and market channels for small to midsize farms to offer unique, highly differentiated products and operate within ecologically minded ethics and production systems. Without intervention, market forces will continue to push toward farmland consolidation and fewer farms on more acres.

OMB No. 0581-0240

Minnesota's agricultural landscape includes a vibrant mix of farms and agribusinesses that sell to local and regional markets, generating an estimated $184 million in economic activity each year. However, these channels need coordination, infrastructure, and investment in order to support the growth of small and midsize agriculture in Minnesota. According to the 2017 Census of Agriculture, there were about 3,500 farms that sell directly to consumers, with around 630 selling directly to retail outlets like grocery stores, restaurants, schools, and other institutions. Some of these larger-scale buyers may buy directly from farmers, while others use wholesalers, food hubs, and distributors. The same 2017 Census noted a growth in small farms, but a 3% decrease in midsize farms. This downward trend in the number of midsize farms and farmers threatens the future of regional markets, as well as rural communities whose economies and access to food are intertwined with farm viability.

For individual farmers and stakeholders, the larger systems context can feel abstract, yet the impact on their ability to succeed is undeniable. Understanding policy processes and rules requires significant time and resources, and organizations that do engage in policy are often hyper-focused on issues that affect them most directly. Individually, they lack bandwidth to formulate and advocate for a bigger-picture holistic vision for systemic change, and there is a steep learning curve to get oriented on how decisions are made and where stakeholders can engage to influence these processes. In Minnesota, IATP's advocacy has successfully supported the creation of a new state Farm to School grant program that prioritizes emerging farmers, including BIPOC, American Indian or Alaskan Native and immigrant farmers, women, veterans, persons with disabilities, LGBTQIA, young or starting farmers and small to mid-size farmers. Working on this initiative strengthened our ties to a community of Minnesota stakeholders united by a shared vision of community-based farm and food systems. We came together in 2021 to launch the MinneAg Network to ensure that the voices and experience of community members most impacted by Minnesota's farm and food systems are included in decision making. MinneAg was created specifically to give small and emerging farmers a collective space to understand policies and to provide support to meet their needs through a transparent network model.

- **List the objectives for this project, relating them directly to the issues mentioned above. Add objectives as needed:**

MinneAg has accomplished much in a short time, but our support has largely taken place in meetings or timely updates that stakeholders had to attend to benefit from them. This funding would allow us to link our strategic priorities to a thoughtful communications strategy that will capture the civic engagement information we have been sharing in durable resources that can be shared broadly, thereby amplifying our impact.  MinneAg has jointly developed three core strategies to empower our members. Each of these strategies will benefit greatly from an integrated communications strategy:

Objective 1: Network Development: MinneAg offers a structure that supports connection and learning from each other's work, building on the lessons highlighted during the pandemic regarding the importance of strong networks built on authentic relationships. To support inclusion of the broad perspectives that make up Minnesota's farm and food system, we will cultivate deeper relationships with existing MinneAg Network members and reach out to invite new partners to engage, especially focusing on continuing to reduce barriers to participation for BIPOC, immigrant and emerging farmer members who face additional systemic barriers to engaging in decision making spaces. To increase Network cohesion, we will hire a designer to develop a consistent brand and logo for MinneAg Network for use on our website (https://www.minneag.org/)  and the materials/templates/collateral we will create in this workplan. Funding will also support hiring a web designer to update our website to highlight the newly created materials and information we develop with partners, and translation of

4

OMB No. 0581-0240

created civic engagement and outreach materials into Spanish, Hmong and Somali to better reach our diverse farming community. We will also create partner spotlight case studies to lift up community priorities through storytelling.

Objective 2: Capacity Building:    To meet our goal of increasing access to decision making processes for partners, we will facilitate a partner input process using surveys and a series of virtual agenda setting meetings to identify strengths, gaps in knowledge and opportunities to develop supportive resources and will design the structure of a '*Minnesota Farm and Food Systems Civic Engagement 101*' set of resources. We will then develop these materials with input from our partnering organizations.  Examples of the types of materials we anticipate developing include: a "Schoolhouse Rocks"-style Minnesota Farm and Food Systems Civic Engagement orientation resource covering how an agriculture-related bill becomes a law, templates for writing letters to the editor and letters of support, 'How to Testify' instructions and tips for success, more robust sections on our website to track bills and community events, an infographic overview of the MN agriculture budget and what it supports, and/or an ecosystem map visualizing the main organizations and networks engaging in the MN Farm and Food Systems space and their interconnection.  We would also host biweekly virtual network update meetings throughout the legislative session, inviting expert guest speakers, and track bills that fall under MinneAg priority areas. We will also host meetings with state decision makers, facilitate meetings of subgroups with specific interests, plan and host webinars, and share resources and information on our dedicated website as relevant. Funding would support capturing critical orientation information shared in our meetings through the creation of durable resources.

Objective 3: Issue-specific Information and Education: Democracy requires participation and accountability. Our ambition is for MinneAg to become a trusted voice and resource for advocates and decision makers looking to direct public investments in agriculture to reflect community needs. We will craft our partner input process to reconfirm (and update/adjust as needed) the four MinneAg pillar priority areas heading into our third year and will co-create handouts outlining each priority.  To complement the general basic resources, we will also gather partner input on specific farm and food system issues that could benefit from dedicated issue briefs outlining context and community members' solutions to challenges. These materials will be co-developed with Network member experts, incorporating their real-world experience with official data from MDA and the MN statewide cooperative partnership. We would also create an issue brief template that members can access going forward.

- **Describe the partnership's goals, why they are significant and how they improve marketing opportunities in the local or regional food system.**

The MinneAg Network is primed to provide a collaborative and inclusive framework, and our community members are motivated and mobilized to connect with each other. This funding would strengthen MinneAg's existing relationships while inviting new partners to the table. It would exponentially increase our communications capacity, helping us build community power, boost community storytelling, reach more partners and shift the public narrative to lift up community members and highlight their transformative farm and food systems solutions. We will work to ensure the MinneAg community and highlighted stories represent the breadth of our food and farming community, and the translation of materials into Hmong, Spanish and Somali will be a key support to this effort.

Connecting relevant stakeholders with each other and providing the information they need to engage will empower partners to have their voices included in decision making conversations. Their

OMB No. 0581-0240

participation will increase their awareness of market opportunities and supports that already exist and their informed recommendations will directly improve farmer access to infrastructure and capital investment, which will in turn grow the capacity for emerging farmers to meet the growing Minnesotan consumer demand for locally grown food. Ultimately, identifying and increasing access to tools that support farmers in market development at the state level will improve outcomes for competitive markets, farmers, and consumers.

## Description of the Partnership

### Scope

*Describe the region covered by this partnership (geographic, economic, etc.), and why it is the most appropriate place to carry out partnership activities. Include information about how the partnership adds value to the local or regional food system, as opposed to each entity acting independently.*

This project is a statewide partnership between farmers and a broad range of organizations that are offering services to small to mid-size and emerging farmers. Our scope is necessarily statewide, as that is where many decisions and structures that create our farm and food system are set.

The Core Project Team is made up of the Institute for Agriculture and Trade Policy (IATP), Land Stewardship Project (LSP), MN350 and Minnesota Farmers Union (MFU). These organizations have a history of collaboration and partnership, and a range of complementary expertise spanning policy, rural development, and market development. IATP has been a recipient of USDA grants in the past, including a current MDA Specialty Crop Block Grant for a separate project.

MinneAg membership includes regional economic development organizations, BIPOC and immigrant farmer networks, producer networks, State government, non-profits, regional farmers' market associations, and philanthropic organizations. Importantly, we are targeting this partnership at organizations rather than individuals, as Minnesota has a number of member-based farm organizations - including LSP and MFU - that fill the need for peer-to-peer network building and farmer-member based organizing, thereby connecting our work to a wide network of stakeholders. The MinneAg Network project focuses on building strength among and between organizations serving emerging farmers and community-based farm and food systems.

In 2020, the MN Department of Agriculture (MDA) published a landmark legislative report investigating barriers and opportunities identified through a series of listening sessions with emerging farmers. The MN legislative session created an "Emerging Farmers Working Group" to advise the commissioner and legislature regarding the development and implementation of programs and initiatives that support emerging farmers in this state. The MDA was also the recipient of a USDA Federal-State Market Improvement Program entitled "Statewide Cooperative Partnership for Local and Regional Markets" which has enhanced the data collection and support for local and regional markets within MDA. This initiative, being led by a position created in 2019, will mutually reinforce this partnership by providing institutional structures for data collection and programmatic needs.

MinneAg seeks to add a unifying context, language, and strategy that each individual partner organization can use for collaboration to build services for farmers, raise capital investment, advocate locally for farms, and build strategies for market development. Community members have long recognized the need for coordination, but any momentum has been difficult to maintain without structural and dedicated support to prioritize the effort. This planning grant will catalyze the dozens of informal conversations, often held in hallways after meetings or on quick calls after video meetings, with

OMB No. 0581-0240

people from a variety of different organizations and farms. Pulling this information together in tangible, easy to use resources will support further engagement in the network and support more extensive civic engagement to support a food system that reflects and benefits emerging, small and midsize farmers.

