## IN THE UNITED STATES COURT DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

URBAN SUSTAINABILITY DIRECTORS
NETWORK, et al.,

     *Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF
AGRICULTURE, et al.,

     *Defendants*.

Case No. 1:25-cv-1775-BAH

### JOINT STATUS REPORT

Pursuant to the Court's June 26, 2025 Minute Order, the parties have met, conferred, and agreed upon the following schedule regarding Plaintiffs' pending motions.

- July 10, 2025 – Deadline for Defendants' responses to Plaintiffs' Motion for a Preliminary Injunction and Motion to Expedite Discovery.
- July 15, 2025 – Deadline for Plaintiffs' replies in support of their Motion for a Preliminary Injunction and Motion to Expedite Discovery.
- Should the Court wish to hold a hearing on Plaintiffs' motions, the parties propose it hold that hearing between July 16, 2025 and July 23, 2025.

Plaintiffs state that they seek to reserve their rights to supplement their Motion for a Preliminary Injunction should discovery reveal additional relevant facts and/or should developments require expanded or distinct relief.

Defendants state that they intend to object to discovery and thus, if they prevail, supplementation would be unwarranted.

Dated this 30th Day of June 2025.

Respectfully submitted,

/s/ Holly Bainbridge
Holly Bainbridge

JEANINE FERRIS PIRRO
United States Attorney

DC Bar No. 90021466 (*Pro Hac Vice*)
FarmSTAND
712 H Street NE
Suite 2534
Washington, DC 20002
202-595-8816
Email: holly@farmstand.org

David S. Muraskin
DC Bar No. 1012451
FarmSTAND
712 H Street NE
Suite 2534
Washington, DC 20002
202-595-8816
Email: david@farmstand.org

Carrie Apfel
DC Bar No. 974342
Earthjustice
1001 G Street, NW, Suite 1000
Washington, DC  20001
(202) 667-4500
capfel@earthjustice.org

Scott W. Carlson
MN Bar No. 0338400 (*Pro Hac Vice*)
Farmers Justice Center
6 Fifth Street West
Suite 650
St. Paul, MN 55102
(651) 204-1664
scott.carlson@farmersjustice.org

Benjamin E. Apple
NC Bar No. 52009 (*Pro Hac Vice*)
Farmers Justice Center
6 Fifth Street West
Suite 650
St. Paul, MN 55102
(651) 204-7203
ben.apple@farmersjustice.org

*Counsel for Plaintiffs*

*/s/ John J. Bardo*
John J. "Jack" Bardo
Assistant United States Attorney
601 D Street N.W.
Washington, DC 20530
(202) 870-6770
John.Bardo@usdoj.gov

*Counsel for Defendants*