IN THE UNITED STATES COURT DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| URBAN SUSTAINABILITY DIRECTORS NETWORK et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, et al., <br><br> *Defendants*. | Case No. 1:25-cv-01775-BAH |

**PLAINTIFFS' NOTICE OF FACTUAL DEVELOPMENT**

Plaintiffs hereby submit this notice to apprise the Court of factual developments that have arisen since the filing of their reply and are material to the upcoming hearing, including the scope and necessity of immediate relief, and to explain their reasoning for opposing Defendants' request to reschedule the hearing on the preliminary injunction motion.

On July 21, 2025, Plaintiff Agroecology Commons received a letter from Defendant National Institute of Food and Agriculture terminating its Beginning Farmer and Rancher Development Program ("Beginning Farmer") grant. The termination, attached hereto as Exhibit A, follows the same policy and practice Plaintiffs challenge in this suit. This grant is separate from the other two Agroecology Commons terminated grants detailed in the preliminary injunction motion.[1] ECF No. 14-1, at 8-10.

---

[1] Agroecology Commons first had its Community Food Projects Competitive Grant Program grant terminated on March 7, 2025. Then on June 17, 2025, USDA announced that it would terminate a grant that matches the description of Agroecology Commons's Increasing Land, Capital, and Market Access Program ("Land Access") grant. Agroecology Commons still has not received formal notice of the termination of its Land Access grant, but Defendants' counsel confirmed that this grant will be terminated. *See* ECF No. 22, at 8.

1

Plaintiffs' counsel is aware of other Beginning Farmer grants that have been terminated at or around the same time. As a result, Plaintiffs' counsel has been approached by groups with such terminations, as well as terminations from other grant programs, who seek to join this suit if the broad policy and practice is not vacated. These developments further support the appropriateness of preliminary vacatur of the challenged policy and practice.

However, should this Court grant relief limited to the named Plaintiffs, Plaintiffs should be provided an opportunity to amend to add additional parties and/or seek class certification. Moreover, Plaintiffs request that any such preliminary relief prevent termination of any other grants Plaintiffs have from Defendants that have been or could be terminated pursuant to the policy and practice challenged in this case, whether or not those terminations are included in the preliminary injunction motion or have yet to occur.

In addition, Plaintiffs note that each termination requires the awardee to comply with onerous closeout procedures that require the creation of final reports and payment requests. Certain Plaintiffs have already had to undertake their closeout obligations, but given the ongoing nature of Defendants' policy and practice, the impending burdens created by these closeout requirements underscore the need for expeditious resolution of the matter. Plaintiffs' counsel informed Defendants' counsel of these concerns when objecting to Defendants' request to move the hearing. Unfortunately, Defendants failed to notify the Court of those issues.

Dated this 24th day of July 2025.

Respectfully submitted,

/s/ Holly Bainbridge
Holly Bainbridge
DC Bar No. 90021466 (*Pro Hac Vice*)
FarmSTAND
712 H Street NE
Suite 2534
Washington, DC 20002
202-595-8816
holly@farmstand.org

David S. Muraskin
DC Bar No. 1012451
FarmSTAND
712 H Street NE
Suite 2534
Washington, DC 20002
202-595-8816
david@farmstand.org

Carrie Apfel
DC Bar No. 974342
Earthjustice
1001 G Street, NW, Suite 1000
Washington, DC 20001
(202) 667-4500
capfel@earthjustice.org

Scott W. Carlson
MN Bar No. 0338400 (*Pro Hac Vice*)
Farmers Justice Center
6 Fifth Street West
Suite 650
St. Paul, MN 55102
(651) 204-1664
scott.carlson@farmersjustice.org

Benjamin E. Apple
NC Bar No. 52009 (*Pro Hac Vice*)
Farmers Justice Center
6 Fifth Street West
Suite 650
St. Paul, MN 55102
(651) 204-7203
ben.apple@farmersjustice.org

*Counsel for Plaintiffs*