UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| URBAN SUSTAINABILITY DIRECTORS NETWORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BROOKE ROLLINS, Secretary of Agriculture, et al., <br><br> Defendants. | Civil Action No. 25-1775 (BAH) |

## NOTICE

Pursuant to the Court's August 6, 2025, minute order, Defendants respectfully notify the Court regarding the status of appropriated funds for the Department of Agriculture programs that are the subject of this lawsuit.

Plaintiff Urban Sustainability Directors Network had a grant from the U.S. Forest Service Urban and Community Forestry Assistance Program. Funding for that grant was drawn from the appropriation made pursuant to Section 23003(a)(2) of the Inflation Reduction Act of 2022, Pub. L. 117–169. Section 10201(3) of the One Big Beautiful Bill Act of 2025, Pub. L. 119-21 rescinded all unobligated balances of amounts appropriated under Section 23003(a)(2) of the Inflation Reduction Act. The One Big Beautiful Bill Act did not affect funding for any of the other programs that are the subject of this lawsuit.

2

Dated: August 7, 2025 Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____/s/ John J. Bardo_____
JOHN J. BARDO, D.C. BAR #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*