UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

URBAN SUSTAINABILITY DIRECTORS
NETWORK, *et al.*,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
AGRICULTURE, *et al.*,

    Defendants.

Civil Action No. 25-1775 (BAH)

Judge Beryl A. Howell

## ORDER

Upon consideration of plaintiffs Urban Sustainability Directors Network, Oakville Bluegrass Cooperative, Agroecology Commons, Providence Farm Collective Corp., and Institute for Agriculture and Trade Policy's Motion For Preliminary Injunction, ECF No. 14, and Motion For Expedited Discovery, ECF No. 15, the legal memoranda, declarations and exhibits submitted in support and opposition, the arguments presented at the motions hearing on August 6, 2025, and entire case record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby—

**ORDERED** that plaintiffs' motion for preliminary injunction, ECF No. 14, is **GRANTED IN PART** with respect to defendants' termination of plaintiffs' six grant awards in the record (collectively, "plaintiffs' six grant awards"), namely:

1. Award Number 24-CA-11132544-016 to Urban Sustainability Directors Network,
2. Award Number NR243A750004G031 to Oakville Bluegrass Cooperative,
3. Award Number 2023-33800-40420 to Agroecology Commons,
4. Award Number FSA24GRA0011610 to Agroecology Commons,
5. Award Number 2023-49400-40904 to Providence Farm Collective Corp., and
6. Award Number 23RFSPMN1076-00 to Institute for Agriculture and Trade Policy,

and otherwise **DENIED** with respect to the challenged broader policy and practice pending compilation of the administrative record; it is further

**ORDERED** that defendants' terminations of plaintiffs' grant awards enumerated in 1, 2, 3, 5 and 6, above, are preliminarily **VACATED,** and defendants' decision to immediately terminate the grant award in number 4, above, is preliminarily **ENJOINED**; it is further

**ORDERED** that defendants, their officers, agents, employees, attorneys, and all others in active concert or participation with them, are preliminarily **ENJOINED** from giving any effect to the terminations or announced imminent termination of plaintiffs' six grant awards in numbers 1 through 6, above; it is further

**ORDERED** that defendants, their officers, agents, employees, attorneys, and all others who are in active concert or participation with them, shall **REINSTATE** plaintiffs' six grant awards in numbers 1 through 6, above; and it is further

**ORDERED** that plaintiffs' Motion For Expedited Discovery, ECF No. 15, is **DENIED**.

This order **SHALL** remain in effect until further order of the Court.

The Court determines no bond is required.

**SO ORDERED**.

Date:  August 14, 2025

_____
**BERYL A. HOWELL**
United States District Judge