## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

URBAN SUSTAINABILITY DIRECTORS
NETWORK, *et al.*,

      Plaintiffs,

      v.

UNITED STATES DEPARTMENT OF
AGRICULTURE, *et al.*,

      Defendants.

Case No. 1:25-cv-1775-BAH

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Tyson Whitney, Director of the Transparency and Accountability Reporting Division (TARD), Office of the Chief Financial Officer, United States Department of Agriculture, certify that, to the best of my knowledge, based on information obtained during the performance of my official duties as the Director of TARD, the attached documents constitute the non-privileged documents that were considered in connection with the Department's termination of Plaintiffs' Federal financial assistance awards.

Executed this 17th day of September 2025, in Washington, DC.

Tyson Whitney

Digitally signed by Tyson
Whitney
Date: 2025.09.17 14:08:38
-04'00'

Tyson Whitney