**I. Regulations, Memoranda, and E-mails**

1. 2 CFR Part 200 Subpart D ..................................................................................................1

2. Memorandum: Hiring, Regulatory and Obligation of Funding Moratoriums (January 21, 2025) ........................................................................................................................................5

3. Memorandum: Further guidance on Section C in the January 21, 2025, memorandum from Acting Secretary Washington on Hiring, Regulatory and Obligation of Funding Moratoriums (January 23, 2025)...........................................................................................9

4. Memorandum: Adherence to Executive Orders Directing Halts in Funding: Next Steps (February 6, 2025) ...................................................................................................... 10

5. Secretary's Memorandum 1078-003 (March 13, 2025)......................................................14

6. Secretary's Memorandum 1078-004 (March 13, 2025)......................................................16

7. E-mail: RE: Urgent: New Daily Data Call and Direction to Terminate Specific Awards (January 23, 2025) ...........................................................................................................18

8. E-mail: Identifying Equity Awards: Next Steps (January 30, 2025)..................................21

9. Excel Document: Termination of Equity Awards Spreadsheet (January 2025).................23

10. E-mail: Re: Data Call: Termination of Climate-Related Awards (February 27, 2025)......31

11. Excel Document: Termination of Climate Awards Spreadsheet (January 2025)...............38

**II. Individual Awards**

Forest Service Award to Urban Sustainability Directors Network (24-CA-11132544-016)

1. Award Agreement (December 11, 2023) ...........................................................................41

2. Modification of Award (March 27, 2025) .........................................................................61

3. Termination Notice (April 2, 2025) ..................................................................................87

4. Rescission of Termination E-mail (August 19, 2025) .......................................................89

5. Rescission of Termination Letter (August 19, 2025) ........................................................90

Natural Resources Conservation Service Award to Oakville Bluegrass Cooperative (NR243A750004G031)

1. Award Agreement (March 25, 2024) ................................................................................91

2. Modification 1 of Award ................................................................................................219

3. Modification 2 of Award ................................................................................................223

4. Modification 3 of Award ................................................................................................227

5. Modification 4 of Award ................................................................................................231

6. Letter to Recipient (April 14, 2025) ...............................................................................235

7. Termination Notice (April 22, 2025) ..............................................................................236

8. AMP Invitation (May 15, 2025) .....................................................................................237

National Institute of Food and Agriculture Award to Agroecology Commons (2023-33800-40420)

    1.  Award Agreement (January 29, 2024) ...................................................................238

    2.  Modification 1 of Award (February 1, 2024) ......................................................240

    3.  Termination Notice (March 7, 2025) ..................................................................241

    4.  Modification 2 of Award (May 2, 2025) ............................................................243

    5.  Modification 3 of Award (August 25, 2025)......................................................244

Farm Service Agency Award to Agroecology Commons (FSA24GRA0011610)

    1.  Award Agreement (November 30, 2023).............................................................245

National Institute of Food and Agriculture Award to Providence Farm Collective Corp. (2023-49400-40904)

    1.  Award Agreement (September 7, 2023) ..............................................................296

    2.  Termination Notice (April 25, 2025) ..................................................................298

    3.  Modification 1 of Award (May 6, 2025) ............................................................301

    4.  Modification 2 of Award (August 25, 2025)......................................................302

Agricultural Marketing Service Award to Institute for Agriculture and Trade Policy (23RFSPMN1076)

    1.  Award Agreement (October 30, 2023) ...............................................................303

    2.  Project Narrative Form and Instructions.............................................................309

    3.  Termination Notice (April 21, 2025) ..................................................................339

    4.  Appeal Request (May 21, 2025)..........................................................................341

    5.  Reinstatement Letter (August 15, 2025)............................................................346