UNITED STATES COURT DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

URBAN SUSTAINABILITY DIRECTORS
NENETWORK et al.,

    *Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF
AGRICULTURE, et al.,

    *Defendants*.

Case No. 1:25-cv-01775-BAH

**JOINT RESPONSE TO ORDER TO SHOW CAUSE AND STATUS REPORT**

Plaintiffs and Defendants hereby submit this Joint Report in response to the Court's September 25, 2025 Minute Order directing the parties to show cause as to why they had not filed a joint status report and directing the parties to submit such a report proposing a schedule for motions.

The parties' failure to file a joint status report by the deadline set forth in the Court's Standing Order ¶ 4(b)(1) was an inadvertent oversight, for which all parties sincerely apologize to the Court. The parties shall take care to avoid such an inadvertent oversight in the future.

The parties' oversight has in no way delayed this matter. As the Court is aware, Plaintiffs were awaiting the production of the Administrative Record—due on September 17, 2025—to determine whether it was complete so that Plaintiffs could then move for summary judgment. *See* Minute Orders (Aug. 18, 2025 and Aug. 22, 2025). As ordered, on September 17, 2025, Defendants provided Plaintiffs with the certified Administrative Record. *See* ECF No. 37 (Certification of Administrative Record and Administrative Record Index).

Plaintiffs immediately reviewed the Administrative Record and, within a week, initiated negotiations with Defendants to complete the Administrative Record to resolve perceived deficiencies without court intervention. Defendants have agreed to add items to the Administrative Record, although they have not yet identified what items they are willing to add. The parties are continuing to meet and confer over the potential additions.

**Plaintiffs' position:** Defendants should produce their supplemental Administrative Record within two weeks of the end of the government shutdown. Based on the parties' communications thus far, Plaintiffs believe further supplementation of the Administrative Record will still be necessary. Therefore, Plaintiffs ask the Court to impose on Defendants a deadline shorter than what Defendants have requested below to allow the case to move forward towards summary judgment in a timely manner. Plaintiffs believe their proposal adequately accounts for the impact of the shutdown. Once a new Administrative Record is produced, Plaintiffs will need time to review the new Administrative Record and meet and confer with Defendants on whether a motion related to the Administrative Record is still necessary. Plaintiffs therefore propose that within two weeks of their receipt of the new Administrative Record, the parties will either propose a schedule for a motion related to the Administrative Record, or if no such motion is required, for motions for summary judgment.

**Defendants' position**: Defendants respectfully request thirty days from the time the government resumes operation to supplement the administrative record.  Defendants have reviewed the items that Plaintiffs seek to add to the administrative record and have determined that many of these items can be added but Defendants require time to locate these documents and determine if any portions of them are privileged.  The ability to gather all of the documents is further complicated by the lapse of appropriations.

2

Dated this 1st day of October 2025.

Respectfully submitted,

*/s/ Holly Bainbridge*
Holly Bainbridge (*pro hac vice*)
David S. Muraskin (DC Bar No. 1012451)
FarmSTAND
712 H Street NE
Suite 2534
Washington, DC 20002
(202) 595-8816
holly@farmstand.org
david@farmstand.org

Carrie Apfel (DC Bar No. 974342)
Earthjustice
1001 G Street, NW, Suite 1000
Washington, DC  20001
(202) 667-4500
capfel@earthjustice.org

Scott W. Carlson (pro hac vice)
Benjamin E. Apple (pro hac vice)
Farmers Justice Center
6 Fifth Street West
Suite 650
St. Paul, MN 55102
(651) 204-1664
scott.carlson@farmersjustice.org
ben.apple@farmersjustice.org

*Counsel for Plaintiffs*

JEANINE FERRIS PIRRO
United States Attorney
*/s/ John J. Bardo*
John J. Bardo, DC Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2539

*Counsel for Defendants*