UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| URBAN SUSTAINABILITY DIRECTORS NETWORK, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BROOKE ROLLINS, Secretary of Agriculture, et al.,<br><br>    Defendants. | Civil Action No. 25-1775 (BAH) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit the Court's August 14, 2025 Order (ECF No. 29), and Memorandum Opinion (ECF No. 30).

Dated: October 10, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    */s/ John J. Bardo*
JOHN J. BARDO, D.C. BAR #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*