**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| URBAN SUSTAINABILITY DIRECTORS NETWORK et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, BROOKE ROLLINS, et al.,<br><br>    *Defendants*. | Case No. 1:25-cv-01775-BAH |

**CONSENT MOTION TO VOLUNTARILY DISMISS CLAIMS OF**
**OAKVILLE BLUEGRASS COOPERATIVE**

Pursuant to Fed. R. Civ. P. 41, Plaintiff Oakville Bluegrass Cooperative hereby moves to voluntarily dismiss its claims in this matter. This voluntary dismissal is appropriate because there are no direct claims made against Oakville Bluegrass Cooperative in this matter, and its dismissal will not materially prejudice the rights of other parties.  The remaining plaintiffs and the defendants consent to this motion.


DATED: December 5, 2025

Respectfully submitted,

/s/ Carrie Apfel
Carrie Apfel
Earthjustice
1001 G Street, NW, Suite 1000
Washington, DC 20001
Tel: (202) 797-4310
Fax: (202) 667-2356
capfel@earthjustice.org

Holly Bainbridge
DC Bar No. 90021466 (*Pro Hac Vice)*
David Muraskin
DC Bar No. 1012451
FarmSTAND
712 H Street NE
Suite 2534
Washington, DC 20002
202-595-8816
holly@farmstand.org
david@farmstand.org

Scott W. Carlson
MN Bar No. 0338400 (*Pro Hac Vice*)
Benjamin E. Apple
NC Bar No. 52009 (*Pro Hac Vice*)
Farmers Justice Center
6 Fifth Street West
Suite 650
St. Paul, MN 55102
(651) 204-1664
scott.carlson@farmersjustice.org
ben.apple@farmersjustice.org

*Counsel for Plaintiffs*