# Exhibit C

1:25-cv-01775-BAH

 Outlook

**Re: Urban Sustainability v. Dep't of Agriculture - Civ. A. No. 25-1775- Administrative Record**

| | |
|---|---|
| From | Bardo, John (USADC) <John.Bardo@usdoj.gov> |
| Date | Tue 9/30/2025 1:03 PM |
| To | Holly Bainbridge <holly@farmstand.org>; David Muraskin <david@farmstand.org> |
| Cc | Carrie Apfel <capfel@earthjustice.org>; Scott Carlson <scott.carlson@farmersjustice.org>; Ben Apple <ben.apple@farmersjustice.org> |

Good afternoon,

I have discussed your request to supplement the administrative record with the Department of Agriculture and the Department anticipates that they are going to be able to supplement many of the items you listed in your September 24, email. However, some of those items are going to be subject to the attorney-client privilege and the deliberative process privilege.

Fair warning: we are not going to be able to provide "all termination letters issued by USDA" because that is beyond the scope of this case. Letters sent to grant recipients who are not parties to this case are not probative as to the soundness of the Department's decision with respect to these grants.

The Department is going to need time to locate all of these documents. I propose we tell the Court that we will be supplementing the record over the next thirty days and after thirty days will meet and confer over whether any motions practice regarding the completeness of the record is necessary.

Jack Bardo

---

**From:** Holly Bainbridge <holly@farmstand.org>
**Sent:** Monday, September 29, 2025 6:39:19 PM
**To:** Bardo, John (USADC) <John.Bardo@usdoj.gov>; David Muraskin <david@farmstand.org>
**Cc:** Carrie Apfel <capfel@earthjustice.org>; Scott Carlson <scott.carlson@farmersjustice.org>; Ben Apple <ben.apple@farmersjustice.org>
**Subject:** [EXTERNAL] RE: Urban Sustainability v. Dep't of Agriculture - Civ. A. No. 25-1775- Administrative Record

Jack – If you can commit to that and give us a date by which you can provide an updated AR, we're happy to update the joint status report to reflect that. We can also propose a later date for any motion related to the new AR, so as to give you time to produce it and us two weeks to review it for any continuing deficiencies, though of course our hope would be that no AR motion would be needed and the parties could then propose a summary judgment schedule.

Thanks,