# Exhibit E

1:25-cv-01775-BAH

 Outlook

**RE: Urban Sustainability v. Dep't of Agriculture - Civ. A. No. 25-1775- Administrative Record**

| | |
|---|---|
| From | Holly Bainbridge <holly@farmstand.org> |
| Date | Mon 11/24/2025 8:20 AM |
| To | Bardo, John (USADC) <John.Bardo@usdoj.gov> |
| Cc | David Muraskin <david@farmstand.org>; Carrie Apfel <capfel@earthjustice.org>; Scott Carlson <scott.carlson@farmersjustice.org>; Ben Apple <ben.apple@farmersjustice.org> |

Hi Jack,

In my prior letter I asked that you respond by last Thursday to confirm Defendants' willingness to search for the identified categories of documents, and with responses on the issues of the termination letters and privilege log. You still have not provided a response. Please do so as soon as possible so we can continue to meet and confer over the contents of a complete administrative record before the Court's deadline for the new administrative record.

Thanks,

**Holly Bainbridge** she/her

SENIOR ATTORNEY

520.591.6803
holly@farmSTAND.org
farmSTAND.org

---

**From:** Bardo, John (USADC) <John.Bardo@usdoj.gov>
**Sent:** Thursday, November 13, 2025 2:49 PM
**To:** Holly Bainbridge <holly@farmstand.org>
**Cc:** David Muraskin <david@farmstand.org>; Carrie Apfel <capfel@earthjustice.org>; Scott Carlson <scott.carlson@farmersjustice.org>; Ben Apple <ben.apple@farmersjustice.org>
**Subject:** RE: Urban Sustainability v. Dep't of Agriculture - Civ. A. No. 25-1775- Administrative Record

Holly,

Thanks for checking in. I will see where USDA is in the process.

**John J. "Jack" Bardo**
Assistant United States Attorney
(202) 252-2539 (Desk)
(202) 870-6770 (Cell)

---

**From:** Holly Bainbridge <holly@farmstand.org>
**Sent:** Thursday, November 13, 2025 3:49 PM