# Exhibit F

1:25-cv-01775-BAH

 Outlook

**RE: USDN v. USDA - Civ. A. No. 25-1775 - Motion to Withdraw Oakville/Administrative Record**

| | |
|---|---|
| From | Bardo, John (USADC) <John.Bardo@usdoj.gov> |
| Date | Thu 12/4/2025 7:01 PM |
| To | Carrie Apfel <capfel@earthjustice.org>; Holly Bainbridge <holly@farmstand.org> |
| Cc | David Muraskin <david@farmstand.org>; Scott Carlson <scott.carlson@farmersjustice.org>; Ben Apple <ben.apple@farmersjustice.org> |

Good evening,

USDA has reviewed your letter and done a comprehensive search of its record systems and determined it is unable to further supplement the administrative record based on your requests in your letter. The letter is based on a misunderstanding of the types of records that USDA keeps and appears to envision an administrative record far larger than the other grant termination cases that USDA is litigating around the country.

That said, we understand that there is an information asymmetry here that we would like to work with you to bridge. I am available tomorrow or any day next week for a video call to discuss the types of records that USDA has to see if we can come to an understanding on what records would allow us to have an administrative record that you view as complete. An attorney from USDA who is very familiar with the records would be on the call.

Finally, I can confirm that we consent to your motion to withdraw Oakville from the case.

Sincerely,

**John J. "Jack" Bardo**
Assistant United States Attorney
(202) 252-2539 (Desk)
(202) 870-6770 (Cell)

---

**From:** Carrie Apfel <capfel@earthjustice.org>
**Sent:** Tuesday, December 2, 2025 12:59 PM
**To:** Holly Bainbridge <holly@farmstand.org>; Bardo, John (USADC) <John.Bardo@usdoj.gov>
**Cc:** David Muraskin <david@farmstand.org>; Scott Carlson <scott.carlson@farmersjustice.org>; Ben Apple <ben.apple@farmersjustice.org>
**Subject:** [EXTERNAL] USDN v. USDA - Motion to Withdraw Oakville

Hi Jack,
We are planning to move to withdraw Oakville Bluegrass Cooperative from the litigation now that they have received a new grant under the AMP.
I wanted to see if Defendants will consent to such a motion.
Please let me know.