# Exhibit G

1:25-cv-01775-BAH



**United States Department of Agriculture**

Office of the Secretary

Office of Budget and Program Analysis

1400 Independence Avenue S.W. Washington, DC 20250

**TO:**     Sub Cabinet
            Agency Heads and Office Directors

**FROM:**   Ralph Linden
            Acting General Counsel
            Office of the General Counsel

RALPH LINDEN
Digitally signed by RALPH LINDEN
Date: 2025.02.06 15:18:18 -05'00'

            Lynn Moaney
            Deputy Chief Financial Officer
            Office of the Chief Financial Officer

LYNN MOANEY
Digitally signed by LYNN MOANEY
Date: 2025.02.06 14:43:38 -05'00'

            John Rapp
            Budget Director
            Office of Budget and Program Analysis

JOHN RAPP
Digitally signed by JOHN RAPP
Date: 2025.02.06 15:22:25 -05'00'

**DATE:**    February 6, 2025

**SUBJECT:**  Adherence to Executive Orders Directing Halts in Funding: Next Steps

On January 21, 2025, the Acting Secretary, Gary Washington, issued a memorandum to ensure all Department of Agriculture agencies and staff offices were taking action to meet the goals of the Administration. In response to this memorandum, representatives of the Office of General Counsel (OGC), the Office of Budget and Program Analysis (OBPA), and the Office of the Chief Financial Officer (OCFO) engaged in numerous sessions with all agencies and staff offices of the Department to provide advice on the specific goal of the Administration to terminate "diversity, equity, and inclusion" (DEI) discrimination in the federal workforce, and in federal contracting and assistance spending.

Similarly, in response to direction the Department has received regarding the use of "environmental justice," our review has been expanded to include identification and termination of the use of that term and related phrases. This includes identification and termination of the use of indexes based on "social vulnerability" and similar concepts used in on-going analyses required under the National Environmental Policy Act and directives from the Council on Environmental Quality.

1

For both DEI and Environmental Justice activities, you are directed to review, take steps to remove language, and prepare to modify/terminate awards.

Furthermore, as we seek to properly adhere to Administration Executive Order direction, it has been identified that the use of other terms in programs and activities may not be compatible with this Administration's goals.  Therefore, we are asking that agencies perform a review of funding activities that use terms such as "underrepresented producers," "underserved communities," "socially disadvantaged producers," "socially vulnerable," and similar phrases when they are used to promote racial, ethnic, and gender preferences, except as required by statute. We are not requiring modification or termination of such awards at this time. But because we are sensitive to the reviews being a manually intensive process, we want to mitigate redundancy and cast a wider net on the initial go round. A full of list terms can be found in Appendix A to this memorandum. Because the word "veterans" is used in the definition of some of these terms, agencies and staff offices are being directed to not take any action when the term "veterans" is used in our programs, grants and agreements.  This direction includes continued coordination with existing agencies and staff offices of the Department that promote and protect veterans and their dependents.  The use of "veterans" will continue to be used when appropriate in documents of the Department.

With respect to grants, cooperative agreements, and similar agreements, agencies and staff offices must review and modify their general and program-specific terms and conditions to remove any terms, conditions, or any other provision relating to the use of DEI, environmental justice, and gender preferences. Agencies must also notify award recipients that the Department will not require compliance with terms, conditions, or any other provisions relating to the use of DEI, environmental justice, and gender preferences, except as required by statute. Such notifications must also state that the Department will not enforce compliance of similar provisions by any subcontractor, subgrantee, or other third party.  In making these notifications, agencies and staff offices will be directed to identify, when practicable, specific provisions of documents where compliance is not required.

Moreover, as it relates to grants,  cooperative agreements, and similar agreements, agencies and staff offices must review all awards executed on or after January 20, 2021 which were within their period of performance as of November 5, 2024, to identify if the scope of work

2

includes any activities related to the terms found in Appendix A. OCFO will provide a standard format for the submission of this information for Federal financial assistance awards. The Office of Contracts and Procurement (OCP) provided a format for submitting data. Both Federal financial assistance and contracts data must be submitted to OCFO and OCP by COB Monday, February 10, 2025.

This work must commence upon receipt of this memorandum. As was done with actions related to the January 21, 2025, memorandum, you are directed to schedule meetings with the authors of this memorandum to review your efforts and receive feedback on next steps. All actions directed within this memorandum should largely conclude within 10 calendar days.

OCFO will issue separate correspondence to ensure that the direction in this memorandum is implemented uniformly and consistently across USDA, to include direction on partial termination of financial assistance awards which include activities related to terms found in Appendix A.


CC:
       Budget Officers
       Chief Financial Officers
       Chief Operating Officers
       MASCOs

**Appendix A: Search Terms for Adherence to Executive Orders Directing Halts in Funding**

1. Diversity
2. Equity
3. Inclusion
4. DEI
5. DEIA
6. Environmental Justice
7. Underrepresented producers
8. Underserved communities
9. Socially disadvantaged producers
10. Socially vulnerable (and similar phrases)



**UNITED STATES DEPARTMENT OF AGRICULTURE**
**OFFICE OF THE SECRETARY**
**WASHINGTON, D.C. 20250**

**SECRETARY'S MEMORANDUM 1078-003**

**March 13, 2025**

**DIRECTIVE ON CONSERVATION AND NATURAL RESOURCES PRIORITIES**

1. PURPOSE

   It is the policy of the U.S. Department of Agriculture to establish a return to American principles and realign the Department's focus towards its original objectives of maximizing and promoting American agriculture; ensuring a safe, nutritious, and secure food supply; enhancing rural prosperity; and managing our National Forests. This Memorandum prioritizes multiple use management[1]; conservation of our Nation's natural resources; and a focus on serving the American people in furtherance of those policies. The Department's resources must be conserved and focused upon its original objectives, as well as its obligations under the Constitution and laws of the United States. The Department's priorities include ensuring that its grants, cooperative agreements, and other similar arrangements, including mutual interest agreements (collectively, "awards"), do not support programs or organizations that promote or take part in climate change or environmental justice initiatives. It is vital that the Department assess both whether all award payments are free from fraud, abuse, and duplication, and whether they are in the best interests of the United States. *See, e.g.*, FAR 12.403, 49.101; 2 C.F.R. § 200.340(a).

2. POLICY

   To establish and safeguard the Department's priorities, all USDA agencies and staff offices that issue awards must conduct an internal review of all active awards still in their period of performance, as well as awards selected for funding but not yet obligated or awarded to specific individuals or entities (*e.g.*, under existing notices of funding opportunities).

   Such review shall be limited to ensuring that the Department does not fund programs or organizations that promote or take part in climate change or environmental justice initiatives that are either contrary to law or to the Department's policy objectives, as well as ensuring that all awards are free from fraud, abuse, and duplication. Awards deemed inconsistent with the Department's priorities shall, to the maximum extent permitted by law and in

---

[1] *See, e.g.*, Multiple-Use Sustained-Yield Act of 1960, 16 U.S.C. § 528 ("It is the policy of the Congress that the national forests are established and shall be administered for outdoor recreation, range, timber, watershed, and wildlife and fish purposes.").

accordance with any applicable regulations and notice and procedural requirements in the relevant award, agreement, or other instrument, be terminated in whole or in part or otherwise modified to minimize the scope of the Department's obligations.

