UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| URBAN SUSTAINABILITY DIRECTORS NETWORK, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BROOKE ROLLINS, Secretary of Agriculture, et al.,<br><br>    Defendants. | Civil Action No. 25-1775 (BAH) |

## JOINT STATUS REPORT

Pursuant to the Court's October 2, 2025 Minute Order, the parties respectfully submit this joint status report.

**Defendant's Statement**

As stated in their motion to extend nunc pro tunc (ECF No. 43), Defendants will be supplementing the administrative record no later than December 22, 2025.  Defendants agree to Plaintiffs' proposal, *see* ECF No. 44, that they have until January 12, 2026, to review Defendants' supplement and determine whether they believe any additional proceedings prior to summary judgment are needed.  Defendants respectfully propose that the Court order a further Joint Status Report on January 26, 2026.  This proposal affords the parties time to confer on any remaining issues regarding Defendant's supplemental administrative records and propose a briefing schedule to address all outstanding issues, including summary judgment litigation.

**Plaintiff's Statement**

Dated: December 18, 2025                                     Respectfully submitted,

/s/ Holly Bainbridge                          JEANINE FERRIS PIRRO
Holly Bainbridge (*pro hac vice*)             United States Attorney
David S. Muraskin (DC Bar No. 1012451)
FarmSTAND                                     */s/ John J. Bardo*
712 H Street NE                               John J. Bardo, DC Bar #1655534
Suite 2534                                    Assistant United States Attorney
Washington, DC 20002                          601 D Street, NW
(202) 595-8816                                Washington, DC 20530
holly@farmstand.org                           (202) 252-2539
david@farmstand.org

Carrie Apfel (DC Bar No. 974342)              *Counsel for Defendants*
Earthjustice
1001 G Street, NW, Suite 1000
Washington, DC  20001
(202) 667-4500
capfel@earthjustice.org

Scott W. Carlson (pro hac vice)
Benjamin E. Apple (pro hac vice)
Farmers Justice Center
6 Fifth Street West
Suite 650
St. Paul, MN 55102
(651) 204-1664
scott.carlson@farmersjustice.org
ben.apple@farmersjustice.org

*Counsel for Plaintiffs*