IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| URBAN SUSTAINABILITY DIRECTORS NETWORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-1775-BAH |

**CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Tyson Whitney, Director of the Transparency and Accountability Reporting Division (TARD), Office of the Chief Financial Officer, United States Department of Agriculture, certify that, to the best of my knowledge, based on information obtained during the performance of my official duties as the Director of TARD, the attached documents constitute non-privileged documents that, in conjunction with documents previously provided, were considered in connection with the Department's termination of Plaintiffs' Federal financial assistance awards or are otherwise relevant to the litigation, as agreed upon by the parties.

Executed this 25th day of January 2026, in Washington, DC.

_____

Tyson Whitney