**I. Regulations, Memoranda, and E-mails**

1. Office of Budget and Program Analysis Flow Chart (February 14, 2025)......................593
2. USDA DEI Termination Template (June 18, 2025)........................................................594
3. USDA Climate Termination Template (March 30, 2025)...............................................596

**II. Individual Awards**

<u>Forest Service Award to Urban Sustainability Directors Network (24-CA-11132544-016)</u>

1. Notice of Funding Opportunity: 2023 Inflation Reduction Act for Urban and Community Forestry (Last Updated: April 12, 2023).........................................................................598

<u>National Institute of Food and Agriculture Award to Agroecology Commons (2023-33800-40420)</u>

1. Agroecology Commons Grant Proposal (October 7, 2022) ...........................................610

<u>National Institute of Food and Agriculture Award to Providence Farm Collective Corp. (2023-49400-40904)</u>

1. Providence Farm Collective Corp. Grant Proposal (April 19, 2023) .............................681

<u>Farm Service Agency Award to Agroecology Commons (FSA24GRA0011610)</u>

1. Press Release (June 17, 2025).......................................................................................739