**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| URBAN SUSTAINABILITY DIRECTORS NETWORK, *et al.*, |
| Plaintiffs, |
| v. |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, |
| Defendants. |

Civil Action No. 25-1775 (BAH)

Judge Beryl A. Howell

**ORDER**

Upon consideration of plaintiffs' Motion for Leave to File Amended Complaint, ECF No. 62, and Land Access Program Plaintiffs' Motion for a Preliminary Injunction, ECF No. 63; the legal memoranda, declarations and exhibits submitted in support and opposition to both motions; and the entire case record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby—

**ORDERED** that plaintiffs' Motion for Leave to File Amended Complaint, ECF No. 62, is **GRANTED**; it is further

**ORDERED** that Land Access Program Plaintiffs' Motion for a Preliminary Injunction, ECF No. 63, is **GRANTED**; it is further

**ORDERED** that defendants' terminations of Land Access Program Plaintiffs' twenty-four grant awards are preliminarily **VACATED**; it is further

**ORDERED** that defendants, their officers, agents, employees, attorneys, and all others in active concert or participation with them, are preliminarily **ENJOINED** from giving any effect to the terminations or announced imminent terminations of Land Access Program Plaintiffs' twenty-four grant awards; it is further

1

**ORDERED** that defendants, their officers, agents, employees, attorneys, and all others in active concert or participation with them, shall **REINSTATE** Land Access Program Plaintiffs' twenty-four grant awards; it is further

**ORDERED** that defendants shall file a status report with the Court by 5:00 P.M. on July 3, 2026, appraising the Court of their compliance with this Order; and it is further

**ORDERED** that plaintiffs shall, pursuant to Federal Rule of Civil Procedure 65(c), post a bond in the amount of $5.00 with the Clerk of the Court.

This order **SHALL** remain in effect until further order of the Court.

**SO ORDERED.**

Date:  June 30, 2026

_____
**BERYL A. HOWELL**
United States District Judge

2