UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

URBAN SUSTAINABILITY DIRECTOR'S
NETWORK et al.,

Plaintiff,

v.

BROOKE ROLLINS, Secretary of
Agriculture, et al.,

Defendant.

Civil Action No. 25-1775 (BAH)

## STATUS REPORT

Pursuant to the Court's order at ECF No. 80 granting Plaintiffs' motion for preliminary injunction, Defendants respectfully submit this status report.

Defendants have implemented the Court's order and sent Plaintiffs letters informing them their grants have been reinstated and that the prior terminations have been given no effect. An example of the letters that Defendants sent is attached to this filing.

Dated: July 3, 2026
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: _____*/s/ John J. Bardo*_____
    JOHN J. BARDO, D.C. Bar #1655534
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 870-6770

*Attorneys for the United States of America*