**Farm Service Agency**
U.S. DEPARTMENT OF AGRICULTURE

**Office of the Administrator**
Mail Stop 0501
1400 Independence Avenue, SW
Washington, D.C. 20250-0501

Iowa Valley RC&D
Mr. Jason Grimm, Executive Director
█████████
Amana, IA ███

July 2, 2026

RE: FSA24GRA0011571

Dear Jason Grimm,

On March 23, 2026, you received a letter from FSA terminating your Increasing Land, Capital, and Market Access Program award agreement, FSA24GRA0011571.

Pursuant to the preliminary injunction granted in *Urban Sustainability Directors Network, et al. v. USDA, et al.* on June 30, 2026, your Increasing Land, Capital, and Market Access Program award agreement has been reinstated effective July 2, 2026. Please note that while the preliminary injunction is in effect, the previously issued termination letter will not be given any effect.

In the coming week, FSA program staff will contact you to discuss your project activities and the status of those activities in your Increasing Land, Capital, and Market Access Program award agreement.

*Kimberly Graham*

**Kimberly Graham**
*Acting Associate Administrator*

**Farm Service Agency**
USDA is an equal opportunity provider, employer, and lender.