UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

URBAN SUSTAINABILITY DIRECTOR'S
NETWORK et al.,

      Plaintiff,

    v.

BROOKE ROLLINS, Secretary of
Agriculture, et al.,

      Defendants.

Civil Action No. 25-1775 (BAH)

## RESPONSE TO THE COURT'S JULY 14, 2026 MINUTE ORDER

Pursuant to the Court's July 16, 2026 minute order directing Defendants to by "July 20, 2026, to provide a response or otherwise explain why defendants failed to schedule plaintiffs' proposed meet and confers 'or even follow-up with alternative times.'" Defendants state as follows.

1.      On July 6, 2026 Defendants proposed a meet and confer to discuss, among other subjects, ways to improve efficiencies in discovery. Defendants proposed July 8 for the meet and confer.

2.      The parties were unable to agree on a time on July 8 that worked for all attorneys and staff that needed to participate. Defendants and their counsel subsequently got distracted with other business involving this case and others and, at that time, did not propose alternative dates.

3.      Earlier today, the parties held a meet and confer which lasted nearly two hours. The parties discussed proposals for prioritizing certain productions, and also agreed to identify a fixed, recurring time for bi-weekly meet and confers going forward,

Dated: July 20, 2026
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:          */s/ John J. Bardo*
    JOHN J. BARDO, D.C. Bar #1655534
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 870-6770

*Attorneys for the United States of America*

2