UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

URBAN SUSTAINABILITY DIRECTORS
NETWORK et al.,

    *Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF
AGRICULTURE, et al.,

    *Defendants*.

Case No. 1:25-cv-01775-BAH

**DECLARATION OF DAVID S. MURASKIN IN SUPPORT OF PLAINTIFFS'
RESPONSE TO DEFENDANTS' MOTION TO VACATE AND CROSS-MOTION FOR
SANCTIONS AND ADDITIONAL DISCOVERY**

I, David S. Muraskin, declare as follows:

1.  I am an attorney at FarmSTAND, and one of the lawyers representing Plaintiffs in the above-captioned action. Through that role, I am very familiar with the materials produced in this case. This declaration is based on my personal knowledge, and if called to testify, I could testify competently to the matters described below.

2.  Attached as Exhibit A to this declaration is a true and correct copy of the document starting at Bates label USDA 002978, which Defendants produced in this matter.

3.  Attached as Exhibit B to this declaration is a true and correct copy of the document starting at Bates label USDA 002344, which Defendants produced in this matter.

4.  My understanding is that Defendants have produced a compete response to Plaintiffs' Second Interrogatory except that they subsequently identified six grants that should have been included in Defendants' response. With the exception of adding those grants to Defendants' response and Defendants needing to provide the appropriate certification, Defendants have

provided no reason for Plaintiffs to believe their response to Plaintiffs' Second Interrogatory is incomplete.

5. My understanding is that Defendants have produced all termination letters of grants terminated based on form letters equivalent to those received by Plaintiffs, *e.g.*, where the grants were terminated because they are DEI- or climate-related. Defendants have provided no reason to believe their production of this material is incomplete.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of July in Washington, District of Columbia.

/s/ David S. Muraskin
David S. Muraskin

## INDEX OF EXHIBITS

Exhibit A                              USDA 002978-79

Exhibit B                              USDA002344–46