# Exhibit A

Message
_____

| | |
|---|---|
| **From:** | White, Jeffrey - FPAC-NRCS, DC [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=57E6805226A84B5785AB4352152BC243-JEFFREY.WHI] |
| **Sent:** | 1/23/2025 3:38:32 PM |
| **To:** | Woodrich, Karen - FPAC-NRCS, DC [karen.woodrich@usda.gov]; Cruz-Arroyo, Luis - FPAC-NRCS, PR [luis.cruz-arroyo@usda.gov] |
| **Subject:** | RE: Urgent: New Daily Data Call and Direction to Terminate Specific Awards |
| **Attachments:** | 2025-01-23 Termination of Equity Awards.xlsx |

Karen and Luis,

Angela, Crystal Blackburn, Geno, Shiromi, Martha and I were just on a call to discuss termination of DEI agreements per a recent EO. Per the attached, NRCS has 19 agreements for a little more than $10M that will need to be terminated right away. Total for all agencies is $588M.

Beginning today, agencies will provide daily progress updates at 1 pm ET. I will continue to work with Crystal and others to assist as needed to implement the EO and will keep you posted as we progress.

Jeff

Jeff White
(he/him/his)
Programs

Room 4552-S
1400 Independence Ave., SW
Washington, DC 20250

202-617-5906
jeffrey.white2@usda.gov

-----Original Appointment-----
**From:** Cole, Chelsea - OCFO-OCFO <Chelsea.Cole@usda.gov>
**Sent:** Thursday, January 23, 2025 8:38 AM
**To:** Bozoian, Eric - MRP-AMS; Gilbert, Nancy - MRP-AMS; Lynch, Sarah - MRP-AMS; Tarwater, Robert - MRP-AMS; Berke, Eileen - MRP-APHIS; Long, Tammie - MRP-APHIS; Jowers, Nicholas - MRP-APHIS; Barrie, Chernoh - FS, DC; Belin, Alfort - FS, CA; Crooks, Angela - FS, DC; LaValley, Shane - FS, CO; Montoya, Donnie - FS, NM; Nyakatura, Albert - FS, CA; Seward, Darby - FS, ID; Sholty, Lynne - FS, MT; Rice, Susan - REE-NIFA; Whittet, Kimberly - REE-NIFA; Joseph, Martha - FPAC-NRCS, OH; White, Jeffrey - FPAC-NRCS, DC; Kim, Jessie - OPPE, CA; Lesch, Sheree - OPPE, DC; Smith, Matthews - OPPE, DC; Wood, Jaime - OPPE, DC; Blackburn, Crystal - FPAC-FBC, SC
**Cc:** Peranio, Michael - MRP-APHIS
**Subject:** Urgent: New Daily Data Call and Direction to Terminate Specific Awards
**When:** Thursday, January 23, 2025 10:00 AM-10:30 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting
**Importance:** High

USDA received direction last night on the implementation of the recent EO, *Ending Radical and Wasteful Government DEI Program and Preferencing*. This is a meeting for the specific agencies and staff offices who will be required to complete a daily data call and take action to terminate specific awards. <u>The list will be provided prior to the meeting.</u>

**Leads must attend or send a proxy. The data call will be due to OCFO by 1pm every day, starting today.**

USDA002978

This meeting will not be recorded.

---

# Microsoft Teams Need help?

## Join the meeting now

Meeting ID: 287 058 893 298

Passcode: Mr2Cb27N

---

**Dial in by phone**

+1 202-650-0123,,133728529# United States, Washington

Find a local number

Phone conference ID: 133 728 529#

For organizers: Meeting options | Reset dial-in PIN

---