# Exhibit B

Message

---

| | |
|---|---|
| **From:** | Moaney, Lynn - OCFO-OCFO [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6bbb3667d5344367b19718cba5ca6b69-Lynn.Moaney] |
| **Sent:** | 2/14/2025 9:04:24 PM |
| **To:** | Cole, Michael - OSEC, DC [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=55bac3068db141768d14c695d0766793-ea547a17-23]; Kliger, Gavin - OSEC, DC [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=934307af6f264dd48816307cf7afffbf-1a06c2fe-a4]; Buller, Kailee - OSEC, DC [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5f784248fa8b4ecdbb5beea12377680d-058983ed-18]; Tiller, Jennifer - OSEC, DC [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d1b7b64780504bdca4915f61070151dc-8c7da4bd-fa]; Linden, Ralph - OGC, DC [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=28644e2dcf044672b99bef98e603b95d-12a15d57-34] |
| **CC:** | Rapp, John - OBPA, DC [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9e9735a7e569451b8c7a3219056f1100-jmrapp]; Raymond, Lance - OCFO-FMS, New Orleans, LA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=44e544ebfd8647cfbc40d853efc19d5e-Lance.Raymo]; Pletcher Rice, Mary - FS, DC [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1e91dd81bc6e4faca9399c9f1e281cf9-Mary.Pletch]; Allen, Matt - OHS, DC [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4b4c2bac0a8045d88b09cfa244043f64-Matt.Allen]; Cole, Chelsea - OCFO-OCFO [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d883c143456c4a6f87bc3ae5218e43a6-ChelseaCole]; Whitney, Tyson - OCFO-OCFO [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f4007ad2a3e74fa5ba0c3bb56907623e-Tyson.Whitn] |
| **Subject:** | RE: For Action: Equity-Related Terminations (Efficiency Team Stretch Goal) |

Thanks.  We will move forward with the agencies based on Gavin's email below

---

**From:** Cole, Michael - OSEC, DC <Michael.P.Cole@usda.gov>
**Sent:** Friday, February 14, 2025 3:23 PM
**To:** Kliger, Gavin - OSEC, DC <Gavin.Kliger@usda.gov>; Moaney, Lynn - OCFO-OCFO <lynn.moaney@usda.gov>; Buller, Kailee - OSEC, DC <Kailee.Buller@usda.gov>; Tiller, Jennifer - OSEC, DC <Jennifer.Tiller@usda.gov>; Linden, Ralph - OGC, DC <Ralph.Linden@usda.gov>
**Cc:** Rapp, John - OBPA, DC <john.rapp@usda.gov>; Raymond, Lance - OCFO-FMS, New Orleans, LA <Lance.Raymond@usda.gov>; Pletcher Rice, Mary - FS, DC <Mary.PletcherRice@usda.gov>; Allen, Matt - OHS, DC <Matt.Allen@usda.gov>
**Subject:** Re: For Action: Equity-Related Terminations (Efficiency Team Stretch Goal)

Great work Lynn and team!  Thank you.

Michael Cole

Senior Team Leader - Government Efficiency



**U.S. DEPARTMENT OF AGRICULTURE**
1400 Independence Ave, SW Washington DC 20250

USDA002344

**From:** Kliger, Gavin - OSEC, DC <Gavin.Kliger@usda.gov>
**Sent:** Friday, February 14, 2025 1:24:25 PM
**To:** Moaney, Lynn - OCFO-OCFO <lynn.moaney@usda.gov>; Buller, Kailee - OSEC, DC <Kailee.Buller@usda.gov>; Tiller, Jennifer - OSEC, DC <Jennifer.Tiller@usda.gov>; Linden, Ralph - OGC, DC <Ralph.Linden@usda.gov>; Cole, Michael - OSEC, DC <Michael.P.Cole@usda.gov>
**Cc:** Rapp, John - OBPA, DC <john.rapp@usda.gov>; Raymond, Lance - OCFO-FMS, New Orleans, LA <Lance.Raymond@usda.gov>; Pletcher Rice, Mary - FS, DC <Mary.PletcherRice@usda.gov>; Allen, Matt - OHS, DC <Matt.Allen@usda.gov>
**Subject:** Re: For Action: Equity-Related Terminations (Efficiency Team Stretch Goal)

