**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| URBAN SUSTAINABILITY DIRECTORS NETWORK, et al., | |
| *Plaintiffs*, | Case No. 1:25-cv-01775-BAH |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | |
| *Defendants*. | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SANCTIONS**

Upon consideration of Plaintiffs' Motion for Sanctions, it is hereby

**ORDERED** that the motion is **GRANTED**.

The Court **FINDS** that Defendants engaged in bad faith in withholding discovery responses and the ordered administrative record that tainted the evidentiary record. It **FURTHER FINDS** Defendants lack an innocuous explanation for their conduct. It **FURTHER FINDS** Plaintiffs and the Court are unduly prejudiced by this delay. It **FURTHER FINDS** given the above facts and record a sanction of an adverse inference is just.

Therefore, based on the record the Court **ORDERS** that it is established Defendants had a policy to terminate DEI- and climate-related grants solely based on the presence of DEI- or climate-related terms in the grant material, which resulted in the termination of the grants identified in response to Plaintiffs' Second Interrogatory. It **FURTHER ORDERS** that to the extent Defendants seek to rebut the presence or effect of that policy in individual instances, Defendants may rely upon no other evidence than what is in the grants' termination letters.

It is furthered **ORDERED** that Defendants must pay Plaintiffs' attorneys' fees for

1

preparing this motion. Within five business days of this order, Plaintiffs shall provide Defendants the hours spent on this motion and relevant years of experience, and Defendants will compensate Plaintiffs for their time spent using the United States Department of Justice's Fitzpatrick Matrix.

Dated: _____, 2026

THE HON. BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE

DATED: July 28, 2026

Respectfully submitted,

/s/ David S. Muraskin
David S. Muraskin
DC Bar No. 1012451
Holly Bainbridge
CA Bar No. 323201 (*Pro Hac Vice*)
Hannah Wolf
TX Bar. No. 24137413 (*Pro Hac Vice*)
FarmSTAND
712 H Street NE, Suite 2534
Washington, DC 20002
(202) 595-8816
david@farmstand.org
holly@farmstand.org
hannah@farmstand.org

Carrie Apfel
DC Bar No. 974342
Earthjustice
1001 G Street, NW, Suite 1000
Washington, DC 20001
(202) 667-4500
capfel@earthjustice.org

Scott W. Carlson
MN Bar No. 338400 (*Pro Hac Vice*)
Benjamin E. Apple
NC Bar No. 52009 (*Pro Hac Vice*)
Farmers Justice Center
6 Fifth Street West, Suite 650
St. Paul, MN 55102
(651) 204-1664
scott.carlson@farmersjustice.org
ben.apple@farmersjustice.org

*Counsel for all Plaintiffs*

Ben Grillot
D.C. Bar. No. 982114
SOUTHERN ENVIRONMENTAL LAW
CENTER
500 New Jersey Ave. NW, Suite 600
Washington, DC, 20001
Telephone: (202) 828-8382
bgrillot@selc.org

*Counsel for Plaintiffs Agrarian Trust and RAFI-USA*