**UNITED STATES COURT DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

URBAN SUSTAINABILITY DIRECTORS NETWORK, et al.,

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,

*Defendants*.

Case No. 1:25-cv-1775-BAH

**PROPOSED PRODUCTION SCHEDULE MODIFICATIONS**

Pursuant to the Court's October 6, 2026 Order, the parties have met, conferred, and agreed upon the following modifications to the Court's June 12, 2026 Minute Order setting forth deadlines for completion of production.

The parties agree that Defendant will continue its rolling production of their responses to Plaintiffs' First and Second Requests for Production, in accordance with the following deadlines and parameters:

1. The parties agree that production of the administrative record supporting the government's decision to terminate each of the individual grants at issue in this lawsuit, *i.e.*, what Defendants believe is the appropriate record for all claims other than Plaintiffs' Sixth Cause of Action challenging Defendants' policy to terminate what have been characterized as DEI-and climate related grants, can be prioritized ahead of documents related to Plaintiffs' broader policy claim. The parties propose different deadlines by which this production should be completed:

a. Plaintiffs' position is that this category of documents should be produced in full by no later than **December 12, 2026**. Pursuant to LCvR 7(n), government agencies are typically required to file a certified list of the contents of the administrative record with the Court within 30 days following service of the answer to the complaint or simultaneously with the filing of a dispositive motion. Plaintiffs' proposed deadline for this category of documents provides Defendants significantly more time to produce this initial category of documents. Plaintiffs do not believe the extra month proposed by Defendants is warranted, given the number of resources Defendants have identified as now being assigned to this matter and considering that the Court's previous deadline for completion of *all* production was September 2, 2026. Plaintiffs reserve their rights to seek supplementation of this administrative record following its production and/or move to supplement this record.

b. Defendants can make a substantial production of these documents by **December 12, 2026** as Plaintiffs propose but request until **January 12, 2027** to make a complete production. Plaintiffs' Amended Complaint added twenty-four Plaintiffs (the "Land Access Program Plaintiffs") to this case, which increased the number of Plaintiffs sixfold. This schedule would ensure that Plaintiffs receive many of the documents by the deadline that they request while avoiding the need for motions practice if Plaintiffs are not satisfied with the December 12 production.

2. The parties agree that by **April 12, 2027**, Defendants will produce all remaining documents responsive to Plaintiffs' First and Second Requests for Production,

including all documents related to Plaintiffs' Sixth Cause of Action challenging Defendants' policy to terminate what have been characterized as DEI-and climate related grants. This includes production of each category of documents identified in the Court's June 12, 2026 Minute Order, including all templates used to craft the termination letters sent to terminate the grants at issue; all materials demonstrating directions or guidance given to leadership about whether to terminate the grants at issue; all materials demonstrating directions or guidance given to USDA staff about how to populate and use the spreadsheets that identified the grants at issue for termination; all directions received on how to implement Executive Orders 14151, 14154, 14173, and 14222, including materials showing the origin of the search terms defendants employed to terminate the grants at issue; all materials demonstrating directions or guidance given to leadership about whether to terminate the grants at issue; and all materials demonstrating directions regarding the search for and termination of the grants at issue because they furthered "gender ideology" and similar terms.

3. The parties agree that Defendants will produce privilege logs of documents withheld from any production at the time of the production.

4. The parties agree to meet bi-weekly to discuss disputes and potentials for streamlining productions based on produced materials, with decision makers attending those meet and confers.

5. The parties agree that Defendants will make, at minimum, one production a month between now and the completion of production.

6. The parties agree to file status reports with the Court on **November 12, 2026**, **December 12, 2026**, **January 12, 2027**, **February 12, 2027**, **March 12, 2027**, and **April 12, 2027**, advising on the status of discovery. Plaintiffs may use these status reports to explain to the Court why deposition testimony is necessary, and to request such depositions be ordered.

Once production of all documents is complete the parties will meet and confer on the scope of the administrative record for Plaintiffs' Sixth Cause of Action and the filing of any further motions to supplement the record and summary judgment motions.

Dated this 13th Day of October 2026.

Respectfully submitted,

*/s/ David S. Muraskin*
David S. Muraskin
DC Bar No. 1012451
FarmSTAND
712 H Street NE
Suite 2534
Washington, DC 20002
202-595-8816
Email: david@farmstand.org

Hannah Wolf
DC Bar No. 90045328 (*Pro Hac Vice*)
FarmSTAND
712 H Street NE
Suite 2534
Washington, DC 20002
202-595-8816
Email: hannah@farmstand.org

Carrie Apfel
DC Bar No. 974342
Earthjustice
1001 G Street, NW, Suite 1000
Washington, DC 20001

JEANINE FERRIS PIRRO
United States Attorney

*/s/ John J. Bardo*
John J. "Jack" Bardo
Assistant United States Attorney
601 D Street N.W.
Washington, DC 20530
(202) 870-6770
John.Bardo@usdoj.gov

*Counsel for Defendants*

(202) 667-4500
capfel@earthjustice.org

Scott W. Carlson
MN Bar No. 0338400 (*Pro Hac Vice*)
Farmers Justice Center
6 Fifth Street West
Suite 650
St. Paul, MN 55102
(651) 204-1664
scott.carlson@farmersjustice.org

Benjamin E. Apple
NC Bar No. 52009 (*Pro Hac Vice*)
Farmers Justice Center
6 Fifth Street West
Suite 650
St. Paul, MN 55102
(651) 204-7203
ben.apple@farmersjustice.org

*Counsel for Plaintiffs*

Ben Grillot
D.C. Bar. No. 982114
Kimberley Hunger
N.C. Bar No. 41333 (pro hac vice)
SOUTHERN ENVIRONMENTAL LAW CENTER
500 New Jersey Ave. NW, Suite 600
Washington, DC, 20001
Telephone: (202) 828-8382
bgrillot@selc.org
kmeyer@selc.org

*Counsel for Plaintiffs Agrarian Trust and RAFI-USA*