UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| URBAN SUSTAINABILITY DIRECTORS NETWORK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-01775-BAH |

# JOINT STATUS REPORT

Pursuant to the Court's October 13, 2026 Minute Order, the parties respectfully submit this joint status report regarding the status of Defendants' productions.

Defendants will make their first production under the new production schedule later today, on November 12, 2026. That production will respond to Plaintiffs' discovery requests. It will contain approximately 245 documents, mostly consisting of emails. Fifty-four of the approximately 245 documents will be withheld in full as privileged.

Plaintiffs state that the Defendants have informed them of the planned November 12, 2026 production, but given the timing of the production and this report Plaintiffs cannot provide further statements regarding its content or impact on future productions or discovery.

Dated this 12th day of November, 2026.

Respectfully submitted,

/s/ Hannah Wolf
Hannah Wolf
TX Bar No. 24137413 (pro hac vice)
David S. Muraskin
DC Bar No. 1012451

JEANINE FERRIS PIRRO
United States Attorney

*/s/ John J. Bardo*
John J. Bardo, DC Bar #1655534
Assistant United States Attorney
601 D Street, NW

FarmSTAND
712 H Street NE, Suite 2534
Washington, DC 20002
(202) 595-8816
david@farmstand.org
hannah@farmstand.org

Carrie Apfel (DC Bar No. 974342)
Earthjustice
1001 G Street, NW, Suite 1000
Washington, DC 20001
(202) 667-4500
capfel@earthjustice.org

Scott W. Carlson
MN Bar No. 0338400 (pro hac vice)
Benjamin E. Apple
NC Bar No. 52009 (pro hac vice)
Farmers Justice Center
6 Fifth Street West
Suite 650
St. Paul, MN 55102
(651) 204-1664
scott.carlson@farmersjustice.org
ben.apple@farmersjustice.org

*Counsel for Plaintiffs*

Ben Grillot
D.C. Bar. No. 982114
Kimberley Hunger
N.C. Bar No. 41333 (pro hac vice)
SOUTHERN ENVIRONMENTAL LAW CENTER
500 New Jersey Ave. NW, Suite 600
Washington, DC, 20001
Telephone: (202) 828-8382
bgrillot@selc.org
kmeyer@selc.org

*Counsel for Plaintiffs Agrarian Trust and RAFI-USA*

Washington, DC 20530
(202) 252-2539

*Counsel for Defendants*