## Producer or Food Business Benefits

*Describe the intended benefits (direct and indirect) for producers or food businesses resulting from partnership activities. How will they be impacted, and how will beneficiaries also be engaged in the partnership as service providers? (NOT required if the application is solely for a planning or feasibility project)*

# TECHNICAL MERIT

## Partnership Preparation

*Describe any prior activities the partnership has engaged in, any current or future activities the partnership plans to engage in, and how the proposed project fits into those plans.*

For decades, Minnesota's agriculture community has laid a foundation for statewide food systems engagement and planning. Our organizational networks are both tight-knit and decentralized;  each network has its own strengths and hyperlocal needs. These features exemplify the strength of Minnesota farmers and the challenge of organizing around a shared vision for investment — from policy to market development. The informal relationships between individuals, networks and organizations will benefit from facilitated collaboration based on the specific visioning of investment in rural infrastructure, policy change, and collective strategies.

Efforts to convene and collaborate across groups have long been in the making. In 2013, the Minnesota Food Charter began a nine-month stakeholder engagement process to gather community feedback on how to improve Minnesota's food system, elevating the concept of a statewide food and ag policy discussion, but the momentum to take action on the identified goals waned after the final publication of the Charter due to lack of dedicated capacity and funding. The MinneAg Network builds on the foundation of the MN Food Charter Network and connects to substantial strategic coordination of stakeholders focused on increasing food access and fighting hunger in the Partners to End Hunger Coalition, and the MN Food Justice Network while building capacity of agriculture and farm-focused stakeholders to enhance a parallel coalition. Integrated connection and collaboration of this broad spectrum of stakeholders can identify and strengthen opportunities with the understanding of the entire food and farm system.

An evolving State Department of Agriculture

We plan to leverage data from MDA's Cooperative Partnership for Local and Regional Markets to inform our materials by identifying how the MDA's promotion and regulation programming can best serve the needs of Minnesota's producers that sell in local and regional markets.  The MDA Emerging Farmers' Working Group mentioned above was created after six listening sessions around the state to identify barriers to emerging farmers, and MDA is currently working to make this Group permanent and expand staffing of their Emerging Farmer Office. The interest and momentum to support the needs of emerging farmers in Minnesota is at an all-time high, and our project aims to ensure that stakeholders from the community are kept informed of MDA's unfolding opportunities and processes, while providing an avenue for community oversight and civic engagement to hold MDA accountable to impacted community members.

OMB No. 0581-0240

Minnesota has a wide range of farmer and food system organizations, ranging from decades old organizations like Sustainable Farming Association to the brand new Somali American Farmers Association. These organizations represent their own communities' needs in establishing new farm enterprises, developing midsized farms and markets, and engaging in peer-to-peer networks and technical assistance.

MinneAg has been able to convene a variety of groups to collaborate, share key priorities, and brainstorm ways to support efforts. This funding opportunity would allow us to build out the infrastructure of MinneAg, and create tangible, durable resources through a collaborative process with network members to highlight successes, build understanding, and create resources that members can adapt for their own policy advocacy.

MinneAg Successes (as of April 2023) include:

- Robust data collection on pressing issues farming communities face through stakeholder workbook and surveys (30+ responses from statewide organizations).

- Identification of four pillar priority areas, with multiple strategies within each.

- Initial Website ([www.MinneAg.org](www.MinneAg.org)) launched.

- Biweekly update meetings during Minnesota legislative sessions, with recent presenters including Lauren Wustenberg, counsel in the Office of Chairwoman Debbie Stabenow (D-MI) on the Majority Staff of the U.S. Senate Committee on Agriculture, Nutrition, & Forestry; MN House Agriculture Committee Vice Chair Rep. Kristi Pursell; and MN Department of Agriculture Deputy Commissioner Andrea Vaubel.

- Focused meetings to coordinate stakeholders, including state agriculture budget recommendations to the MN Department of Agriculture and Farm Bill orientation.

- Coordination of stakeholder meetings with key leaders in MN Legislature and State agencies to discuss the priorities of the Network.

- Supporting partners to engage on legislative bills aligning with their priorities: Facilitated a record 45 letters of support from MinneAg members and a joint sign-on letter signed by 47 organizations.

- 200+ contacts on the active MinneAg Network listserv, used to highlight timely updates, share information and priorities.

- In-person capacity building session in September 2022 to prepare for 2023 legislative session, including a panel with the Chair of the MN House Agriculture Committee Rep. Samantha Vang, staff from the Revisors Office and a legislative assistant.

- Hosted Farm Bill webinar in early 2023 with the Partners to End Hunger advocacy group, the Land Stewardship Project and the MN Food Justice Network, followed by coordination to cohost stakeholder listening sessions with legislators on the federal Agriculture Committee.

OMB No. 0581-0240

## Work Plan

*Describe the activities planned in order to achieve each Objective listed in the Alignment and Intent section above. Include the information requested below for each planned activity.*

Our workplan will focus on Network relationship building, gathering community input on what civic engagement materials would be most helpful for partners, and supporting communications capacity building and organizing to boost community storytelling for the MinneAg Network.

- To support inclusion of the broad perspectives that make up Minnesota's farm and food system, we will cultivate deeper relationships with existing MinneAg Network members and reach out to invite new members to engage, especially focusing on continuing to reduce barriers to participation for BIPOC, immigrant and emerging farmer members who face additional systemic barriers to engaging in decision making spaces. (Objective 1)

- To increase Network cohesion, we will hire a designer to develop a consistent brand and network logo for MinneAg Network to use for our website and the materials/templates/collateral we will create in this workplan. Funding will also support hiring a web designer to update our website to highlight the newly created materials and information we develop with partners, and translation of created civic engagement and outreach materials into Spanish, Hmong and Somali to better reach our diverse farming community. (Objective 1)

- We will facilitate a partner/member input process using surveys and a series of virtual agenda-setting meetings to re-confirm (and update/adjust as needed) the four MinneAg pillar priority areas heading into our third year and will co-create handouts outlining each priority. (Objective 3)

- To meet our goal of increasing access to decision making processes for partners/members, we will craft our input process to identify strengths, gaps in knowledge and opportunities to develop supportive resources and will design the structure of a *Minnesota Farm and Food Systems Civic Engagement 101* set of resources. We will then develop these materials with input from our member organizations.  Examples of the types of materials we anticipate developing include: a "Schoolhouse Rocks"-style Minnesota Farm and Food Systems Civic Engagement orientation resource covering how an agriculture-related bill becomes a law, templates for writing letters to the editor and letters of support, 'How to Testify' instructions and tips for success, an infographic overview of the MN agriculture budget and what it supports, and/or an ecosystem map visualizing the main organizations and networks engaging in the MN Farm and Food Systems space and their interconnection. (Objective 2)

- To complement the general 101 resources, we will also gather partner/member input on specific farm and food system issues that could benefit from dedicated issue briefs outlining context and community members' solutions to challenges. These materials will be co-developed with Network member experts, incorporating their real-world experience with official data from MDA and the MN statewide cooperative partnership. We will also create member spotlights and community priorities through storytelling. Our goal is to shift the public narrative to lift up community members and highlight their solutions to nurture vibrant food systems that provide access to sufficient, safe, culturally appropriate and nutritious food while also developing local supply chains that allow small to mid-scale farmers access to markets. We will also create a issue brief template that members can adapt going forward.   (Objective 3)

OMB No. 0581-0240

| Objective *Include the objective this activity will be tied to* | List and describe each planned activity *Include the scope of work and how it relates to the project objectives* | Anticipated completion date | Required resources *For completion of each activity* | Milestones *For assessing progress and success of each activity* | Who will do the work? *Include collaborative arrangements or subcontractors* |
|---|---|---|---|---|---|
| Objective 1: Network Development | Initiate regular meetings and convene Core Project Team to guide work, ensure progress | Ongoing, October 2023-September 2025 | Zoom virtual meeting platform; Cloud Drive | Convene first meeting of Core Team; Establish project management tools including shared drives, listservs, project website etc. | Core Project Team; Erin oversees |
| Objective 1 | Schedule regular Network meetings (Monthly, biweekly in spring); Brainstorm, invite new members to join; share timely updates and resources | Ongoing, October 2023-September 2025 | Zoom virtual meeting platform; Cloud Drive; listserv; website | Convene first meeting of Network; invite guest speakers as relevant; meet with partner groups (eg MDA seeking input on budget recommendations) as relevant | Core Project Team; Erin oversees meetings; Mia member outreach; Ask MinneAg members and partners at Blue Cross for recommendations of members to reach out to; guest speakers / partner groups (eg MDA input sessions); Nora support |
| Objective 1 | graphic designer to develop brand & logo | October 2023-March 2024 | Hire Graphic Designer | Contract with Designer; brand & logo complete | Erin oversees; Graphic Designer; IATP comms team support |
| Objective 1 | Web Designer to refresh & update website | April 2024-August 2024; May 2025-September 2025 | Hire Web Designer | Contract with Web Designer; Website refresh complete; Website update with new materials | Erin oversees; Web Designer; IATP comms team support |