This Directive shall be implemented by all Departmental personnel responsible for award-related activities, including but not limited to those responsible for planning, budgeting, executing, and administering awards.

Notwithstanding this Directive, any disbursements on open awards paused due to any Office of Management and Budget memorandum or Executive Order shall be immediately released to the extent required by law or court order.


/s/ Brooke L. Rollins
Secretary
U.S. Department of Agriculture

2



*Secretary Brooke L. Rollins*

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**OFFICE OF THE SECRETARY**
**WASHINGTON, D.C. 20250**

**SECRETARY'S MEMORANDUM 1078-004**

**March 13, 2025**

**DIRECTIVE ON DEPARTMENTAL GRANT AND COOPERATIVE AGREEMENT**
**PRIORITIES**

1. PURPOSE

   It is the policy of the U.S. Department of Agriculture to establish a return to American principles and realign the Department's focus towards its original objectives of maximizing and promoting American agriculture; ensuring a safe, nutritious, and secure food supply; enhancing rural prosperity; and protecting our National Forests. This Memorandum prioritizes unity, equality, meritocracy, and color-blindness in furtherance of that policy. The Department's resources must be conserved and focused upon its original objectives, as well as its obligations to the Constitution and laws of the United States. This priority includes ensuring that the Department's grants, cooperative agreements, and other similar arrangements, including mutual interest agreements (collectively, "awards"), do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives or any other initiatives that discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic. DEI policies and practices can violate both the letter and purpose of Federal civil rights laws and conflict with the Department's policy of prioritizing merit, fairness, and excellence in furtherance of the Department's mission. In addition to complying with the letter and spirit of the civil rights laws, it is vital that the Department assess whether all award payments are free from fraud, abuse, and duplication, as well as to assess whether current awards are in the best interests of the United States.

2. POLICY

   To establish and safeguard the Department's priorities, all USDA agencies and staff offices that issue awards must conduct an internal review of all active awards still in their period of performance, as well as awards selected for funding but not yet obligated or awarded to specific individuals or entities (e.g., under existing notices of funding opportunities).

   Such review shall be limited to ensuring that the Department does not fund or no longer funds discriminatory practices—including in the form of DEI—that are either contrary to

law or to the Department's policy objectives, as well as to ensure that all awards are free from fraud, abuse, and duplication. Awards deemed inconsistent with the Department's priorities shall, to the extent permitted by applicable law, be terminated, in whole or in part, or otherwise modified in accordance with any applicable regulations and notice and procedural requirements in the relevant award, agreement, or other instrument.

This Directive shall be implemented by all Departmental personnel responsible for award-related activities, including but not limited to those responsible for planning, budgeting, executing and administering awards.

Notwithstanding this Directive, any disbursements on open awards paused due to any Office of Management and Budget memorandum or any Executive Order underlying such memorandum shall be immediately released to the extent required by law or court order.

/s/ Brooke L. Rollins
Secretary
U.S. Department of Agriculture

| | |
|---|---|
| **From:** | Cole, Chelsea - OCFO-OCFO |
| **To:** | Bozojan, Eric - MRP-AMS; Gilbert, Nancy - MRP-AMS; Lynch, Sarah - MRP-AMS; Tarwater, Robert - MRP-AMS; Berke, Eileen - MRP-APHIS; Long, Tammie - MRP-APHIS; Jowers, Nicholas - MRP-APHIS; Barrie, Chernoh - FS, DC; Belin, Alfort - FS, CA; Crooks, Angela - FS, DC; LaValley, Shane - FS, CO; Montoya, Donnie - FS, NM; Nyakatura, Albert - FS, CA; Seward, Darby - FS, ID; Sholty, Lynne - FS, MT; Rice, Susan - REE-NIFA; Whittet, Kimberly - REE-NIFA; Joseph, Martha - FPAC-NRCS, OH; White, Jeffrey - FPAC-NRCS, DC; Kim, Jessie - OPPE, CA; Lesch, Sheree - OPPE, DC; Smith, Matthews - OPPE, DC; Wood, Jaime - OPPE, DC; Blackburn, Crystal - FPAC-FBC, SC |
| **Cc:** | Peranio, Michael - MRP-APHIS; Bulzomi, Geno - FPAC-NRCS, CO; Vethamani, Shiromi - FPAC-NRCS, CA; Peter, Rebecca - OPPE, GA; Berg, Jay - FS, WI; Ramirez, Lisa - OSEC, DC; Malkowski, Anton - OSEC; Scardina, Anthony - FS, DC; Dawe, Christine - OSEC, DC; Ashcroft, Tyler - FS, UT; Jones, Samuel - MRP-AMS; Biggs, Angela - FPAC-NRCS, DC; Gonzales, Desmond - FS, NM; Sanders, Annette - FS, NM; Whitney, Tyson - OCFO-OCFO |
| **Subject:** | RE: Urgent: New Daily Data Call and Direction to Terminate Specific Awards |
| **Date:** | Thursday, January 23, 2025 11:50:00 AM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png |

Good morning all,

As discussed, following is the methodology employed to identify these records:

**Review criteria:**
1. All grants (including cooperative agreements) with awarded on or after 1/20/2021 which were still in their period of performance as of 11/5/2024
2. Review award descriptions for the terms:
    a. Equity
    b. Environmental Justice
    c. DEI
    d. DEIA

This methodology and the identified awards are subject to change pending updates from OSEC, OBPA, OGC, OCFO, or at the direction of the current administration. Any updates will be communicated in writing when available.

**Agency Leads must submit available data to the** 📊 **Data Calls SharePoint by 1pm Eastern each day.**

As soon as we have more information available related to terminations I will share it directly.

Best regards,
Chelsea



**Chelsea D. Cole, PMP** (she/her)
Federal Financial Assistance Department Policy Lead
Transparency & Accountability Reporting Division
Office of the Chief Financial Officer
United States Department of Agriculture