Thank you Lynn and team. Great job on these. My personal favorite was "THE PROPOSAL AIMS TO ENHANCE DIVERSITY, EQUITY, INCLUSION, AND ACCESSIBILITY (DEIA) WITHIN INTEGRATED PEST MANAGEMENT (IPM).".

Please consider this email approval for the termination of the identified grants, pursuant to Option 1.

/s/ Gavin Ian Kliger


Note:
Adobe will not allow me to sign the PDF - you must include a signature field and a checkbox field prior to signing yourself. Adobe will not allow me to modify the document (e.g. to add a signature field) once it has been signed by at least one party.

---

**From:** Moaney, Lynn - OCFO-OCFO <lynn.moaney@usda.gov>
**Sent:** Friday, February 14, 2025 1:37 PM
**To:** Buller, Kailee - OSEC, DC <Kailee.Buller@usda.gov>; Tiller, Jennifer - OSEC, DC <Jennifer.Tiller@usda.gov>; Linden, Ralph - OGC, DC <Ralph.Linden@usda.gov>; Kliger, Gavin - OSEC, DC <Gavin.Kliger@usda.gov>; Cole, Michael - OSEC, DC <Michael.P.Cole@usda.gov>
**Cc:** Rapp, John - OBPA, DC <john.rapp@usda.gov>; Raymond, Lance - OCFO-FMS, New Orleans, LA <Lance.Raymond@usda.gov>; Pletcher Rice, Mary - FS, DC <Mary.PletcherRice@usda.gov>; Allen, Matt - OHS, DC <Matt.Allen@usda.gov>
**Subject:** RE: For Action: Equity-Related Terminations (Efficiency Team Stretch Goal)

Resending with "signed" memo.  Please use this version to approve/disapprove

Thanks

---

**From:** Moaney, Lynn - OCFO-OCFO
**Sent:** Friday, February 14, 2025 1:32 PM
**To:** Buller, Kailee - OSEC, DC <Kailee.Buller@usda.gov>; Tiller, Jennifer - OSEC, DC <Jennifer.Tiller@usda.gov>; Linden, Ralph - OGC, DC <Ralph.Linden@usda.gov>; Kliger, Gavin - OSEC, DC <Gavin.Kliger@usda.gov>; Cole, Michael - OSEC, DC <Michael.P.Cole@usda.gov>
**Cc:** Rapp, John - OBPA, DC <john.rapp@usda.gov>; Raymond, Lance - OCFO-FMS, New Orleans, LA <Lance.Raymond@usda.gov>; Pletcher Rice, Mary - FS, DC <Mary.PletcherRice@usda.gov>; Allen, Matt - OHS, DC <Matt.Allen@usda.gov>
**Subject:** FW: For Action: Equity-Related Terminations (Efficiency Team Stretch Goal)
**Importance:** High

USDA002345

Good afternoon,

Please find attached a Decision memorandum (DM) and excel sheet which identifies equity-related awards recommended for full termination. These awards have been identified pursuant to the stretch goal shared by the Efficiency Team, wherein OCFO was asked to identify $100M of estimated deobligations (funds returned to USDA) by today, Friday, February 14, 2025.

**OCFO has met and exceeded this stretch goal** by identifying 30 awards across 5 agencies and 1 staff office, with a total estimated maximum deobligation of $127,758,185.29.

Once OSEC approval is gained on the DM, OCFO will provide official direction to the impacted agencies and staff offices to perform the terminations. We will  also send  an OGC-approved termination template to the agencies and staff office, who will then be required to report their progress during the termination process to OCFO.

Please let me know if you have any questions.

Best regards,

Lynn

USDA002346