10

OMB No. 0581-0240

| Objective *Include the objective this activity will be tied to* | List and describe each planned activity *Include the scope of work and how it relates to the project objectives* | Anticipated completion date | Required resources *For completion of each activity* | Milestones *For assessing progress and success of each activity* | Who will do the work? *Include collaborative arrangements or subcontractors* |
|---|---|---|---|---|---|
| Objective 1 | Translate materials | March-September 2025 | Translators for Hmong, Spanish and Somali | Contracts with translators; translation complete | Erin oversees; Translators |
| Objective 2: Capacity Building | Develop MN Civic Engagement 101 materials | Iterative process, October 2023-September 2025. Some materials will be published sooner than others. | Zoom; online survey tool; newly designed logo and branding; possible ecosystem map network visualization tool. | Design feedback tools & input Process using surveys, series of virtual meetings; plan structure of resource set; initial drafts of materials; feedback from MinneAg members; finalization of materials; graphic design layout; publish; share publicly. | Core Project Team; IATP comms team (using newly created logo/branding); Laura co-creating materials; MinneAg members provide input; BCBS review for accuracy |
| Objective 3: Issue-specific Information and Education | Develop Issue-specific resources | Iterative process, October 2023-September 2025. Some materials will be published sooner than others. | Newly designed logo and branding; online survey tool; Zoom; Support to members who co-create issue-specific materials | Design feedback tools & input process using surveys, series of virtual meetings; plan what issues to cover; recruit partners to co-create for specific issues; draft; | Core Project Team; IATP comms team (using newly created logo/branding); Ariel and Mia co-creating materials; MinneAg partners providing input and co-creating materials; BCBS review for accuracy |
| Objective 1, 2, 3 | Disseminate new materials at | As materials are created, | Final materials as they are | Apply to share in formal workshops at MN Emerging | Core Project Team members as available; |

11

OMB No. 0581-0240

| Objective *Include the objective this activity will be tied to* | List and describe each planned activity *Include the scope of work and how it relates to the project objectives* | Anticipated completion date | Required resources *For completion of each activity* | Milestones *For assessing progress and success of each activity* | Who will do the work? *Include collaborative arrangements or subcontractors* |
|---|---|---|---|---|---|
| | conferences and at meetings | largely Q3 2024-September 2025 | published; relevant conferences and meetings; Printed materials to share in person; listserv; website | Farmers Conference and the Sustainable Farming Association Conference; Attend and present; share via listserv, on website, through networks | request MinneAg members to support sharing with partners. |
| Objective 1, 2, 3 | Attend AMS grants management meeting | Date to be decided by USDA | Flight and Hotel, per diem | Book tickets and hotel; attend | Erin McKee |

Has the partnership received previous funding, Federal or non-Federal, to support partnership activities or projects?

Yes ☒    No ☐

If yes, how will RFSP funds contribute to the overall partnership, if received?
MinneAg Network has received only minimal funding from an individual donor to date and the RFSP grant would be the first dedicated funds towards MinneAg Network development.

Has this project been submitted to another Federal grant program, including AMS grant programs?

Yes ☐    No ☒

*If yes to either question, provide the information below. Provide the AMS agreement number for any AMS grants received in the past 5 years. Add additional rows as needed.*

| Year | Funding source Program Name, Type of Award (if applicable) and/or AMS Grant Agreement # (if applicable) | Description |
|---|---|---|
| 2022 | Individual Donor | Donation from individual donor to support MinneAg |
| | | |

*If the applicant received previous Federal funding to support partnership activities or projects, describe how the proposed project, if funded, would not duplicate that work. Include lessons learned, what can be improved, and how these lessons and improvements will be incorporated into this project.*

OMB No. 0581-0240

## Community Engagement

*Describe the community engagement process that the partnership uses to ensure inclusivity, including non-traditional entities such as housing authorities, transportation providers, etc. Include any partners that may have limited resources and describe the value that such partners bring to the partnership.*

*Identify any challenges to partner recruitment or engagement and describe possible strategies to address them.*

IATP's vision and practice of leadership is to develop programs and priorities in community with others, in a process that encourages adaptive change informed by the communities who are most affected by current policies, particularly those excluded or included unequally in the status quo. IATP is experienced as a convenor of diverse civil society organizations and communities. We use our experience and analyses to contribute to an understanding of complex problems and the development of solutions, while our partners provide the leadership guiding the direction of our work.

For MinneAg, accountability to the needs of community members is the way we accomplish our work. We supported a virtual survey and priority workbook process followed by a series of agenda-setting meetings to determine the Network's initial priority areas, as well as gather feedback on what support the community would find useful. We will build on that successful experience to design a similar community input process for this project. IATP offered stipends to community members to ensure broad participation. Our biweekly meetings are structured around timely updates from community members on each of these areas, supplemented by guests, who can build our capacity to engage.

MinneAg membership is diverse and growing from an incubator to train immigrant farmers, such as Big River Farms, to a rural food hub aggregating local farmers like Sprout Food Hub, to Hunger Solutions Minnesota, the leading state advocate on nutrition access, to climate focused MN350, and the Minnesota Farmers Market Association and more. Beyond the groups that have officially signed onto our platform, many more community members participate in our biweekly meetings and communicate through our listserv. In 2023, IATP will continue to work with MinneAg partners/members to expand the network to include more voices, with a special focus on continuing to reduce barriers to participation for BIPOC, immigrant and emerging farmers. We know there is a burden on these farmers to be in many spaces and have heard from BIPOC members who don't have capacity to engage in biweekly meetings but appreciate being able to stay connected through updates and action alerts. We are committed to continuing to adapt the network practices to ensure we provide value to these members. This project would also support the creation and translation of civic engagement and outreach materials and collateral into Spanish, Hmong and Somali to better reach our diverse farming community.

Though our focus is primarily on investing in the civic engagement and lifting up the needs and experience of emerging farmers, including BIPOC, immigrant, women, beginning and small-scale farmers, we agree with Paul Wellstone that "We all do better when we all do better," recognizing that all Minnesotans would benefit from a community-centered farm and food system.

*What specific types of technical assistance will the partnership provide using RFSP funds? (NOT required if the application is solely for a planning or feasibility project)*

## ACHIEVABILITY

## Outcomes and Indicators

*Complete all applicable project Outcomes and Indicators with baseline and/or estimated realistic target numbers.*

*Applicants should note that Outcomes/Indicators are designed to represent Local Agriculture Marketing Program (LAMP) priorities which include other USDA grant programs. If an indicator does not apply, check N/A (Not Applicable).*

OMB No. 0581-0240

*Applicants <u>must</u> choose at least one Outcome and Indicator(s) from 1-3 and are strongly encouraged to select Outcome 4.*

## Outcome 1: Encourage Collaborative Approaches to Strengthen the Capacity of a Regional Food System.

| Indicator | Description | Estimated number | N/A |
|---|---|---|---|
| **1.1** | **Number of partnerships and/or collaborations established through project activities. Of those, the number of:** | 30 | ☐ |
| 1.1.a | Formalized written agreements (i.e., MOU's, signed contracts, etc.). | 8 | ☐ |
| 1.1.b | Partnerships with underserved organizations. | 10 | ☐ |
| 1.1.c | Partnerships between producers and institutions. | | ☒ |
| 1.1.d | That reported: | | ☐ |
| | i. Higher profits | | ☒ |
| | ii. More efficient use of resources | 20 | ☐ |
| | iii. Increased access to institutional consumers | 10 | ☐ |
| | iv. Other mid-tier value chain enhancements (such as improved capacity to transport products to market) | 10 | ☐ |
| **1.2** | **Number of new/improved distribution systems developed. Of those, the number that:** | | ☒ |
| 1.2.a | Stemmed from new partnerships | | ☐ |
| 1.2.b | Stemmed from increased efficiency | | ☐ |
| 1.2.c | Stemmed from reduced costs | | ☐ |
| 1.2.d | Stemmed from expanded customer reach | | ☐ |
| 1.2.e | Stemmed from increased online presence | | ☐ |
| **1.3** | **Number of stakeholders that gained technical knowledge about resources within the regional food system** | 100 | ☐ |
| **1.4** | **Number of stakeholders that gained knowledge about more efficient and effective distribution systems** | | ☒ |
| **1.5** | **Number of stakeholders that adopted best practices or new technologies to improve distribution systems** | | ☒ |
| **1.6** | **Number of stakeholders trained on how to develop or maintain a direct-to-consumer enterprise** | | ☒ |
| **1.7** | **Amount of non-Federal financial, professional, and technical assistance resources secured because of project activities, measured in dollars** | | ☒ |

## Outcome 2: Develop New Market Opportunities for Regional Producers and Processors

*Please provide estimated target numbers.*

| Indicator | Description | Estimated number | N/A |
|---|---|---|---|
| **2.1** | **Number of partnerships and/or collaborations established between producers/processors and market access points. Of those, the number:** | | ☒ |
| 2.1.a | Formalized with written agreements (i.e., MOU's, signed contracts, etc.) | | ☒ |