*Investing in America*

-----Original Appointment-----
**From:** Cole, Chelsea - OCFO-OCFO
**Sent:** Thursday, January 23, 2025 8:30 AM
**To:** Cole, Chelsea - OCFO-OCFO; Bozoian, Eric - MRP-AMS; Gilbert, Nancy - MRP-AMS; Lynch, Sarah - MRP-AMS; Tarwater, Robert - MRP-AMS; Berke, Eileen - MRP-APHIS; Long, Tammie - MRP-APHIS; Jowers, Nicholas - MRP-APHIS; Barrie, Chernoh - FS, DC; Belin, Alfort - FS, CA; Crooks, Angela - FS, DC; LaValley, Shane - FS, CO; Montoya, Donnie - FS, NM; Nyakatura, Albert - FS, CA; Seward, Darby - FS, ID; Sholty, Lynne - FS, MT; Rice, Susan - REE-NIFA; Whittet, Kimberly - REE-NIFA; Joseph, Martha - FPAC-NRCS, OH; White, Jeffrey - FPAC-NRCS, DC; Kim, Jessie - OPPE, CA; Lesch, Sheree - OPPE, DC; Smith, Matthews - OPPE, DC; Wood, Jaime - OPPE, DC; Blackburn, Crystal - FPAC-FBC, SC
**Cc:** Peranio, Michael - MRP-APHIS; Bulzomi, Geno - FPAC-NRCS, CO; Vethamani, Shiromi - FPAC-NRCS, CA; Peter, Rebecca - OPPE, GA; Berg, Jay - FS, WI; Ramirez, Lisa - OSEC, DC; Malkowski, Anton - OSEC; Scardina, Anthony - FS, DC; Dawe, Christine - OSEC, DC; Ashcroft, Tyler - FS, UT; Jones, Samuel - MRP-AMS; Biggs, Angela - FPAC-NRCS, DC; Gonzales, Desmond - FS, NM; Sanders, Annette - FS, NM
**Subject:** Urgent: New Daily Data Call and Direction to Terminate Specific Awards
**When:** Thursday, January 23, 2025 10:00 AM-10:30 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting
**Importance:** High


USDA received direction last night on the implementation of the recent EO, *Ending Radical and Wasteful Government DEI Program and Preferencing*. This is a meeting for the specific agencies and staff offices who will be required to complete a daily data call and take action to terminate specific awards. <u>The list will be provided prior to the meeting.</u>

**Leads must attend or send a proxy. The data call will be due to OCFO by <mark>1pm</mark> every day, starting today.**


This meeting will not be recorded.

---

# Microsoft Teams [Need help?](#)

## [Join the meeting now](#)

Meeting ID: 287 058 893 298

Passcode: Mr2Cb27N

---

**Dial in by phone**

[+1 202-650-0123,,133728529#](#) United States, Washington

[Find a local number](#)

Phone conference ID: 133 728 529#

For organizers: <u>Meeting options</u> | <u>Reset dial-in PIN</u>
_____

| From: | Cole, Chelsea - OCFO-OCFO |
|---|---|
| To: | Armstead, Tunva - FPAC-FSA, DC; Barrie, Chernoh - FS, DC; Belin, Alfort - FS, CA; Berke, Eileen - MRP-APHIS; Blackburn, Crystal - FPAC-FBC, SC; Boonie Michaels, Sarah - OCFO-OCFO; Bruck, Houston - FPAC-FSA, DC; Camacho, Vincent - OSEC, DC; Castillo, Lucas - FPAC-FBC, DC; Charlton, Ingrid - REE-ARS; Cole, Chelsea - OCFO-OCFO; Crooks, Angela - FS, DC; Crozier, Joseph - RD, ID; Fitzgerald, Lisa - FNS; Fong, Brian - FSIS; Garner, Michelle - FSIS; Gilbert, Nancy - MRP-AMS; Griffin, Josiah - OSEC, DC; Hall, Galon - FPAC-FBC, NC; Hernandez, Celia - OCE, DC; Ibarra, Robert - FPAC-FBC, DC; Jones, Samuel - MRP-AMS; Joseph, Martha - FPAC-NRCS, OH; Jowers, Nicholas - MRP-APHIS; Keely, Byron - FS, ID; Kim, Jessie - OPPE, CA; Kline, Charlotte - FPAC-FBC, MO; LaValley, Shane - FS, CO; Lesch, Sheree - OPPE, DC; Lippold, Eric - FSIS; Long, Tammie - MRP-APHIS; Lynch, Sarah - MRP-AMS; Monahan, Sean - FNS; Montoya, Donnie - FS, NM; Mosley, Trevon - RD, MO; Nahm, Stephanie - RD, MO; Neely, Kevin - FS, OR; Northrop, Lisa - FS, DC; Nyakatura, Albert - FS, CA; Owens, Nicole - RD, MO; Peranio, Michael - MRP-APHIS; Peterson, Steve - FPAC-FSA, DC; Radcliff, Kim - REE-ARS; Radtke, Meghan - OCE, DC; Rakola, Betsy - OSEC, DC; Raver, Alexandra - TFAA-FAS, DC; Rice, Susan - REE-NIFA; Richards, Jennifer - TFAA-FAS, DC; Rodgers, Lynn - FNS; Royster, Ronald - FPAC-FBC, MO; Seward, Darby - FS, ID; Sholty, Lynne - FS, MT; SM,OCFO,FFAC; Smith, Matthews - OPPE, DC; Swanchara, Michael - OCFO-OCFO; Tarwater, Robert - MRP-AMS; Thompson, Lucas - FSIS; Trudgeon, Sonya - RD, FL; Turner, Christine - FSIS; Watson, Deborah - REE-ARS; Weeks, Andria - FS, DC; White, Jeffrey - FPAC-NRCS, DC; Whitney, Tyson - OCFO-OCFO; Whittaker, Amber - REE-ARS; Whittet, Kimberly - REE-NIFA; Wood, Jaime - OPPE, DC; Ashcroft, Tyler - FS, UT; Garrett, Melissa - FS, NC; Lichtenstein, Mark - FS, DC |
| Cc: | Raymond, Lance - OCFO-FMS, New Orleans, LA; Krupen, Russell - OGC, DC; Doyle-Capitman, Catherine - OBPA, DC; Moore, Michelle - OBPA, DC; Coard, Cedric - OBPA, DC; Felix, Paola - OBPA, DC; Erickson, Hilary - OCP, MO; Farzami, Azine - OGC, DC; Nelson, Christopher - OBPA, DC; Perry, Andrew - OBPA, DC; Barrack, Leslie - OBPA, DC |
| Subject: | Identifying Equity Awards: Next Steps |
| Date: | Thursday, January 30, 2025 6:13:00 PM |
| Attachments: | image001.png image002.png |
| Importance: | High |

Good evening,

This email is to provide an update on the ongoing USDA implementation of the recent Executive Order (EO), *Ending Radical and Wasteful Government DEI Programs and Preferencing*, as supplemented by an ongoing OPM data call related to progress towards the EO's direction.

## Background

USDA's initial response to the OPM data call (mentioned above) was comprised of DATA Act records publicly available via USASpending.gov. A total of 291 awards were initially identified by OCFO by searching the terms "equity," "DEI," "DEIA," and "Environmental Justice." While this provided an initial response, additional review is needed to ensure the completeness of USDA's submissions to OPM.