OMB No. 0581-0240

| Indicator | Description | Estimated number | N/A |
|---|---|---|---|
| 2.1.b | With and/or between underserved organizations. | | ☒ |
| 2.1.c | That reported: | | ☒ |
| | i. Higher profits | | ☐ |
| | ii. Increased access to institutional consumers | | ☐ |
| | iii. Other mid-tier value chain enhancements (such as improved capacity to transport products to market) | | ☐ |
| **2.2** | **Number of producers/processors who increased production to meet increased demand** | | ☒ |
| **2.3** | **Number of market access points that gained knowledge about how to procure or access local foods. Of those, the number that were:** | | ☒ |
| 2.3.a | Farmers markets | | ☐ |
| 2.3.b | Roadside stands | | ☐ |
| 2.3.c | Agritourism | | ☐ |
| 2.3.d | Grocery stores | | |
| 2.3.e | Wholesale markets/buyers | | |
| 2.3.f | Restaurants | | |
| 2.3.g | Agricultural cooperatives | | |
| 2.3.h | Retailers | | |
| 2.3.i | Distributors | | |
| 2.3.j | Food hubs | | |
| 2.3.k | Shared-use kitchens | | |
| 2.3.l | School food programs | | |
| 2.3.m | Community-supported agriculture (CSAs) | | |
| 2.3.n | Other ___. | | |
| **2.4** | **Number of new strategies developed to improve local/regional food processing, distribution, aggregation, or storage** | | |
| 2.4.a | Number of stakeholders trained to use new strategies | | |
| **2.5** | **Number of market access points that reported increased or improved processing, distribution, storage, and/or aggregation of regionally produced agricultural products** | | |

Outcome 3: Improve the Infrastructure of a Regional Food System Through Development of Business and/or Strategic Plans and Feasibility Studies (Planning and Design Projects Only)

| Indicator | Description | Estimated number | N/A |
|---|---|---|---|
| **3.1** | **Number of supply chain analyses, market assessments, feasibility, or other relevant studies developed** | 1 | ☐ |
| **3.2** | **Number of supply chain analyses, market assessments, feasibility, or other relevant studies conducted** | 1 | ☐ |
| **3.3** | **Number of projects:** | | ☐ |
| 3.3.a | Deemed viable after conducting studies | | |
| 3.3.b | Deemed not viable after conducting studies | | |
| **3.4** | **Number of business development plans created** | | |

OMB No. 0581-0240

| Indicator | Description | Estimated number | N/A |
|---|---|---|---|
| **3.5** | **Number of strategic plans developed** | 1 | |
| **3.6** | **Amount of non-Federal financial, professional, and technical assistance resources secured because of the developed plan(s), measured in dollars** | | |

AMS is interested in developing Outcomes and Indicators for RFSP as the program continues to develop. As such, applicants are strongly encouraged to add at least one Outcome and Indicator(s) based on relevant partnership efforts not covered above. Creativity is highly recommended, particularly regarding any metrics measuring systemwide planning efforts, and reflecting coordination, learning, and responsiveness to regional realities.

Outcome 4 (OPTIONAL). Please enter the language of your project-specific outcome here ("To Increase…", "To Establish…", etc.):

*Project Specific Outcome Indicator(s): Add more rows as needed.*

| Indicator | Description | Estimated number |
|---|---|---|
| **4.1** | Total number of MinneAg Network member organizations officially signed on | 50 |

## Outcome Indicator Measurement Plan

*For each selected indicator above, describe how you derived the numbers, how and when you intend to evaluate your progress, and any potential challenges to achieving the estimated targets and action steps for addressing them. Add more rows as needed.*

| Outcome and indicator # *I.e., 3.i., 6.a., 6.b.* | How did you derive the estimated numbers? *I.e., documented background or baseline information, recent research and data, etc.* | How and when do you intend to evaluate? *I.e., surveys, 3rd party assessment* | Anticipated key factors predicted to contribute to and restrict outcome *Including action steps for addressing identified restricting factors* |
|---|---|---|---|
| 1.1 | Estimate of new organizations who will engage in MinneAg Network during project | Assess number of orgs signed on to MinneAg, attending meetings or signing up for listserv at the end of the project | Using a "snowball" effect to reach partners of already established members. |
| 1.1.a | Core Project Team partners; Graphic Designer, Web Designer, 3 Translators; | Number of signed contracts/MOUs by second year of project | Will seek recommendations from partners/members for Graphic & Web Designers and Translators |
| 1.1.b | Estimate of number of orgs working with Emerging Farmers who will engage in MinneAg | Assess number of orgs signed on to MinneAg, attending meetings or signing up for listserv at the end of the project | Using a "snowball" effect to reach partners of already established members. |

OMB No. 0581-0240

| Outcome and indicator # *I.e., 3.i., 6.a., 6.b.* | How did you derive the estimated numbers? *I.e., documented background or baseline information, recent research and data, etc.* | How and when do you intend to evaluate? *I.e., surveys, 3rd party assessment* | Anticipated key factors predicted to contribute to and restrict outcome *Including action steps for addressing identified restricting factors* |
|---|---|---|---|
| 1.1.d.ii; iii; iv | Estimate of members who will respond positively in survey | During input process survey in first year of project | Response rate to survey |
| 1.3 | Estimate of survey respondents or webinar attendees who respond positively | During input process survey in first year of project or Webinar / workshop in second year | Response rate to survey/poll |
| 3.1; 3.2 | Input process will include supply chain analyses/market assessments | During input process survey in first year of project | We control development and conduction of analysis |
| 3.5 | Input process will contribute to strategic priorities for MinneAg | During input process survey in first year of project | Response rate to survey/participation in meetings. |

## Dissemination of Project Results
*Describe how you plan to share the project's results (positive and negative) and with whom.*

The materials created with this project will be housed on the (newly refreshed) MinneAg.org website and available to access and download for free. The Core Project Team will share the materials widely through the MinneAg listserv and our own networks.

The project team will also plan to share the materials in formal workshop presentations and roundtable discussions at the MN Emerging Farmers Conference and the Sustainable Farming Association Conference as well as any additional opportunities that arise. We will print copies to share in these in-person settings.

The resources will be submitted to one or more statewide news outlets to raise their profile.

## Sustainability
*Describe how the partnerships and collaborations established through the project will be sustained beyond the project's period of performance.*

The relationships, partnerships, and strategic alignments formed during this intentional two-year planning grant will establish a strong foundation for future programs and initiatives, including collaborations, new organizations, and research areas. The materials created through this investment will have long-term benefits beyond the grant period. The Core Team will create a sustainability plan to guide the partnership's formal work going forward, including finding continuing sources of funding.

# EXPERTISE AND PARTNERS

## Key Staff (Applicant Personnel and External Partner/Collaborators)
*List key project partner staff that comprise the Project Team, their roles, and **provide a one- to two-page resume or summary of relevant experience and/or qualifications for each of the participants listed.** Longer resumes or summaries will be disregarded.*

17

OMB No. 0581-0240

*Applicant must include Letters of Commitment from Partner and Collaborator Organizations to support the information (see Section 5.2.6 in the RFA). Add more rows as needed.*

| Key staff<br>*Name and Title* | Role | Relevant experience/qualifications |
|---|---|---|
| Erin McKee | Lead-Coordinator MinneAg Network; Program Director Community Food Systems at IATP<br><br>Core Project Team: Project oversight and coordination, co-development of resources | https://www.linkedin.com/in/erin-mckee-vanslooten-836a757b/<br>Erin McKee VanSlooten joined IATP in 2010. Erin leads the Community Food Systems Program with the long-term goal of building vibrant food systems that give all people access to sufficient, safe, culturally appropriate and nutritious food while also developing local food supply chains that allow small- to mid-scale farmers access to new markets. She envisions decentralized, local food systems that are accountable to, and largely controlled by, the community members who depend on them, where food is produced and distributed in a manner that builds equity, justice, and resiliency in policy and practice. Her current projects focus on Farm to School and Farm to Early Care, and testing and promoting curricula and educational models that encourage food literacy as children make the connection between those locally grown foods and the farmers who produce them. She also works with a broad coalition of stakeholders to push forward state-level policy to support food systems that nourish the community throughout Minnesota. Erin especially enjoys working in solidarity with partners to strengthen community food systems both locally and nationally.<br>Erin holds a bachelor's degree in philosophy, English literature and Asian studies from St. Olaf College and is completing a Master program in Public Affairs from the Humphrey Institute for Public Affairs at the University of Minnesota. |
| Nora Shields - Cutler | Program Associate Community Food Systems at IATP<br><br>Project Coordination and Support | https://www.linkedin.com/in/nora-shields-cutler-mph-msw-1703b430/<br>Nora Shields-Cutler is the program associate for community food systems at the Institute for Agriculture and Trade Policy. Nora works to support Farm to Early Care, Farm to School and other community-based. Nora has worked in both nonprofit and government settings to |