## Next Steps

All USDA awarding agencies and staff offices are directed to complete the following actions:

1. Review all agency records for federal financial assistance grants and cooperative agreements (including those which may have already been identified by OCFO) and identify awards which include, fund, or otherwise support the following terms and concepts:
   a. Diversity
      i. Note: As it relates to this EO; for example, "biodiversity" will typically not be relevant to this data call.
   b. Equity
      i. Note: As it relates to this EO; for example, financial equity (or similar) in a corporation will typically not be relevant to this data call.
   c. Inclusion
   d. DEI

     e. DEIA
     f. Environmental Justice

1. Enter the following information on your agency or staff office's tab of the 📊 Termination of Equity Awards spreadsheet:

     a. For each identified award, provide the required basic award data (see Columns A through R)

          i. <u>Note:</u> This is a subset of the mandatory data reported for DATA Act, so agencies/offices should be able to quickly provide this information

     b. For each identified award, complete the evaluation questions (see Columns S through W)

     c. *(If applicable)* If the award is expired, enter "Expired (Date)" in Column V

<u>As agencies complete Columns V and W, look for commonalities between awards.</u> For example, if an agency identifies 50 awards that all include the same DEIA-related reporting requirement (in Column V), where the recommended course of action (in Column W) is exactly the same, agencies/offices may copy and paste the same responses in Columns V and W for all 50 awards. This direction is provided to ensure that evaluation progresses expediently and in a common-sense manner.

We recommend opening the spreadsheet in Desktop View (not Browser View) for ease of data entry and evaluation.

Once the above steps are completed, ***do not take any further action at this time.*** <span style="color:red">***Do not terminate any awards at this time unless directed to do so by your leadership.***</span>

**Additional Information**
Agencies and staff offices are expected to initiate this review immediately. During the course of this activity, daily progress is expected. Once agencies and staff offices complete their review, confirm completion by emailing FFAC@usda.gov.

OCFO will provide additional direction as this activity continues. Please submit questions related to this data call to FFAC@usda.gov.

Best regards,
Chelsea



**Chelsea D. Cole, PMP**
Federal Financial Assistance Department Policy Lead
Transparency & Accountability Reporting Division
Office of the Chief Financial Officer
United States Department of Agriculture

| Termination of Equity Awards - EO 14151 |
|---|
| This spreadsheet is for designated staff at USDA's 21 awarding agencies and staff offices to complete an evaluation of awards to determine if they are in conflict with EO 14151. |

| Instructions |
|---|
| 1. Evaluate your agency or staff office's awards using the "Scope" direction below.<br>2. For each identified award, complete columns A-R to provide basic information about each award.<br>3. For each identified award, complete columns S-X to and provide an evaluation of the award for leadership consideration.<br>4. (If applicable) If the award is expired, enter "Expired (Date)" in Column Y.<br>5. (If applicable) If your agency released NOFOs, to expedite information submission, you may use your dedicated NOFO tab to identify NOFOs which resulted in a large number of awards. This may be useful when the awards are largely uniform so the equity-related determination would be similar across the entire body of awards. |
| **Once these steps are complete, email FFAC@usda.gov and report that your agency or staff office has completed their review.** |
| ***DO NOT TERMINATE ANY AWARD UNTIL APPROVED BY EXECUTIVE LEADERSHIP.*** |

| Scope |
|---|
| 1. Grants, cooperative agreements, and similar arrangements (e.g., mutual interest agreements) executed on or after 1/20/2021, which were still in their period of performance as of 11/5/2024. |
| 2. Awards which include, fund, or otherwise support the following terms and concepts (list as of 2/5/25):<br>- Diversity<br>- Equity<br>- Inclusion<br>- DEI<br>- DEIA<br>- Environmental Justice |
| 3. Awards which use the following terms to promote racial, ethnic, and gender preferences (except where required by statute) (list as of 2/7/25):<br>- Underrepresented producers<br>- Underserved communities<br>- Socially disadvantaged producers<br>- Socially vulnerable |

| Additional Notes |
|---|
| 1. If you would like to prepopulate columns A-R with USASpending.gov data, our columns directly correspond to the following columns (in order) from a standard USASpending.gov data download:<br>B, C, E, L, M, O, S, U, V, AM, AO, AU, BC, BN, BT, BY, CB, CD. |
| 2. If you have questions about completing this spreadsheet, please contact Chelsea Cole (Chelsea.Cole@usda.gov). If you need assistance with USASpending.gov data, please contact Tyson Whitney (Tyson.Whitney@usda.gov). |

| Reporting - For Awareness |
|---|
| 1. OCFO uses this data to complete a daily data call to OPM. |
| **2. When a a row of data is reported to OPM, OCFO will lock the row to ensure data fidelity.** |

3. When an agency or staff office completes their full review of all relevant awards, the data will be provided to executive leadership for review and decisionmaking.

0025

| Award-Level Data | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Award ID (FAIN) | (If Applicable) Award URI | Disaster Emergency Fund Code (DEFC) | Total Federal Obligated Amount | Total Outlayed Amount | Total Non-Federal Funds Amount | Award Execution Date (Base Action Date) | Period of Performance Start Date | Period of Performance End Date | Recipient UEI | Recipient Name (should match SAM.gov) | Recipient Business Location Country | Recipient Business Location (U.S. State (if applicable)) | Primary Place of Performance Country |

0026

| | | | | | Evaluation of Award | | |
|---|---|---|---|---|---|---|---|
| Primary Place of Performance - State Name (if Applicable) | Assistance Listing (CFDA) Number(s) | Assistance Type Code (DATA Act) | Prime Award Base Transaction Description (DATA Act, as provided by agency/staff office) | Does the statutory authority for the award require the DOGE activity or preference? | (If applicable) Did the NOFO include a preference, merit review criteria, or other DOGE-related requirement? | Is the entire award to the DOGE initiative required? | Can the DOGE portion of the award be readily identified and removed? Is/but if so, would the remaining award be able to meaningfully contribute to the intent of the funds and the overall support the award as issued under? Provide a justification. |

0027

| | Actions Taken | | | | | OCFO ONLY | | | |
|---|---|---|---|---|---|---|---|---|---|
| What is the recommended course of action (full termination, partial termination, other)? Provide any additional information that supplements an evaluation of this award. | Closed, Expired, Terminated (if none of these, leave blank) | Termination Notice Sent Date | Termination Effective Date | Date at Termination Actions Completed | Dollars Deobligated | OCFO ONLY: Award confirmed as in scope and reported to OPM in counts? | OCFO ONLY: OPM in-scope Report Date | OCFO ONLY: Award action reported to OPM? | OCFO ONLY: OPM Award Action Report Date |
| | | | | | | | | | |

0028

| # | Program/NOFO Name | Link to NOFO | Fiscal Year(s) | # of awards impacted | Total Federal $ Obligation |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

0029

## NOFO Information

| Total Non-Federal $ Cost-Sharing | Description of equity-related requirements | Do the resulting awards contain equity-related activities? |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