OMB No. 0581-0240

| Key staff<br>*Name and Title* | Role | Relevant experience/qualifications |
|---|---|---|
| | | support community food systems, from local program implementation to state level support. Nora holds a bachelor's degree in Spanish from Grinnell College and Master Degrees in Social Work and Public Health from Washington University in St. Louis. |
| Cecelia Brackey | Media and Communications Manager at IATP<br><br>Project Copyediting and Comms Support | https://www.linkedin.com/in/cecelia-brackey/<br>Cecelia Brackey is IATP's media and communications manager. Cecelia oversees media relations and manages IATP's social media accounts and email communications. Prior to joining IATP, Cecelia worked at an integrated marketing communications agency in Chicago, specializing in communications and media relations for clients in a range of industries. She holds a B.A. in English and political science from the University of Notre Dame. |
| Lilly Richard | Digital Communications Manager at IATP<br><br>Project Template Development, Layout of Resource Materials | https://www.linkedin.com/in/lilly-richard-088a6416b/<br>Lilly Richard joined IATP in June 2022 as the digital communications manager. She coordinates with the communications team and across all program areas to share IATP's work on multiple digital platforms. Lilly holds a BA in Women's Studies from Vassar College and a Master in Public Policy in social and environmental policy from the University of Minnesota Humphrey School. She previously served as the research and communications lead for the Green Neighbor Challenge, a grassroots renewable energy initiative. |
| Ariel Kagan | Co-Coordinator MinneAg Network; Climate & Working Lands Program Director at MN Farmers Union<br><br>Core Project Team: Project Co-development of specific issue briefs, climate insight, connecting with broader MN farm and food systems landscape | https://www.linkedin.com/in/kagan20a/<br>Ariel Kagan joined the MFU team as the Climate and Working Lands Program Director in February 2023. Her background is in agricultural economics and policy, and she spent her career working at the intersection of agriculture, sustainability, and community resilience. She has worked across sectors to support farmers, climate resilience, and policy development. At the Minnesota Department of Agriculture, she supported the commissioner's office in the establishment of the Emerging Farmers office and working group, as well as agency work on new market development and |

OMB No. 0581-0240

| Key staff<br>*Name and Title* | Role | Relevant experience/qualifications |
|---|---|---|
| | | regional food systems. Most recently, she worked at a non-profit supporting conservation agriculture and corporate sustainability programs, working to create resilient landscapes across the Midwest. Kagan grew up in St. Paul and has family in Otter Tail County. |
| Laura Schreiber | Co-Coordinator MinneAg Network; Soil Health & Climate & Regional Food Systems Policy Organizer at Land Stewardship Project<br><br>Core Project Team: Project Co-development of MN civic engagement 101 orientation resources and issue-specific policy briefs. | https://www.linkedin.com/in/schreiberlaurar/<br>Laura Schreiber first joined LSP as a Higher Education Consortium for Urban Affairs (HECUA) intern in 2018, helping to launch the Local Foods Campaign. She has worn several hats with the Land Stewardship Project and the Land Stewardship Action Fund since. Laura coordinated LSP's 2019 Family Farm Breakfast at the Capitol and can confirm it is the best breakfast in town. Passionate about creating a more diverse, resilient and just global food system, Laura knew that to create real change she needed to organize in her community and build the power of Minnesotans across the state to achieve the type of food system that people and the land need. In her current position on the Policy Team, she is thrilled to get to work with members to make their voices heard at the Capitol and to work together to craft solutions for a better Minnesota. Originally from Rogers, Minn., Laura graduated from the University of Minnesota-Twin Cities in 2019 with degrees in Urban Studies and Public Relations and a minor in Leadership. |
| Mia Farinas | Co-Coordinator MinneAg Network; Food Systems Team Organizer at MN350<br><br>Core Project Team: Project Co-development of issue-specific briefs, member support liaison and membership recruitment and retention | https://www.linkedin.com/in/mia-farinas-700127160/<br>Mia Farinas joined MN350 in September 2022 as an organizer for the Food Systems Team. Having grown up in Hawaii, she is passionate about developing local and equitable food systems to fight back against our extractive, colonial food economy. After receiving a degree in Sociology and Environmental Studies at Cornell College in Mount Vernon, Iowa, Mia worked with the City and County of Honolulu and Waianae Coast Comprehensive Health Clinic to support food access and local food system development projects on Oahu. |
| Carla Kohler | Community Health and Health Equity Program Manager, Blue | https://ffen.org/blog/meet-carla-kohler-board-member/ |

OMB No. 0581-0240

| Key staff<br>*Name and Title* | Role | Relevant experience/qualifications |
|---|---|---|
| | Cross Blue Shield Center for Prevention (BCBS)<br><br>Partnering Organization: Connect us with relevant stakeholders in their network; leverage comms and food and farm systems expertise to review created resources | Carla Kohler has learned firsthand about the importance of hunger relief, food security, and the consumption of healthy food in communities experiencing health inequities. She is committed to implementing and integrating health equity initiatives in both the Twin Cities and Greater Minnesota, making her passion an ideal match. Most recently as the Director of Community Health Initiatives, and for eight years prior to her current position in a number of other roles at Comunidades Latinas Unidas En Service (CLUES) in Minneapolis, MN, Carla has managed nearly every aspect of community health initiatives including project management, grant and contract management, budget analysis formations and resource allocation to name a few. She has worked to address access to wellness; health prevention through education; food security and basic needs initiatives and advocacy. She has a special commitment to addressing disparities and inequities that disproportionately impact people of color, underrepresented groups, rural and low-income communities. |

*Provide the information below for <u>each partner under the partnership agreement</u> at the time of application. The partnership must have at least one eligible entity and at least one eligible partner, as described in Sections 3.2 and 3.3 of the RFA. Add more rows as needed.*

| Name | Entity or partner | Type | Role |
|---|---|---|---|
| *Minnesota Farmers Union* | *Partner* | *Nonprofit, Farmer Membership Organization* | *Core Project Team: Project Co-development of issue specific briefs, climate insight, connecting with broader MN farm and food systems landscape* |
| *MN350* | *Partner* | *Nonprofit* | *Core Project Team: Project Co-development of issue-specific briefs, member support liaison and membership recruitment and retention* |

OMB No. 0581-0240

| Name | Entity or partner | Type | Role |
|---|---|---|---|
| *Land Stewardship Project* | *Partner* | *Nonprofit, Farmer Membership Organization* | *Core Project Team: Project Co-development of MN civic engagement 101 orientation resources and issue-specific policy briefs.* |
| *Institute for Agriculture and Trade Policy* | *Entity* | *Nonprofit* | *Core Project Team: RFSP Grant administrator; Project oversight and coordination, co-development of resources; Project Coordination and Support, Copyediting and comms support; Project Template Development, Layout of Resource Material* |
| *The Blue Cross Blue Shield Center for Prevention* | *Partner* | *Philanthropic Corporation* | *Partnering Organization: Connect us with relevant stakeholders in their network; leverage comms and food and farm systems expertise to review created resources* |

*If your project includes mid-tier value chain coordination activities, provide details of the value chain entities that will be engaged and what their respective roles will be.*

## Project Management Plan

*Describe your management plan for coordination, communication, and data sharing and reporting among members of the Project Team and stakeholder groups, including both internal applicant personnel and external partners and collaborators.*

The project team will have a dedicated shared cloud-based folder (Google Drive) that will house all relevant documents related to this project. The folder will be secured with access only for core members of the project team. An additional website or cloud-based folder will be made public for documents and resources intended to be used by the stakeholders engaging with the work plan.

Email, web-based video conferencing, and in-person meetings (with any public health precautions met) will be used for communication across the team.

Project Manager: Erin McKee will provide oversight over workplan progression and completion of deliverables, coordinating with Core Project Team to plan and complete activities. She will also coordinate the scheduling of regular Team meetings, shared folders and notes, administration of Zoom

22

OMB No. 0581-0240

account, and administrative duties, with support from Nora Shields-Cutler. IATP will act as point of contact for Core Project Team, graphic designer, website designer, translators and partners co-creating materials. IATP will manage and distribute grant finances and complete required reporting paperwork. IATP's communications team will support the design and layout and publishing of reports and media outreach to publicize results of the project.

Core Project Team: will be responsible for coordinating to plan and complete project activities, including completing the member engagement (particularly leveraging strong existing relationships), input process, co-development of resources with members / partners as relevant and supporting dissemination activities.

Additional MinneAg Network members will co-create and contribute to resources as relevant.