0030

| OCFO Only | |
|---|---|
| OCFO Only: Evaluated? | (Optional) Additional Information |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| | |
|---|---|
| **From:** | Cole, Chelsea - OCFO-OCFO |
| **To:** | Armstead, Tunya - FPAC-FSA, DC; Bailey, Melissa - MRP-AMS; Baker, Jessica - FS, VA; Balci, Yilmaz - OCFO-OCFO; Barrack, Leslie - OBPA, DC; Barrie, Chernoh - FS, DC; Belin, Alfort - FS, CA; Berke, Eileen - MRP-APHIS; Blackburn, Crystal - FPAC-FBC, SC; Boonie Michaels, Sarah - OCFO-OCFO; Brown, Glennette - FPAC-FBC, MD; Brown, Melissa - FS, NM; Bruck, Houston - FPAC-FSA, DC; Camacho, Vincent - OSEC, DC; Campbell, Sarah - FPAC-FSA, DC; Castillo, Lucas - FPAC-FBC, DC; Charlton, Ingrid - REE-ARS; Coard, Cedric - OBPA, DC; Cole, Chelsea - OCFO-OCFO; Cronin, Linda - FPAC-FSA, DC; Crooks, Angela - FS, DC; Crozier, Joseph - RD, ID; Dawe, Christine - OSEC, DC; Doyle-Capitman, Catherine - OBPA, DC; Duncan, Natalie - FSIS; Erickson, Hilary - OCP, MO; Farzami, Azine - OGC, DC; Fitzgerald, Lisa - FNS; Fong, Brian - FSIS; Ford, James - FS, FL; Garner, Michelle - FSIS; Garrett, Mark - OGC, DC; Garrett, Melissa - FS, NC; Gilbert, Nancy - MRP-AMS; Griffin, Josiah - OSEC, DC; Hall, Galon - FPAC-FBC, NC; Heiserman, Michael - FPAC-RMA, DC; Hernandez, Celia - OCE, DC; Ibarra, Robert - FPAC-FBC, DC; Jones, Lee - RD, LA; Jones, Samuel - MRP-AMS; Joseph, Martha - FPAC-NRCS, OH; Jowers, Nicholas - MRP-APHIS; Keely, Byron - FS, ID; Kim, Jessie - FSIS, CA; Kline, Charlotte - FPAC-FBC, MO; Kovacs, Tricia - MRP-AMS; Krupen, Russell - OGC, DC; LaValley, Shane - FS, CO; Lear, Monica - OCFO-OCFO; Lesch, Sheree - OPPE, DC; Lichtenstein, Mark - FS, DC; Lippold, Eric - FSIS; Long, Tammie - MRP-APHIS; Lynch, Sarah - MRP-AMS; Monahan, Sean - FNS; Montoya, Donnie - FS, NM; Moore, Michelle - OBPA, DC; Morris, Erin - MRP-AMS; Mosley, Trevon - RD, MO; Nahm, Stephanie - RD, MO; Neely, Kevin - FS, OR; Nelson, Christopher - OBPA, DC; Nevins, Erica - FS, CA; Nicholas, Kenya - OPPE, DC; Nickerson, Cynthia - OCE, DC; Norrell, Joseph - FS, DC; Northrop, Lisa - FS, DC; Nyakatura, Albert - FS, CA; Owens, Nicole - RD, MO; Patrick, Sean - FPAC-RMA, MD; Peranio, Michael - MRP-APHIS; Perry, Andrew - OBPA, DC; Peterson, Steve - FPAC-FSA, DC; Ponti, Jacki - RD, DC; Radcliff, Kim - REE-ARS; Radtke, Meghan - OCE, DC; Rakola, Betsy - OSEC, DC; Ramirez, Lisa - OSEC, DC; Raver, Alexandra - TFAA-FAS, DC; Ricci, Carrie - OGC, DC; Rice, Susan - REE-NIFA; Rich, Lisa - RD, WY; Richards, Jennifer - TFAA-FAS, DC; Rodgers, Lynn - FNS; Royster, Ronald - FPAC-FBC, MO; Scardina, Anthony - FS, DC; Seward, Darby - FS, ID; Sholty, Lynne - FS, MT; SM.OCFO.FFAC; Smith, Matthews - OPPE, DC; Swanchara, Michael - OCFO-OCFO; Tarwater, Robert - MRP-AMS; Thompson, Lucas - FSIS; Trudgeon, Sonya - RD, FL; Turner, Christine - FSIS; Watson, Deborah - REE-ARS; Weeks, Andria - FS, DC; Wei, Lihan - OPPE, DC; White, Jeffrey - FPAC-NRCS, DC; Whitney, Tyson - OCFO-OCFO; Whittaker, Amber - REE-ARS; Whittet, Kimberly - REE-NIFA; Wood, Jaime - OPPE, DC |
| **Subject:** | RE: Data Call: Termination of Climate-Related Awards |
| **Date:** | Thursday, February 27, 2025 4:18:00 PM |
| **Attachments:** | image001.png |
| | image002.png |

Good afternoon all,

As a reminder, this data call, related to the termination of climate-related awards, is due tomorrow, **Friday, February 28, 2025, at COB.** We have not been granted the ability to provide an extension to this activity.

Many thanks to those who have been in touch for resolution of technical or other issues. Please be in touch if you have any questions.

Best regards,
Chelsea

# Chelsea D. Cole, PMP

Federal Financial Assistance Department Policy Lead
Transparency & Accountability Reporting Division | Policy Branch
Office of the Chief Financial Officer

USDA
**U.S. DEPARTMENT OF AGRICULTURE**
1400 Independence Ave, SW Washington DC 20250

---

**From:** Cole, Chelsea - OCFO-OCFO
**Sent:** Monday, February 24, 2025 5:14 PM
**To:** Armstead, Tunya - FPAC-FSA, DC <Tunya.Armstead@usda.gov>; Bailey, Melissa - MRP-AMS