OMB No. 0581-0240

# FISCAL PLAN AND RESOURCES

*Please complete the Budget and Justification Narrative below.*

## Budget and Justification Narrative

*The budget must show the total cost for the project and describe how category costs listed in the budget are derived. The budget justification must provide enough detail for reviewers to easily understand how costs were determined and how they relate to the Project Objectives and Expected Outcomes. The budget must show a relationship between work planned and performed to the costs incurred. Add additional rows to a table as needed.*

*Refer to the RFA for more information on allowable and unallowable expenses.*

*Applicants must ensure the information provided below reflects the minimum 25% cash match requirement.*

## Budget Summary

| Expense category | Federal funds | Cost chare or match applicant and 3rd parties |
|---|---|---|
| Personnel | $36,933.90 | $32,000.10 |
| Fringe benefits | $9,233.60 | $7,999.90 |
| Travel | $3,600.00 | |
| Equipment | | |
| Supplies | $800.00 | |
| Contractual/subawards | $46,000.00 | |
| Other (specify) | $5,336.00 | |
| Direct costs subtotal | $101,903.50 | |
| Indirect costs | ~~13,790.35~~ $9,790.35 | |
| Total budget *(direct + indirect)* | ~~$115,693.85~~ $111,693.85 | $40,000.00 |

OMB No. 0581-0240

## Personnel

*List each applicant staff person who has a substantive role in the project and the amount of the request and/ or the value of his or her match. Personnel costs should be reasonable for the services rendered, conform to the established written policy of your organization, and consistently applied to both Federal and non-Federal activities.*

| Name, title | Justification for requesting funds | Level of effort (# of hours OR % FTE) | Annual salary requested | Total funds requested | Match value | Match type |
|---|---|---|---|---|---|---|
| Erin McKee, IATP; Director Community Food Systems | Project Lead | 0.3 FTE | Year 1: $<br>Year 2: $<br>Year 3: $ | $17,199.90 | $32,000.10 | Cash ☒<br>In-Kind ☐ |
| Nora Shields-Cutler; IATP; Program Associate CFS | Project Coordination & Support | 0.1 FTE | Year 1: $<br>Year 2: $<br>Year 3: $ | $10,272.00 | $ 0 | Cash ☐<br>In Kind ☐ |
| Cecelia Brackey; IATP; Media & Communications Manager | Copy edit & Communications Support | 120 hrs. | Year 1: $<br>Year 2: $<br>Year 3: $ | $3,462.00 | $ 0 | Cash ☐<br>In-Kind ☐ |
| Lilly Richard; IATP; Digital Communications Manager | Templates; layout of resource materials; Communications support | 240 hrs. | | $6,000.00 | $ 0 | |

**Personnel total funds requested subtotal: $36,933.90**          **Personnel match value subtotal: $32,000.10**

## Fringe Benefits

*Provide the fringe benefit rates for each of the personnel listed above. The costs of fringe benefits should be reasonable and in line with established policies of your organization.*

| Name, title | Fringe benefit rate | Funds requested | Match value | Match type |
|---|---|---|---|---|
| Erin McKee, IATP; Director Community Food Systems | 25% | $4,300.10 | $7,999.90 | Cash ☒<br>In-Kind ☐ |
| Nora Shields-Cutler; IATP; Program Associate CFS | 25% | $2,568.00 | $ 0 | Cash ☐<br>In-Kind ☐ |

OMB No. 0581-0240

| Name, title | Fringe benefit rate | Funds requested | Match value | Match type |
|---|---|---|---|---|
| Cecelia Brackey; IATP; Media & Communications Manager | 25% | $ 865.50 | $ 0 | ☐ Cash ☐ In-Kind |
| Lilly Richard; IATP; Digital Communications Manager | 25% | $1,500.00 | $ 0 | |

**Fringe benefits funds requested subtotal: $9,233.60**

**Fringe benefits match value subtotal: $7,999.90**

## Travel

*List all Travel-related expenses for trips planned for the Applicant. Explain the purpose for each Trip Request. Please note that travel costs are limited to those allowed by formal organizational policy; in the case of air travel, project participants must use the lowest reasonable commercial airfares. For recipient organizations that have no formal travel policy and for-profit recipients, allowable travel costs may not exceed those established by the Federal Travel Regulations, issued by GSA, including the maximum per diem and subsistence rates prescribed in those regulations. This information is available at https://www.gsa.gov/.*

| Trip details *(Destination, Timing, Justification)* | Expense type *(airfare, car rental, etc.)* | Unit of measure *(days, miles, etc.)* | # of units | Cost/unit | # of travelers | Funds requested | Match value | Match type |
|---|---|---|---|---|---|---|---|---|
| AMS grants management meeting | Airfare | | 2 | $450.00 | 2 | $ 900.00 | $ 0 | ☐ Cash ☐ In-Kind |
| AMS grants management meeting | Hotel | | 4 | $150.00 | 2 | $ 600.00 | $ 0 | ☐ Cash ☐ In-Kind |
| AMS grants management meeting | Transportation / per diem | | 4 | $75.00 | 2 | $ 300.00 | $ 0 | ☐ Cash ☐ In-Kind |
| Emerging Farmers Conference (Marine on St. Croix, MN) | Mileage Lodging | | 2 | $300.00 | 2 | $ 600.00 | | |
| Sustainable Farming Association Annual Conference (St. Joseph, MN) | Mileage Lodging | | 2 | $300.00 | 2 | $ 600.00 | | |
| Marbleseed Organic Farming Conference (LaCrosse, WI) | Mileage Lodging | | 2 | $300.00 | 2 | $ 600.00 | | |

**Travel funds requested subtotal: $ 3,600.00**

**Travel match value subtotal: $0**

☒ By checking this box, I affirm that my organization's established travel policies will be adhered to when completing the above-mentioned trips in accordance with 2 CFR 200.475 or 48 CFR subpart 31.2, as applicable.

OMB No. 0581-0240

# Equipment

*Describe any special purpose equipment to be purchased or rented under the grant. "Special purpose equipment" is tangible, nonexpendable, personal property having a useful life of more than one year and an acquisition cost that equals or exceeds $5,000 per unit and is used only for research, medical, scientific, or other technical activities. Rental of "general purpose equipment" must also be described in this section. Purchase of general-purpose equipment is not allowable under this grant.*

| Item # | Description and funds justification | Rental or purchase? | Date acquired? | Funds requested | Match value | Match type |
|---|---|---|---|---|---|---|
| 1 | | | | $ 0 | $ | ☐ Cash ☐ In-Kind |
| 2 | | | | $ | $ | ☐ Cash ☐ In-Kind |
| 3 | | | | $ | $ | ☐ Cash ☐ In-Kind |

**Equipment funds requested subtotal: $ 0**       **Equipment match value subtotal: $ 0**

# Supplies

*List the materials, supplies, and fabricated parts costing less than $5,000 per unit and describe how they will support the purpose and goal of the proposal.*

| Description and funds justification | Cost/unit | # of units | Date acquired? | Funds requested | Match value | Match type |
|---|---|---|---|---|---|---|
| Printing of resource materials & collateral; multiple languages | $4.00 | 200 | 2024 / 2025 | $ 800.00 | $ 0 | ☐ Cash ☐ In-Kind |
| | | | | $ | $ | ☐ Cash ☐ In-Kind |
| | | | | $ | $ | ☐ Cash ☐ In-Kind |

**Supplies funds requested subtotal: $ 800.00**       **Supplies match value subtotal: 0**

27

## Contractual

*The Contractual section includes contractual, consultant, and subaward agreements that are part of the completion of the project. A subaward is an award provided by the non – federal entity (you) to a subrecipient for the subrecipient to carry out part of a federal award received by the non-federal entity (you). Contractual/consultant costs are expenses associated with purchasing goods and/or procuring services (Personnel, Fringe, Travel, Supplies, etc.) performed by an individual or organization other than the applicant in the form of a procurement relationship. Each contract or subaward must be described separately.*

| Type | Name/organization and funds justification | Hourly/flat rate | Funds requested | Match value | Match type |
|---|---|---|---|---|---|
| Contract ☒ Subaward ☐ | Partner organizations - Land Stewardship Project; MN350; Minnesota Farmers Union (Co-coordinators of MinneAg & Core Project Team) - $10,000/yr. for each organization | Flat | $ 30,000.00 | $ 0 | Cash ☐ In-Kind ☐ |
| Contract ☒ Subaward ☐ | Graphic Designer to create branding & logo for MinneAg Network | Flat | $ 5,000.00 | $ 0 | Cash ☐ In-Kind ☐ |
| Contract ☒ Subaward ☐ | Web Designer to update / refresh MinneAg website | Flat | $ 5,000.00 | $ 0 | Cash ☐ In-Kind ☐ |
| Contract ☒ Subaward ☐ | Translators for Hmong; Spanish; Somali $2,000 for each translation | Flat | $ 6,000.00 | $ 0 | Cash ☐ In-Kind ☐ |

**Contractual funds requested subtotal: $ 46,000.00** **Contractual match value subtotal: $ 0**

☒ By checking this box, I affirm that my organization followed the same policies and procedures used for procurements from non-federal sources, which reflect applicable State and local laws and regulations and conform to the Federal laws and standards identified in 2 CFR §200.317 through §200.326, as applicable. If the contractor(s)/consultant(s) is/are not already selected, I affirm that my organization will follow the same requirements.