0032

<melissa.bailey@usda.gov>; Baker, Jessica - FS, VA <jessica.baker@usda.gov>; Barrack, Leslie - OBPA, DC <leslie.barrack@usda.gov>; Barrie, Chernoh - FS, DC <Chernoh.Barrie@usda.gov>; Belin, Alfort - FS, CA <alfort.belin@usda.gov>; Berke, Eileen - MRP-APHIS <eileen.m.berke@usda.gov>; Blackburn, Crystal - FPAC-FBC, SC <crystal.blackburn@usda.gov>; Boonie Michaels, Sarah - OCFO-OCFO <Sarah.BoonieMichaels@usda.gov>; Brown, Glennette - FPAC-FBC, MD <Glennette.Brown@usda.gov>; Brown, Melissa - FS, NM <melissa.brown@usda.gov>; Bruck, Houston - FPAC-FSA, DC <houston.bruck@usda.gov>; Camacho, Vincent - OSEC, DC <Vincent.Camacho@usda.gov>; Campbell, Sarah - FPAC-FSA, DC <sarah.campbell@usda.gov>; Castillo, Lucas - FPAC-FBC, DC <Lucas.Castillo@usda.gov>; Charlton, Ingrid - REE-ARS <ingrid.charlton@usda.gov>; Coard, Cedric - OBPA, DC <Cedric.Coard@usda.gov>; Cronin, Linda - FPAC-FSA, DC <linda.cronin@usda.gov>; Crooks, Angela - FS, DC <angela.crooks@usda.gov>; Crozier, Joseph - RD, ID <joseph.crozier@usda.gov>; Dawe, Christine - OSEC, DC <christine.dawe@usda.gov>; Doyle-Capitman, Catherine - OBPA, DC <catherine.doyle-capitman@usda.gov>; Duncan, Natalie - FSIS <natalie.duncan@usda.gov>; Erickson, Hilary - OCP, MO <Hilary.Erickson@usda.gov>; Eskanos, Lily - REE-NIFA <Lily.Eskanos@usda.gov>; Farzami, Azine - OGC, DC <Azine.Farzami@usda.gov>; Fitzgerald, Lisa - FNS <lisa.fitzgerald@usda.gov>; Fong, Brian - FSIS <brian.fong@usda.gov>; Ford, James - FS, FL <james.ford2@usda.gov>; Fowler, Linda - REE-NIFA <Linda.Fowler@usda.gov>; Garner, Michelle - FSIS <Michelle.Garner@usda.gov>; Garrett, Mark - OGC, DC <mark.garrett@usda.gov>; Garrett, Melissa - FS, NC <Melissa.Garrett@usda.gov>; Gilbert, Nancy - MRP-AMS <Nancy.Gilbert@usda.gov>; Griffin, Josiah - OSEC, DC <Josiah.Griffin@usda.gov>; Hall, Galon - FPAC-FBC, NC <galon.hall@usda.gov>; Heiserman, Michael - FPAC-RMA, DC <Michael.Heiserman@usda.gov>; Hernandez, Celia - OCE, DC <celia.hernandez@usda.gov>; Ibarra, Robert - FPAC-FBC, DC <robert.ibarra@usda.gov>; Jones, Lee - RD, LA <lee.jones@usda.gov>; Jones, Samuel - MRP-AMS <Samuel.Jones@usda.gov>; Joseph, Martha - FPAC-NRCS, OH <martha.joseph@usda.gov>; Jowers, Nicholas - MRP-APHIS <nicholas.a.jowers@usda.gov>; Keely, Byron - FS, ID <byron.keely@usda.gov>; Kim, Jessie - FSIS, CA <Jessie.Kim@usda.gov>; Kline, Charlotte - FPAC-FBC, MO <charlotte.kline@usda.gov>; Kovacs, Tricia - MRP-AMS <tricia.kovacs@usda.gov>; Krupen, Russell - OGC, DC <Russell.Krupen@usda.gov>; LaValley, Shane - FS, CO <shane.lavalley@usda.gov>; Lesch, Sheree - OPPE, DC <sheree.lesch@usda.gov>; Lichtenstein, Mark - FS, DC <mark.lichtenstein@usda.gov>; Lippold, Eric - FSIS <Eric.Lippold@usda.gov>; Long, Tammie - MRP-APHIS <tammie.l.long@usda.gov>; Lynch, Sarah - MRP-AMS <Sarah.Lynch@usda.gov>; Monahan, Sean - FNS <sean.monahan@usda.gov>; Montoya, Donnie - FS, NM <Donaciano.Montoya@usda.gov>; Moore, Michelle - OBPA, DC <Michelle.Moore@usda.gov>; Morris, Erin - MRP-AMS <Erin.Morris@usda.gov>; Mosley, Trevon - RD, MO <trevon.mosley@usda.gov>; Nahm, Stephanie - RD, MO <stephanie.nahm@usda.gov>; Neely, Kevin - FS, OR <kevin.neely@usda.gov>; Nelson, Christopher - OBPA, DC <christopher.nelson@usda.gov>; Nevins, Erica - FS, CA <erica.nevins@usda.gov>; Nicholas, Kenya - OPPE, DC <kenya.nicholas@usda.gov>; Nickerson, Cynthia - OCE, DC <cynthia.nickerson@usda.gov>; Norrell, Joseph - FS, DC <joseph.norrell@usda.gov>; Northrop, Lisa - FS, DC <lisa.northrop@usda.gov>; Nyakatura, Albert - FS, CA <Albert.Nyakatura1@usda.gov>; Owens, Nicole - RD, MO <nicole.owens@usda.gov>; Patrick, Sean - FPAC-RMA, MD <sean.patrick@usda.gov>; Peranio, Michael - MRP-APHIS <michael.g.peranio@usda.gov>; Perry, Andrew - OBPA, DC <andrew.perry@usda.gov>; Peterson, Steve - FPAC-FSA, DC <steve.peterson2@usda.gov>; Ponti, Jacki - RD, DC <jacki.ponti@usda.gov>; Radcliff, Kim - REE-ARS <kim.radcliff@usda.gov>; Radtke, Meghan - OCE, DC <Meghan.Radtke@usda.gov>; Rakola, Betsy -

OSEC, DC <betsy.rakola@usda.gov>; Ramirez, Lisa - OSEC, DC <Lisa.Ramirez@usda.gov>; Raver, Alexandra - TFAA-FAS, DC <Alexandra.Raver@usda.gov>; Ricci, Carrie - OGC, DC <Carrie.Ricci1@usda.gov>; Rice, Susan - REE-NIFA <susan.rice@usda.gov>; Rich, Lisa - RD, WY <Lisa.Rich2@usda.gov>; Richards, Jennifer - TFAA-FAS, DC <Jennifer.Richards@usda.gov>; Rodgers, Lynn - FNS <lynn.rodgers@usda.gov>; Royster, Ronald - FPAC-FBC, MO <ronald.royster@usda.gov>; Scardina, Anthony - FS, DC <anthony.scardina@usda.gov>; Seward, Darby - FS, ID <Darby.Seward@usda.gov>; Sholty, Lynne - FS, MT <lynne.sholty@usda.gov>; SM.OCFO.FFAC <FFAC@usda.gov>; Smith, Matthews - OPPE, DC <matthews.smith@usda.gov>; Swanchara, Michael - OCFO-OCFO <michael.swanchara@usda.gov>; Tarwater, Robert - MRP-AMS <Robert.Tarwater@usda.gov>; Thompson, Lucas - FSIS <Lucas.Thompson2@usda.gov>; Trudgeon, Sonya - RD, FL <sonya.trudgeon@usda.gov>; Turner, Christine - FSIS <Christine.Turner@usda.gov>; Watson, Deborah - REE-ARS <deborah.watson@usda.gov>; Weeks, Andria - FS, DC <andria.weeks@usda.gov>; White, Jeffrey - FPAC-NRCS, DC <jeffrey.white2@usda.gov>; Whitney, Tyson - OCFO-OCFO <Tyson.Whitney@usda.gov>; Whittaker, Amber - REE-ARS <amber.whittaker@usda.gov>; Whittet, Kimberly - REE-NIFA <kimberly.whittet@usda.gov>; Wood, Jaime - OPPE, DC <Jaime.Wood@usda.gov>
**Subject:** RE: Data Call: Termination of Climate-Related Awards

Good afternoon,

Thank you to those who were able to join on this morning's office hours related to this data call. Responses to the questions asked on the call will be provided as soon as they are available. We look forward to sending you that information.