## Other

*Include any expenses not covered in any of the previous budget categories. Be sure to break down costs into cost/unit. Expenses in this section include, but are not limited to, meetings and conferences, communications, rental expenses, advertisements, publication costs, and data collection.*

| Description and funds justification | Cost/unit | # Units/pieces purchased | Date acquired? | Funds requested | Match value | Match type |
|---|---|---|---|---|---|---|
| Square Space Website Domain hosting for MinneAg.org | $168.00 | 2 | 2024 / 2025 | $ 336.00 | $ 0 | Cash ☐ In-Kind ☐ |
| Registration fees for Emerging Farmers Conference (2023 & 2024); Sustainable Farming Conference (2024 & 2025); Marbleseed Organic | $100.00 | 10 | 2023/24/25 | $ 1,000.00 | $ 0 | Cash ☐ In-Kind ☐ |

OMB No. 0581-0240

| Description and funds justification | Cost/unit | # Units/pieces purchased | Date acquired? | Funds requested | Match value | Match type |
|---|---|---|---|---|---|---|
| Farming Conference (2024 & 2025): 1-2 attendees at each conference | | | | | | |
| Member support for Objective 2 & Objective 3 – material & resource development; member input and survey process targeting support to members who face systemic barriers to engagement | $200.00 | 20 | 2024 / 2025 | $ 4,000.00 | $ 0 | Cash ☐<br>In-Kind ☐ |

**Other funds requested subtotal: $ 5,336.00**     **Other match value subtotal: $ 0**

## Indirect

*Indirect costs (also known as "facilities and administrative costs" – defined at 2 CFR §200.1) represent the expenses of doing business that are not readily identified with a particular grant, contract, or project function or activity, but are necessary for the general operation of the organization and the conduct of activities it performs. For the indirect cost formula and additional information, refer to Section 4.2 of the RFA.*

| Indirect cost rate requested (%) | Funds requested | Match value | Match type |
|---|---|---|---|
| MTDC rate 10%<br>Grant & Financial Administration; Grant Tracking & Reporting; Professional Services (legal, audit, tax); Building & Office expenses | $~~13,790.35~~ $9,790.35 | $0 | Cash ☐<br>In-Kind ☐ |

**Indirect funds requested subtotal: $~~13,790.35~~ $9,790.35**     **Indirect match value subtotal: $ 0**

OMB No. 0581-0240

## Program Income

*Program income is gross income—earned by a recipient or subrecipient under a grant—directly generated by the grant-supported activity or earned only because of the grant agreement during the grant period of performance. Program income includes, but is not limited to, income from fees for services performed; the sale of commodities or items fabricated under an award (this includes items sold at cost if the cost of producing the item was funded in whole or partially with grant funds); registration fees for conferences, etc.*

| Income source | Description of how income is reinvested | Funds expected |
|---|---|---|
| | | $ 0 |
| | | $ |
| | | $ |

**Program income total: $ 0**

## EQUAL OPPORTUNITY STATEMENT

USDA is an equal opportunity provider, employer, and lender.

## PAPERWORK BURDEN STATEMENT

According to the Paperwork Reduction Act, as amended, no persons are required to respond to a collection of information unless it displays a valid OMB Control Number. The valid OMB control number for this information collection is 0581-0240. Public reporting burden for this collection of information is estimated to average 4 hours per response, including the time for reading and utilizing this document to prepare an application, reviewing which items are allowable, and understanding the terms and conditions of the grant award.

**Upon completion, save this form as a PDF and attach it to the application package within Grants.gov using the "Project Narrative Attachment Form" on the application package.**

30

# Exhibit C



USDA **Agricultural Marketing Service**

1400 Independence Avenue, SW
Room 2055-S, STOP 0201
Washington, D.C. 20250-0201

April 21, 2025

Ms. CLAUDIA AURAND
*Associate Director of Development*
*Institute for Agriculture and Trade Policy*
*1700 2nd Street NE #200*
*Minneapolis, MN 55413-1139*

Dear Claudia Aurand:

This letter provides notice that the United States Department of Agriculture is terminating your federal award, 23RFSPMN1076, MinneAg Network - Community Storytelling to Educate and Advocate: Growing Minnesota Farm and Food Democracy, in accordance with the terms and conditions of your award, which include applicable regulations relating to termination. See 2 C.F.R. §§ 200.340-343.

It is a priority of the Department of Agriculture to eliminate discrimination in all forms throughout the United States. The Secretary of Agriculture has determined, per the Department's obligations to the Constitution and laws of the United States, that priority includes ensuring that the Department's awards do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives or any other initiatives that discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic. Such DEI policies and practices can violate both the letter and purpose of Federal civil rights laws and conflict with the Department's policy of maximizing and promoting American agriculture, ensuring a safe, nutritious and secure food supply, enhancing rural prosperity, and protecting our National Forests. In addition to complying with the letter and spirit of the civil rights laws, it is vital that the Department assess whether all awards are free from fraud, abuse, and duplication, as well as to assess whether current awards are in the best interests of the United States.

Termination.  The award specified above provides funding for programs that promote or take part in DEI initiatives or other initiatives that unlawfully discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic; that violate either the letter or purpose of Federal civil rights laws; that conflict with the Department's policies and priorities; that are not free from fraud, abuse, or duplication; or that otherwise fail to serve the best interests of the United States. The award is therefore inconsistent with, and no longer effectuates, Department priorities. See 2 C.F.R. § 200.340(a)(4). Pursuant to, among other authorities, 2 C.F.R. §§ 200.339-343, which are applicable to your award, the Department hereby terminates award No. 23RFSPMN1076 in its entirety effective April 21, 2025.

<u>Closure</u>.  You must submit all final reports and a final payment request no later than 120 calendar days after the date of this notice. You will be reimbursed for costs incurred up to the date of this notice that are determined to be consistent with 2 C.F.R. § 200.343, Effects of suspension or termination. Any open balance remaining 120 days after the date of this notice will be unavailable for payment.

If you do not submit all reports in accordance with the terms and conditions of the Federal award within one (1) year of the effective termination date, the Agricultural Marketing Service (AMS) must proceed to close out the award with the information available. In these circumstances, in accordance with 2 C.F.R. § 200.344, AMS must report your material failure to comply with the terms and conditions of the award in SAM.gov using the Contractor Performance Assessment Reporting System (CPARS). In this way, failure to submit timely and accurate final reports may affect your future funding.

Recipients are required by Federal regulation to retain all Federal award records consistent with 2 C.F.R. § 200.334. Termination of the agreement does not affect a Federal agency's or a pass-through entity's right to disallow costs and recover funds based on a later audit or other review. In addition, termination does not affect a recipient's obligation to return any funds due as a result of later refunds, corrections, or other transactions, including final indirect cost rate adjustments (refer to 2 C.F.R. § 200.345).

<u>Appeal Process</u>. If you wish to appeal this decision, you may submit a written request explaining why the termination should be reconsidered, along with any supporting documentation or evidence of corrective action taken. The appeal must be submitted within 30 calendar days of receiving the termination notice. Appeals will be reviewed by the appropriate AMS official, and a final decision will be communicated within 15 business days of receipt.

If you have questions, contact your AMS Program Contact at IPPGrants@usda.gov.

Sincerely,

BRUCE
SUMMERS

Digitally signed by BRUCE
SUMMERS
Date: 2025.04.21 09:11:46
-04'00'

BRUCE SUMMERS
*Administrator*

CC: Erin McKee, Community Food Systems Program Director, Institute for Agriculture and Trade Policy
Tricia Kovacs, Deputy Administrator, AMS-Transportation and Marketing Program

# Exhibit D



**Seyfarth Shaw LLP**

975 F Street, N.W.

Washington, DC  20004-1454

**T** (202) 463-2400

**F** (202) 828-5393

ebakies@seyfarth.com

T (202) 772-9737

www.seyfarth.com

May 21, 2025

<u>**Via E-Mail**</u>

Bruce Summers
Administrator
U.S. Department of Agriculture
Agricultural Marketing Service
1400 Independence Avenue, SW
Room 2055-S, STOP 0201
Washington, DC  20250-0201
AMSAdministratorOffice@usda.gov

Re:    **Appeal of the Notice of Termination of U.S. Department of Agriculture Grant Number 23RFSPMN1076**

Dear Mr. Summers:

The Institute for Agriculture and Trade Policy ("**IATP**"), through its undersigned counsel, respectfully appeals the April 21, 2025 notice of termination ("**Termination Notice**") of U.S. Department of Agriculture ("**USDA**") grant number 23RFSPMN1076, MinneAg Network – Community Storytelling to Educate and Advocate: Growing Minnesota Farm and Food Democracy ("**MinneAg Grant**").[1]  IATP appeals the termination of its MinneAg Grant on the basis that it is arbitrary, capricious, and otherwise not in accordance with law, as the Termination Notice is improperly overbroad and vague.  For the reasons set forth below, this appeal should be sustained, the Termination Notice should be rescinded, and the MinneAg Grant should be reinstated.

**I.      Background**

IATP is a nonprofit research and policy organization that works locally and globally at the intersection of policy and practice to ensure fair and sustainable food, farm, and trade systems.

The MinneAg Grant is an award under the Regional Food System Partnerships ("**RFSP**") Program under the Local Agriculture Market Program, a program authorized by subtitle A of the Agricultural Marketing Act of 1946 (7 U.S.C. § 1627c), as amended.  RFSP supports partnerships that connect public and private resources to plan and develop local or regional

---

[1] In accordance with the Termination Notice, this appeal is timely submitted within 30 days.