As mentioned, following are additional topic areas and search terms for this data call that leadership has requested be transmitted to USDA agencies and staff offices:

1. Climate consulting services
2. Climate modeling and technology platforms
3. Climate and emission analysis, evaluation, tracking, and reporting
4. Environmental justice and urban planning
5. Climate smart agriculture and land use that does not directly benefit farmers
6. Sustainable construction and green infrastructure
7. Carbon pricing and market mechanics
8. Corporate and Financial Climate Accountability (e.g., climate risk disclosures, standards, divestments)
9. Renewable energy modernization that does not directly benefit farmers
10. Climate adaption and resilience planning
11. Biodiversity and ecosystem resilience related to climate change
12. Low carbon mobility
13. Environmental education/workforce training
14. International climate cooperation or climate related overseas investments
15. Climate change related public health initiatives
16. Sustainable finance and green banking

Best regards,
Chelsea

## Chelsea D. Cole, PMP

Federal Financial Assistance Department Policy Lead
Transparency & Accountability Reporting Division | Policy Branch
Office of the Chief Financial Officer

**USDA**
**U.S. DEPARTMENT OF AGRICULTURE**
1400 Independence Ave, SW Washington DC 20250

---

**From:** Cole, Chelsea - OCFO-OCFO
**Sent:** Friday, February 21, 2025 5:10 PM
**To:** Armstead, Tunya - FPAC-FSA, DC <Tunya.Armstead@usda.gov>; Bailey, Melissa - MRP-AMS <melissa.bailey@usda.gov>; Baker, Jessica - FS, VA <jessica.baker@usda.gov>; Barrack, Leslie - OBPA, DC <leslie.barrack@usda.gov>; Barrie, Chernoh - FS, DC <Chernoh.Barrie@usda.gov>; Belin, Alfort - FS, CA <alfort.belin@usda.gov>; Berke, Eileen - MRP-APHIS <eileen.m.berke@usda.gov>; Blackburn, Crystal - FPAC-FBC, SC <crystal.blackburn@usda.gov>; Boonie Michaels, Sarah - OCFO-OCFO <Sarah.BoonieMichaels@usda.gov>; Brown, Glennette - FPAC-FBC, MD <Glennette.Brown@usda.gov>; Brown, Melissa - FS, NM <melissa.brown@usda.gov>; Bruck, Houston - FPAC-FSA, DC <houston.bruck@usda.gov>; Camacho, Vincent - OSEC, DC <Vincent.Camacho@usda.gov>; Campbell, Sarah - FPAC-FSA, DC <sarah.campbell@usda.gov>; Castillo, Lucas - FPAC-FBC, DC <Lucas.Castillo@usda.gov>; Charlton, Ingrid - REE-ARS <ingrid.charlton@usda.gov>; Coard, Cedric - OBPA, DC <Cedric.Coard@usda.gov>; Cole, Chelsea - OCFO-OCFO <Chelsea.Cole@usda.gov>; Cronin, Linda - FPAC-FSA, DC <linda.cronin@usda.gov>; Crooks, Angela - FS, DC <angela.crooks@usda.gov>; Crozier, Joseph - RD, ID <joseph.crozier@usda.gov>; Dawe, Christine - OSEC, DC <christine.dawe@usda.gov>; Doyle-Capitman, Catherine - OBPA, DC <catherine.doyle-capitman@usda.gov>; Duncan, Natalie - FSIS <natalie.duncan@usda.gov>; Erickson, Hilary - OCP, MO <Hilary.Erickson@usda.gov>; Eskanos, Lily - REE-NIFA <Lily.Eskanos@usda.gov>; Farzami, Azine - OGC, DC <Azine.Farzami@usda.gov>; Fitzgerald, Lisa - FNS <lisa.fitzgerald@usda.gov>; Fong, Brian - FSIS <brian.fong@usda.gov>; Ford, James - FS, FL <james.ford2@usda.gov>; Fowler, Linda - REE-NIFA <Linda.Fowler@usda.gov>; Garner, Michelle - FSIS <Michelle.Garner@usda.gov>; Garrett, Mark - OGC, DC <mark.garrett@usda.gov>; Garrett, Melissa - FS, NC <Melissa.Garrett@usda.gov>; Gilbert, Nancy - MRP-AMS <Nancy.Gilbert@usda.gov>; Griffin, Josiah - OSEC, DC <Josiah.Griffin@usda.gov>; Hall, Galon - FPAC-FBC, NC <galon.hall@usda.gov>; Heiserman, Michael - FPAC-RMA, DC <Michael.Heiserman@usda.gov>; Hernandez, Celia - OCE, DC <celia.hernandez@usda.gov>; Ibarra, Robert - FPAC-FBC, DC <robert.ibarra@usda.gov>; Jones, Lee - RD, LA <lee.jones@usda.gov>; Jones, Samuel - MRP-AMS <Samuel.Jones@usda.gov>; Joseph, Martha - FPAC-NRCS, OH <martha.joseph@usda.gov>; Jowers, Nicholas - MRP-APHIS <nicholas.a.jowers@usda.gov>; Keely, Byron - FS, ID <byron.keely@usda.gov>; Kim, Jessie - FSIS, CA <Jessie.Kim@usda.gov>; Kline, Charlotte - FPAC-FBC, MO <charlotte.kline@usda.gov>; Kovacs, Tricia - MRP-AMS