Bruce Summers
May 21, 2025
Page 2

food systems. The program focuses on strengthening the viability and resilience of regional food economies.

IATP sought the MinneAg Grant to support the build-out of its MinneAg Network (https://www.minneag.org/).  The MinneAg Network is a statewide partnership between farmers and a broad range of organizations that offer services to small and mid-size farms and emerging farmers.  The MinneAg Grant's objectives were to continue building the MinneAg Network's network by engaging new partners and members; hire a designer to develop a brand and logo; gather partner input via surveys and virtual meetings; and develop educational material based on the partner input.

II.    **The Termination Notice Violates the Administrative Procedure Act Because It Fails to Articulate a Satisfactory Explanation for Termination of the MinneAg Grant**

Under the Administrative Procedure Act ("**APA**"), agency actions, including grant terminations issued under 2 C.F.R. § 200.340(a)(4), must be reasonable and reasonably explained. *See Cal. v. U.S. Dep't of Educ.*, 132 F.4th 92, 98 (4th Cir. 2025) (citing *FCC v. Prometheus Radio Project*, 592 U.S. 414, 423 (2021)). In other words, an agency's reasons for terminating a grant must be set forth with such clarity as to be understandable. *Id.* (citing *SEC v. Chenery Corp.*, 332 U.S. 194, 196 (1947)). It must articulate "a satisfactory explanation for its decision, including a rational connection between the facts found and the choice made." *Dep't of Commerce v. New York*, 588 U.S. 752, 773 (2019) (cleaned up).

Here, the Termination Notice identifies five disjunctive reasons as to why the grant purportedly is "inconsistent with, and no longer effectuates, Department priorities" under 2 C.F.R. § 200.340(a):

> The award specified above provides funding for programs that **[1]** promote or take part in DEI initiatives or other initiatives that unlawfully discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic; **[2]** that violate either the letter or purpose of Federal civil rights laws; **[3]** that conflict with the Department's policies and priorities; **[4]** that are not free from fraud, abuse, or duplication; or **[5]** that otherwise fail to serve the best interests of the United States. The award is therefore inconsistent with, and no longer effectuates, Department priorities. See 2 C.F.R. § 200.340(a)(4). Pursuant to, among other authorities, 2 C.F.R. §§ 200.339-343, which are applicable to your award, the Department hereby terminates award No. 23RFSPMN1076 in its entirety effective April 21, 2025.

(Numbering in brackets added.)  The Termination Notice failed to include any facts supporting these findings.



Bruce Summers
May 21, 2025
Page 3

The Termination Notice's boilerplate list of reasons for termination fails to provide the legally required reasonable and understandable explanation for termination. Indeed, federal courts have already found the same exact list of justifications arbitrary and capricious under the APA. In *American Association of Colleges for Teacher Education v. McMahon*, No. 1:25-cv-00702-JRR, 2025 WL 833917 (D. Md. Mar. 17, 2025), the plaintiffs brought suit in the U.S. District Court for the District of Maryland, alleging that the U.S. Department of Education had terminated their grants in violation of the APA when the Education Department provided the following justifications for termination:

> The grant specified above provides funding for programs that promote or take part in DEI initiatives or other initiatives that unlawfully discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic; that violate either the letter or purpose of Federal civil rights law; that conflict with the Department's policy of prioritizing merit, fairness, and excellence in education; that are not free from fraud, abuse, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is therefore inconsistent with, and no longer effectuates, Department priorities. See 2 C.F.R. § 200.340(a)(4); see also 34 C.F.R. § 75.253. Therefore, pursuant to, among other authorities, 2 C.F.R. § 200.339–43, 34 C.F.R. § 75.253, and the termination provisions in your grant award, the Department hereby terminates grant No. [____] in its entirety effective [February ____, 2025].

*Id.* at *6.  The court agreed with the plaintiffs, concluding that the plaintiffs had shown a likelihood of success on the merits because "the Termination Letters fail to provide Grant Recipients any workable, sensible, or meaningful reason or basis for the termination of their awards."  *Id.* at *21.  As such, the court found that the Education "Department has not provided the 'reasonable explanation' of its final agency action the APA requires."  *Id.*  The court pointedly explained:

> Inasmuch as the Termination Letter at once accuses a Grant Recipient of nothing and everything, it is utterly unclear to the court how a terminated Grant Recipient might mount such an appeal. How does one draft a "brief statement" of a "disputed" fact when one has no earthly idea what has been asserted, if anything?

The court also noted that the Education "Departments use of a template or boilerplate letter issued to all Grant Recipients further strengthens Plaintiffs' argument that the Department did not consider individual, or any, data or information."  *See id.*  Accordingly, the court found that the plaintiffs had demonstrated a likelihood of success on appeal.

Additionally, in *California v. U.S. Department of Education*, 132 F.4th 92 (1st Cir. 2025), the First Circuit similarly found that the Education Department's "termination letters lacked reasonable explanation."  There, the plaintiffs' termination letters provided the following justifications:



Bruce Summers
May 21, 2025
Page 4

> The grant specified above provides funding for programs that promote or take part in [diversity, equity, and inclusion (DEI)] initiatives or other initiatives that unlawfully discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic; that violate either the letter or purpose of Federal civil rights law; that conflict with the Department's policy of prioritizing merit, fairness, and excellence in education; that are not free from fraud, abuse, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is therefore inconsistent with, and no longer effectuates, Department priorities.

The First Circuit explained that these justifications for termination "'will not do,' because 'a court [cannot] be expected to chisel that which must be precise from what the agency had left vague and indecisive.'" *Id*. at *98.  To the extent that the Department provided an explanation in its briefings before the court, the First Circuit rejected those explanations as a post hoc validation. *See id.* at *99.[2]

Consistent with the First Circuit's and the Maryland district court's findings, the USDA's termination of the MinneAg Grant is arbitrary and capricious because it identifies virtually the same five separate, distinct, broad, and vague reasons for termination that the First Circuit and the Maryland district court found to be defective. As such, IATP cannot mount an effective appeal that challenges its basis for termination because USDA has provided no specific reason or applicable facts. Indeed, with respect to each of the five grounds, USDA has not indicated which part of the award **[1]** promotes or takes part in "DEI initiatives" or "other initiatives that unlawfully discriminate …"; **[2]** "violates the letter or purpose of Federal civil rights law"; **[3]** conflicts with the Department's policies and priorities; **[4]** amounts to fraud, abuse, or duplication; or **[5]** fails to serve the best interests of the United States.

Because there are no factual findings or bases underlying the determination that the award is "inconsistent with, and no longer effectuates, Department priorities," it is "impossible to articulate a rational connection between the facts [USDA] found and the choice [USDA] made." *Pacito v. Trump*, No. 2:25-cv-255-JNW, 2025 WL 893530 at *11 (W.D. Wash. Mar. 24, 2025) (cleaned up) (granting preliminary injunction against State Department's termination of agreements that "no longer effectuate[d] agency priorities").

Indeed, IATP notes that, with respect to each of the five disjunctive bases for termination:

---

[2] After these decisions, the Supreme Court issued a stay of the district court's injunction.  See *Depa't of Ed. v. Cal.*, 145 S. Ct. 966, 969 (Apr.4, 2025).  At issue was whether the plaintiffs could seek relief in district court, or instead must pursue their claims in the U.S. Court of Federal Claims.  *See id.*  Nothing in the Supreme Court's opinion disturbed the Maryland district court's or the First Circuit's findings with respect to the plaintiffs' APA challenges.  *See id.* at 968-69.



Bruce Summers
May 21, 2025
Page 5

1. No part of the award is discriminatory, as the work benefits all of MinneAg Network's members, and membership is open to the public regardless of race, color, religion, sex, national origin, or another protected characteristic;

2. Consistent with [1], the MinneAg Grant does not violate any Federal civil rights laws;

3. Contrary to the suggestion that the MinneAg Grant conflicts with Department priorities, the MinneAg Grant is consistent with Congress's articulated goals set forth in the RFSP;

4. There have been no allegations of fraud, abuse, or duplication with respect to the MinneAg Grant; and

5. As discussed in [3], the MinneAg Grant is consistent with congressional objectives as set forth in the RFSP.

**III.    Conclusion & Requested Relief**

As described above, the Termination Notice violates the APA.  IATP therefore requests that this appeal be sustained, that the USDA rescind the Termination Notice, and that USDA reinstate the MinneAg Grant so that IATP can continue furthering the USDA's Local Agriculture Market Program's mission of supporting producers engaged in the local and regional food economy.

IATP looks forward to receipt of AMS's decision of its appeal with 15 business days, as indicated in the Termination Notice.  Please reach out to the undersigned should you have any questions.

Very truly yours,

SEYFARTH SHAW LLP

Erica L. Bakies
Ken M. Kanzawa
*Counsel for the Institute for Agriculture and Trade Policy*

ELB

cc:    Tricia Kovacs, Deputy Administrator, tricia.kovacs@usda.gov
       Angela Davis, AMS Program Contact, angela.davis@usda.gov