<tricia.kovacs@usda.gov>; Krupen, Russell - OGC, DC <Russell.Krupen@usda.gov>; LaValley, Shane - FS, CO <shane.lavalley@usda.gov>; Lesch, Sheree - OPPE, DC <sheree.lesch@usda.gov>; Lichtenstein, Mark - FS, DC <mark.lichtenstein@usda.gov>; Lippold, Eric - FSIS <Eric.Lippold@usda.gov>; Long, Tammie - MRP-APHIS <tammie.l.long@usda.gov>; Lynch, Sarah - MRP-AMS <Sarah.Lynch@usda.gov>; Monahan, Sean - FNS <sean.monahan@usda.gov>; Montoya, Donnie - FS, NM <Donaciano.Montoya@usda.gov>; Moore, Michelle - OBPA, DC <Michelle.Moore@usda.gov>; Morris, Erin - MRP-AMS <Erin.Morris@usda.gov>; Mosley, Trevon - RD, MO <trevon.mosley@usda.gov>; Nahm, Stephanie - RD, MO <stephanie.nahm@usda.gov>; Neely, Kevin - FS, OR <kevin.neely@usda.gov>; Nelson, Christopher - OBPA, DC <christopher.nelson@usda.gov>; Nevins, Erica - FS, CA <erica.nevins@usda.gov>; Nicholas, Kenya - OPPE, DC <kenya.nicholas@usda.gov>; Nickerson, Cynthia - OCE, DC <cynthia.nickerson@usda.gov>; Norrell, Joseph - FS, DC <joseph.norrell@usda.gov>; Northrop, Lisa - FS, DC <lisa.northrop@usda.gov>; Nyakatura, Albert - FS, CA <Albert.Nyakatura1@usda.gov>; Owens, Nicole - RD, MO <nicole.owens@usda.gov>; Patrick, Sean - FPAC-RMA, MD <sean.patrick@usda.gov>; Peranio, Michael - MRP-APHIS <michael.g.peranio@usda.gov>; Perry, Andrew - OBPA, DC <andrew.perry@usda.gov>; Peterson, Steve - FPAC-FSA, DC <steve.peterson2@usda.gov>; Ponti, Jacki - RD, DC <jacki.ponti@usda.gov>; Radcliff, Kim - REE-ARS <kim.radcliff@usda.gov>; Radtke, Meghan - OCE, DC <Meghan.Radtke@usda.gov>; Rakola, Betsy - OSEC, DC <betsy.rakola@usda.gov>; Ramirez, Lisa - OSEC, DC <Lisa.Ramirez@usda.gov>; Raver, Alexandra - TFAA-FAS, DC <Alexandra.Raver@usda.gov>; Ricci, Carrie - OGC, DC <Carrie.Ricci1@usda.gov>; Rice, Susan - REE-NIFA <susan.rice@usda.gov>; Rich, Lisa - RD, WY <Lisa.Rich2@usda.gov>; Richards, Jennifer - TFAA-FAS, DC <Jennifer.Richards@usda.gov>; Rodgers, Lynn - FNS <lynn.rodgers@usda.gov>; Royster, Ronald - FPAC-FBC, MO <ronald.royster@usda.gov>; Scardina, Anthony - FS, DC <anthony.scardina@usda.gov>; Seward, Darby - FS, ID <Darby.Seward@usda.gov>; Sholty, Lynne - FS, MT <lynne.sholty@usda.gov>; SM.OCFO.FFAC <FFAC@usda.gov>; Smith, Matthews - OPPE, DC <matthews.smith@usda.gov>; Swanchara, Michael - OCFO-OCFO <michael.swanchara@usda.gov>; Tarwater, Robert - MRP-AMS <Robert.Tarwater@usda.gov>; Thompson, Lucas - FSIS <Lucas.Thompson2@usda.gov>; Trudgeon, Sonya - RD, FL <sonya.trudgeon@usda.gov>; Turner, Christine - FSIS <Christine.Turner@usda.gov>; Watson, Deborah - REE-ARS <deborah.watson@usda.gov>; Weeks, Andria - FS, DC <andria.weeks@usda.gov>; White, Jeffrey - FPAC-NRCS, DC <jeffrey.white2@usda.gov>; Whitney, Tyson - OCFO-OCFO <Tyson.Whitney@usda.gov>; Whittaker, Amber - REE-ARS <amber.whittaker@usda.gov>; Whittet, Kimberly - REE-NIFA <kimberly.whittet@usda.gov>; Wood, Jaime - OPPE, DC <Jaime.Wood@usda.gov>

**Subject:** Data Call: Termination of Climate-Related Awards

**Importance:** High

Good afternoon all,

OCFO has been asked to issue a data call to identify certain climate-related awards for termination. Please see below for the scope and action items directed by executive leadership at this time.

**Scope**

1. Grants, cooperative agreements, and similar arrangements (e.g., mutual interest

agreements) that are currently active (in their period of performance).

2. Awards which include, fund, or otherwise support climate-related activities which do not demonstrably directly or indirectly benefit farmers, ranchers, or producers. This may include awards that fund, for example:
   a. Climate consulting services;
   b. Climate modeling, tracking, or other technology platforms or solutions;
   c. The authoring of a report not anticipated to benefit farmers, ranchers, or producers;
   d. Climate-friendly facilities/construction; and,
   e. Any other kinds of analysis, evaluation, or reporting.

*\*\*\*This list is not exhaustive but meant to be illustrative of the focus of this exercise.\*\*\**

**Action Items**

Enter the following information on your agency or staff office's tab of the Termination of Climate-Related Awards spreadsheet:

1. For each identified award, provide the required basic award data (see Columns A through R)
   a. Note: This is a subset of the mandatory data reported for DATA Act, so agencies/offices should be able to quickly provide this information
2. For each identified award, complete the evaluation questions (see Columns S through X)
3. *(If applicable)* If the award is expired, enter "Expired (Date)" in Column Y

**Notes**

1. As agencies complete Columns W and X, look for commonalities between awards. For example, if an agency identifies 50 awards that all include the same climate activities (in Column W), where the recommended course of action (in Column X) is exactly the same, agencies/offices may copy and paste the same responses in Columns W and X for all 50 awards. This direction is provided to ensure that evaluation progresses expediently and in a common-sense manner.
2. We recommend opening the spreadsheet in Desktop View (not Browser View) for ease of data entry and evaluation.
3. Once the above steps are completed, email FFAC@usda.gov to confirm completion, and then ***do not take any further action at this time. Do not terminate any awards at this time. All terminations must first be approved by OSEC.***

**Additional Information**

Agencies and staff offices are expected to complete this review by next **Friday, February 28, 2025.** During the course of this activity, daily progress is expected. To reiterate, once agencies and staff offices complete their review, confirm completion by emailing FFAC@usda.gov.

Office hours will be scheduled for Monday to support the expedient completion of this data call.

Best regards,

Chelsea

## Chelsea D. Cole, PMP

Federal Financial Assistance Department Policy Lead
Transparency & Accountability Reporting Division | Policy Branch
Office of the Chief Financial Officer

**USDA** U.S. DEPARTMENT OF AGRICULTURE
1400 Independence Ave, SW Washington DC 20250

0038

## Award-Level Data

| Award ID (FAIN) | (If Applicable) Award URI | Disaster Emergency Fund Code (DEFC) | Total Federal Obligated Amount | Total Outlayed Amount | Total Non-Federal Funds Amount | Award Execution Date (Base Action Date) | Period of Performance Start Date | Period of Performance End Date | Recipient UEI | Recipient Name (should match SAM.gov) | Recipient Business Location Country | Recipient Business Location - U.S. State (If applicable) | Primary Place of Performance Country | Primary Place of Performance - State Name (If Applicable) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

0039

| | | Evaluation of Award | | | |
|---|---|---|---|---|---|
| Assistance Listing (CFDA) Number(s) | Assistance Type Code (DATA Act) | Prime Award Base Transaction Description Transaction Description (DATA Act, or provided by agency/staff office) | Is this already reported on the Termination of Equity Awards spreadsheet? (Yes/No) | Is this activity required by statute? | (If applicable) Did the NOFO specifically fund climate-related activities that do not demonstrably directly or indirectly benefit farmers, ranchers, or producers? | Is the entire award climate-related? (Yes/No) | Can the climate-related portion of the award be readily identified and removed/halted? If so, would the remaining award be able to meaningfully contribute to the intent of the funds and the overall program the award was issued under? Provide a justification. |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

|  | Actions Taken | | | | | OCFO ONLY | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| What is the recommended course of action (full termination, partial termination, other)? Provide any additional information that supplements an evaluation of this award. | Closed, Expired, Terminated (if none of these, leave blank) | Termination Notice Sent Date | Termination Effective Date | Date all Termination Actions Completed | Dollars Deobligated | OCFO ONLY: Award confirmed as in-scope? | OCFO ONLY: Determination Date | OCFO ONLY: Award action reported to DOGE? | OCFO ONLY: DOGE Award Action Report Date |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |